# EXHIBIT 1

US010013158B1

(12) **United States Patent**
Morris

(10) Patent No.: **US 10,013,158 B1**
(45) Date of Patent: **Jul. 3, 2018**

(54) **METHODS, SYSTEMS, AND COMPUTER PROGRAM PRODUCTS FOR SHARING A DATA OBJECT IN A DATA STORE VIA A COMMUNICATION**

(71) Applicant: **Sitting Man, LLC**, Raleigh, NC (US)

(72) Inventor: **Robert Paul Morris**, Raleigh, NC (US)

(73) Assignee: **Sitting Man, LLC**, Raleigh, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/724,235**

(22) Filed: **Oct. 3, 2017**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 14/274,623, filed on May 9, 2014, which is a continuation-in-part of application No. 13/626,635, filed on Sep. 25, 2012, now abandoned, and a continuation-in-part of application No. 13/624,906, filed on Sep. 22, 2012, now abandoned.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 15/16* | (2006.01) |
| *G06F 3/0486* | (2013.01) |
| *H04L 12/58* | (2006.01) |
| *G06F 3/0482* | (2013.01) |

(52) **U.S. Cl.**
CPC .......... *G06F 3/0486* (2013.01); *G06F 3/0482* (2013.01); *H04L 51/22* (2013.01)

(58) **Field of Classification Search**
CPC .................................................. G06F 3/0486
USPC ................................. 709/206, 217, 203, 200
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,192,394 | B1 | 2/2001 | Gutfreund et al. |
| 6,502,236 | B1 | 12/2002 | Allen et al. |
| 6,996,599 | B1 | 2/2006 | Anders et al. |
| 7,051,119 | B2 | 5/2006 | Shafron et al. |
| 7,080,120 | B2 | 7/2006 | Betros et al. |
| 7,130,883 | B2 | 10/2006 | Zhu et al. |
| 7,133,897 | B1 | 11/2006 | Tran |
| 7,209,953 | B2 | 4/2007 | Brooks |
| 7,328,239 | B1 | 2/2008 | Berberian et al. |
| 7,421,069 | B2 | 9/2008 | Vernon et al. |
| 7,426,578 | B2 | 9/2008 | Jones et al. |
| 7,529,798 | B2 | 5/2009 | Rust |
| 7,533,146 | B1 | 5/2009 | Kumar |
| 7,567,553 | B2 | 7/2009 | Morris |

(Continued)

FOREIGN PATENT DOCUMENTS

WO         2002077773  A3      6/2009

OTHER PUBLICATIONS

Berners-Lee, T, et al, "Uniform Resource Identifier (URI): Generic Syntax", RFC 3986, pp. 1-61, Jan. 2005, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc3986.txt.

(Continued)

*Primary Examiner* — El Hadji Sall
(74) *Attorney, Agent, or Firm* — Patrick E. Caldwell, Esq.; The Caldwell Firm, LLC

(57) **ABSTRACT**

Methods, apparatuses, and systems are described for sharing a folder and any contents (e.g. file(s)) thereof, via at least one communication. In an aspect, the folder and any contents (e.g. file(s)) thereof may be shared through a specific combination of capabilities or operations involving an email message and a file explorer interface without an attachment included with the at least one email message.

**30 Claims, 15 Drawing Sheets**



**US 10,013,158 B1**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,613,772 | B1 | 11/2009 | Bartram et al. |
| 7,623,650 | B2 | 11/2009 | Dalton et al. |
| 7,624,148 | B2 | 11/2009 | Dalen |
| 7,653,668 | B1 | 1/2010 | Shelat et al. |
| 7,680,950 | B1 | 3/2010 | Slaughter et al. |
| 7,701,882 | B2 | 4/2010 | Jones et al. |
| 7,757,265 | B2 | 7/2010 | Reynolds et al. |
| 7,765,581 | B1 | 7/2010 | Caronni et al. |
| 7,783,718 | B2 | 8/2010 | Modi |
| 7,809,709 | B1 | 10/2010 | Harrison |
| 7,809,854 | B2 | 10/2010 | Jung et al. |
| 7,904,369 | B1 | 3/2011 | Andreasen et al. |
| 7,949,722 | B1 | 5/2011 | Ullman et al. |
| 7,953,853 | B2 | 5/2011 | Christensen et al. |
| 8,020,190 | B2 | 9/2011 | Plummer |
| 8,060,619 | B1 | 11/2011 | Saulpaugh et al. |
| 8,214,329 | B2 | 7/2012 | Gilder et al. |
| 8,280,948 | B1 | 10/2012 | Chen |
| 8,321,499 | B2 | 11/2012 | Reisman |
| 8,332,654 | B2 | 12/2012 | Anbuselvan |
| 8,359,361 | B1 | 1/2013 | Thornton et al. |
| 8,583,745 | B2 | 11/2013 | Bearman et al. |
| 8,671,145 | B2 | 3/2014 | Roskowski et al. |
| 8,683,576 | B1 | 3/2014 | Yun |
| 8,719,251 | B1 | 5/2014 | English et al. |
| 8,775,511 | B2 | 7/2014 | Vernon et al. |
| 8,812,733 | B1 | 8/2014 | Black et al. |
| 8,824,643 | B2 | 9/2014 | Sahai |
| 8,849,914 | B2 | 9/2014 | Bove et al. |
| 8,909,710 | B2 | 12/2014 | Blackstock et al. |
| 8,996,658 | B2 | 3/2015 | Anbuselvan |
| 9,053,203 | B2 | 6/2015 | Wilson et al. |
| 9,299,056 | B2 | 3/2016 | Kallman et al. |
| 2002/0087505 | A1 | 7/2002 | Smith et al. |
| 2002/0087522 | A1 | 7/2002 | MacGregor et al. |
| 2002/0143855 | A1 | 10/2002 | Traversat et al. |
| 2002/0147840 | A1 | 10/2002 | Mutton et al. |
| 2003/0172127 | A1 | 9/2003 | Northrup et al. |
| 2003/0200268 | A1 | 10/2003 | Morris |
| 2004/0015610 | A1 | 1/2004 | Treadwell |
| 2004/0024754 | A1 | 2/2004 | Mane et al. |
| 2004/0044727 | A1 | 3/2004 | Abdelaziz et al. |
| 2004/0064478 | A1 | 4/2004 | Canesi |
| 2004/0064511 | A1 | 4/2004 | Abdel-Aziz et al. |
| 2004/0088347 | A1 | 5/2004 | Yeager et al. |
| 2004/0117456 | A1 | 6/2004 | Brooks |
| 2004/0186894 | A1* | 9/2004 | Jhingan ............... G06Q 10/107 |
| | | | 709/207 |
| 2005/0010646 | A1 | 1/2005 | Shiina |
| 2005/0102348 | A1 | 5/2005 | Parsons et al. |
| 2005/0114664 | A1 | 5/2005 | Davin |
| 2005/0114671 | A1 | 5/2005 | Little et al. |
| 2005/0223073 | A1 | 10/2005 | Malik |
| 2006/0069787 | A1 | 3/2006 | Sinclair et al. |
| 2006/0095531 | A1 | 5/2006 | Cho |
| 2006/0224583 | A1 | 10/2006 | Fikes et al. |
| 2006/0224608 | A1 | 10/2006 | Zamir et al. |
| 2006/0224615 | A1 | 10/2006 | Korn et al. |
| 2006/0224624 | A1 | 10/2006 | Korn et al. |
| 2006/0224938 | A1 | 10/2006 | Fikes et al. |
| 2006/0256934 | A1 | 11/2006 | Mazor |
| 2007/0067726 | A1 | 3/2007 | Flynt et al. |
| 2007/0078902 | A1 | 4/2007 | Buschi et al. |
| 2007/0100713 | A1 | 5/2007 | Favero et al. |
| 2007/0136430 | A1* | 6/2007 | Qureshi ............... H04L 51/30 |
| | | | 709/206 |
| 2007/0180150 | A1 | 8/2007 | Eisner et al. |
| 2008/0005103 | A1 | 1/2008 | Ratcliffe et al. |
| 2008/0016160 | A1 | 1/2008 | Walter et al. |
| 2008/0056459 | A1* | 3/2008 | Vallier ............... H04L 29/06027 |
| | | | 379/88.12 |
| 2008/0059500 | A1 | 3/2008 | Symens |
| 2008/0098075 | A1 | 4/2008 | O'Bryan |
| 2008/0155110 | A1 | 6/2008 | Morris |

| | | | |
|---|---|---|---|
| 2008/0172483 | A1* | 7/2008 | Mickeleit ............... H04L 51/38 |
| | | | 709/223 |
| 2008/0201364 | A1 | 8/2008 | Buschi et al. |
| 2008/0256199 | A1* | 10/2008 | Pesala ............... G06Q 10/107 |
| | | | 709/206 |
| 2008/0320094 | A1 | 12/2008 | Tu et al. |
| 2009/0157829 | A1 | 6/2009 | Choi et al. |
| 2009/0157859 | A1 | 6/2009 | Morris |
| 2009/0177526 | A1 | 7/2009 | Aaltonen et al. |
| 2009/0222450 | A1 | 9/2009 | Zigelman |
| 2009/0254601 | A1 | 10/2009 | Moeller et al. |
| 2009/0265426 | A1 | 10/2009 | Svendsen et al. |
| 2009/0327904 | A1 | 12/2009 | Guzak et al. |
| 2010/0011077 | A1 | 1/2010 | Shkolnikov et al. |
| 2010/0070602 | A1 | 3/2010 | Malik |
| 2010/0169442 | A1 | 7/2010 | Liu et al. |
| 2010/0235439 | A1 | 9/2010 | Goodnow |
| 2010/0312782 | A1 | 12/2010 | Li et al. |
| 2011/0072033 | A1 | 3/2011 | White et al. |
| 2011/0138004 | A1 | 6/2011 | McConn et al. |
| 2011/0276637 | A1 | 11/2011 | Thornton et al. |
| 2012/0011207 | A1 | 1/2012 | Morris |
| 2012/0011444 | A1 | 1/2012 | Morris |
| 2013/0046992 | A1 | 2/2013 | Resch et al. |
| 2013/0318176 | A1* | 11/2013 | Claux ............... G06Q 10/107 |
| | | | 709/206 |
| 2014/0089419 | A1 | 3/2014 | Morris |
| 2014/0089420 | A1 | 3/2014 | Morris |
| 2014/0089421 | A1 | 3/2014 | Morris |
| 2014/0108487 | A1 | 4/2014 | Rosset et al. |
| 2014/0112319 | A1 | 4/2014 | Morris |
| 2014/0172999 | A1 | 6/2014 | Morris |
| 2014/0279050 | A1 | 9/2014 | Maker et al. |

OTHER PUBLICATIONS

Crocker, D, "Standard for the Format of ARPA Internet Text Messages", RFC 822, pp. 1-47, Aug. 1982, Internet Engineering Task Force (IEFT), http://www.ieft.org/rfc/rfc822.txt.

Fielding, R, et al, "Hypertext Transfer Protocol—HTIP/1.1", RFC 2616, pp. 1-114, Jun. 1999, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc2616.txt.

Freed, N, et al, "Multipurpose Internet Mail Extensions (MIME) Part 1: Format of Internet Message Bodies", RFC 2045, pp. 1-31, Nov. 1996, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc2045.txt.

Hoffman, P, et al, "The mailto URL scheme", RFC 2368, pp. 1-10, Jul. 1998, Internet Engineering Task Force (IEFT), http ://www.ietf.org/rfc/rfc2368. txt.

Klensin, J, "Simple Mail Transfer Protocol", RFC 5321, pp. 1-95, Oct. 2008, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc5321.txt.

Myers, J, et al, "Post Office Protocol—version 3", RFC 1939, pp. 1-23, May 1996, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc1939.txt.

Office Action Summary in U.S. Appl. No. 12/833,014 dated Aug. 2, 2012.

Office Action Summary in U.S. Appl. No. 12/833,016 dated Feb. 14, 2014.

Office Action Summary in U.S. Appl. No. 12/833,016 dated May 10, 2013.

Office Action Summary in U.S. Appl. No. 12/833,016 dated Sep. 20, 2012.

Office Action Summary in U.S. Appl. No. 13/624,906 dated Dec. 31, 2014.

Office Action Summary in U.S. Appl. No. 13/624,940 dated Jul. 18, 2014.

Office Action Summary in U.S. Appl. No. 13/626,635 dated Aug. 29, 2014.

Office Action Summary in U.S. Appl. No. 13/647,144 dated Dec. 1, 2014.

Office Action Summary in U.S. Appl. No. 13/654,647 dated Sep. 25, 2014.

**US 10,013,158 B1**

Page 3

(56) **References Cited**

OTHER PUBLICATIONS

Office Action Summary in U.S. Appl. No. 13/716,156 dated Mar. 26, 2015.

Office Action Summary in U.S. Appl. No. 13/716,158 dated May 8, 2015.

Office Action Summary in U.S. Appl. No. 13/716,159 dated Oct. 7, 2015.

Office Action Summary in U.S. Appl. No. 13/716,160 dated Oct. 26, 2015.

Office Action Summary in U.S. Appl. No. 14/274,623 dated Mar. 29, 2017.

Office Action Summary in U.S. Appl. No. 14/274,623 dated Oct. 3, 2016.

Resnick, E, "Internet Message Format", RFC 5322, pp. 1-57, Oct. 2008, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc5322.txt.

Richardson T, et al, "The Remote Framebuffer Protocol", RFC 6143, pp. 1-39, Mar. 2011, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc6143.txt.

Rosenberg, J, et al, "SIP: Session Initiation Protocol", RFC 3261, pp. 1-269, Jun. 2002, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc3261.txt.

Wilde, E, et al, "URI Scheme for Global System for Mobile Communications (GSM) Short Message Service", RFC 5724, pp. 1-18, Jan. 2010, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc5724.txt.

* cited by examiner



FIG. 1



Receive, by a first communications agent in a first execution environment according to a first communication protocol via a network from a second communications agent in a second execution environment, a first message, in a communication and addressed to a first user represented by the first communications agent, that includes a mount descriptor that identifies a data object in a second data store in the second execution environment — 202

Detect the mount descriptor — 204

Determine a first location in a first data store in the first execution environment — 206

Create, based on the mount descriptor, a representation of the data object at the location, wherein accessing the representation includes accessing the data object from the second data store — 208

Send presentation information, based on the measure, for presenting, via an output device, the indication corresponding to a user detectable representation of the resource — 210

FIG. 2A



Receive, by a second communications agent that represents a second user, data object information that identifies a data object in a second data store in a second execution environment that includes the second communications agent ⌐ 212

Create a mount descriptor for accessing the data object from the second data store by a first data store in a first execution environment including a first communications agent that represents a first user ⌐ 214

Include, by the second communications agent, the mount descriptor in a first message, addressed to the first user ⌐ 216

Send, via a communications protocol via the network by the second communications agent, the first message for delivery to the first communications agent to create, based on the mount descriptor, a representation, of the data object in the first data storage, that when accessed includes accessing the data object from the second data store ⌐ 218

FIG. 2B



FIG. 3A



FIG. 3B



FIG. 4



FIG. 5



FIG. 6A



FIG. 6B



FIG. 6C



FIG. 6D



FIG. 6E



FIG. 6F



FIG.6G



FIG. 7





US 10,013,158 B1

**1**

## METHODS, SYSTEMS, AND COMPUTER PROGRAM PRODUCTS FOR SHARING A DATA OBJECT IN A DATA STORE VIA A COMMUNICATION

### RELATED APPLICATIONS

The present application is a continuation-in-part and claims priority to U.S. patent application Ser. No. 14/274,623 (published under US 2014-0365588 A1) filed May 9, 2014 and entitled "METHODS, SYSTEMS, AND COMPUTER PROGRAM PRODUCTS FOR PROCESSING A DATA OBJECT IDENTIFICATION REQUEST IN A COMMUNICATION," which is a continuation-in-part and claims priority to U.S. patent application Ser. No. 13/626,635 (published under US 2014-0089421 A1) filed Sep. 25, 2012 and entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR SHARING A DATA OBJECT IN A DATA STORE VIA A COMMUNICATION"; and U.S. patent application Ser. No. 13/624,906 (published US 2014-0089419 A1) filed Sep. 22, 2012 and entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR PROCESSING A DATA OBJECT IDENTIFICATION REQUEST IN A COMMUNICATION."

This application is related to the following U.S. Patent Applications, which are each incorporated herein by reference for all purposes:

U.S. patent application Ser. No. 13/626,635 (published under US 2014-0089421 A1) filed on 2012 Sep. 25 and entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR SHARING A DATA OBJECT IN A DATA STORE VIA A COMMUNICATION";

U.S. patent application Ser. No. 12/833,016 (published under US 2012-0011444 A1) filed on 2010 Jul. 9, entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR REFERENCING AN ATTACHMENT IN A COMMUNICATION";

U.S. patent application Ser. No. 12/833,014 (published under US 2012-0011207 A1) filed on 2010 Jul. 9, entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR PROCESSING A REQUEST FOR A RESOURCE IN A COMMUNICATION";

U.S. patent application Ser. No. 13/624,906 (published under US 2014-0089419 A1) filed on 2012 Sep. 22, entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR PROCESSING A DATA OBJECT IDENTIFICATION REQUEST IN A COMMUNICATION";

U.S. patent application Ser. No. 13/624,940 (published under US 2014-0089420 A1) filed on 2012 Sep. 23, entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR PROCESSING A REFERENCE IN A COMMUNICATION TO A REMOTE DATA OBJECT"; the entire contents of each are herein incorporated by reference for all purposes.

### BACKGROUND

A variety of means exist for sharing filed, folders, and other data via network. For each a user must know how to configure and/or setup the sharing. For example, sharing a file a Samba file system is different than sharing a via cloud based storage system, such as DROPBOX. Sharing via email is still different. Sharing copies of files is perhaps the best know means and most widely used means for sharing copies. It would useful if sharing files, folders, directory data, and other network accessible data were as easy as sending an attachment in an email.

**2**

Accordingly, there exists a need for methods, systems, and computer program products for sharing a data object in a data store via a communication.

### SUMMARY

The following presents a simplified summary of the disclosure in order to provide a basic understanding to the reader. This summary is not an extensive overview of the disclosure and it does not identify key/critical elements of the invention or delineate the scope of the invention. Its sole purpose is to present some concepts disclosed herein in a simplified form as a prelude to the more detailed description that is presented later.

In one embodiment, an apparatus is provided, comprising: at least one non-transitory memory storing instructions; and one or more processors in communication with the at least one non-transitory memory, wherein the one or more processors execute the instructions to: cause, at a first node, display of at least one first interface with a first user interface element, utilizing first hypertext markup language-equipped code that is sent via at least one network; receive, from the first node via the at least one network, an indication of at least one folder via the first user interface element, utilizing the at least one first interface; cause, at the first node, display of at least one second interface with a second user interface element, utilizing second hypertext markup language-equipped code that is sent via the at least one network; receive, from the first node via the at least one network, indicia associated with at least one email address via the second user interface element, utilizing the at least one second interface; receive, from the first node via the at least one network, an indication to share the at least one folder; based on the receipt of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder via the at least one network; generate at least one email message identifying the at least one folder and including a reference to the at least one folder, without including at least one file in the at least one folder as an attachment of the at least one email message; send, to a second node via the at least one network, the at least one email message, without including the at least one file in the at least one folder as an attachment of the at least one email message; based on the receipt of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder via the at least one network; cause, utilizing particular code configured to be stored on a storage at the second node and further configured to cooperate with a file explorer interface, creation of a representation of the at least one folder in a location among one or more folders on the file explorer interface, where the storage at the second node does not store the at least one file in the at least one folder when the creation of the representation is caused; cause, at the second node, display of the representation of the at least one folder in the location among the one or more folders on the file explorer interface; detect, utilizing the file explorer interface at the second node, an indication to open the at least one file in the at least one folder; and in response to detection of the indication to open the at least one file in the at least one folder, cause retrieval of the at least one file via the at least one network for permitting display of the at least one file utilizing the file explorer interface at the second node.

In another embodiment, a system is provided, comprising: at least one non-transitory memory storing instructions; and one or more processors in communication with the at least

US 10,013,158 B1

3

one non-transitory memory, wherein the one or more processors execute the instructions to: send a first communication over at least one network that results in display, at a first node, a first user interface element, a second user interface element, and a third user interface element; receive, from the first node via the at least one network, information associated with at least one data object via the first user interface element; receive, from the first node via the at least one network, an object associated with at least one email address via the second user interface element; receive, from the first node via the at least one network, an indication of a selection of the third user interface element; based on the receipt of the information associated with the at least one data object, the object associated with the at least one email address, and the indication of the selection of the third user interface element via the at least one network; send, to a second node via the at least one network, at least one email message identifying the at least one data object and including a reference to the at least one data object, without including a file attachment with the at least one email message; based on the receipt of the information associated with the at least one data object, the object associated with the at least one email address, and the indication of the selection of the third user interface element via the at least one network; cause, utilizing code configured to be stored on a storage at the second node and further configured to cooperate with a file explorer interface of a client-based file explorer application, creation of a representation of the at least one data object in a location among one or more folders on the file explorer interface, where the storage at the second node does not store any file in the at least one data object when the creation of the representation of the at least one data object is caused; and cause, at the second node, display of the representation of the at least one data object in the location among the one or more folders on the file explorer interface.

In still yet another embodiment, a computer-implemented method is provided, comprising: displaying, at a first node, at least one first interface with a first user interface element, utilizing first hypertext markup language-equipped code that is received via at least one network; receiving, utilizing the at least one first interface at the first node, an indication of at least one folder via the first user interface element; sending, from the first node via the at least one network, the indication of the at least one folder; displaying, at the first node, at least one second interface with a second user interface element, utilizing second hypertext markup language-equipped code that is received via the at least one network; receiving, utilizing the at least one second interface at the first node, indicia associated with at least one email address via the second user interface element; sending, from the first node via the at least one network, the indicia associated with the at least one email address; receiving, at the first node, an indication to share the at least one folder; sending, from the first node via the at least one network, the indication to share the at least one folder; after the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder are sent from the first node via the at least one network; receiving, at a second node via the at least one network, at least one email message identifying the at least one folder and including a reference to the at least one folder, without including at least one file in the at least one folder as an attachment of the at least one email message; after the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder are sent from the first node via the at least one network; creating, utilizing

4

code configured to be stored on a storage at the second node and further configured to cooperate with a file explorer interface, a representation of the at least one folder in a location among one or more folders on the file explorer interface, where the storage of the second node does not store the at least one file in at least one folder when the representation is created; displaying, at the second node, the representation of the at least one folder in the location among the one or more folders on the file explorer interface; receiving, utilizing the file explorer interface at the second node, an indication to open the at least one file in the at least one folder; in response to the receipt of the indication to open the at least one file in the at least one folder, retrieving the at least one file via the at least one network; and in response to the retrieval of the at least one file via the at least one network, displaying the at least one file utilizing the file explorer interface at the second node.

In still yet another embodiment, a system is provided, comprising: a first node in communication with a second node via at least one network; said first node configured to: display, at the first node, a first user interface element, a second user interface element, and a third user interface element; receive, at the first node, information associated with at least one folder via the first user interface element; send, from the first node via the at least one network, the information associated with the at least one folder; receive, at the first node, an object associated with at least one email address via the second user interface element; send, from the first node via the at least one network, the object associated with the at least one email address; receive, at the first node, a message associated with a selection of the third user interface element; and send, from the first node via the at least one network, the message associated with the selection of the third user interface element; said second node configured to: after the information associated with the at least one folder, the object associated with the at least one email address, and the message associated with the selection of the third user interface element via the at least one network; receive, at the second node via the at least one network, at least one email message identifying the at least one folder and including a reference to the at least one folder, without including a file attachment with the at least one email message; after the information associated with the at least one folder, the object associated with the at least one email address, and the message associated with the selection of the third user interface element via the at least one network; create, utilizing code configured to be stored on a storage at the second node and further configured to cooperate with a file explorer interface, a representation of the at least one folder in a location among one or more folders on the file explorer interface, where the storage of the second node does not store any file in the at least one folder when the representation of the at least one folder is created; and display, at the second node, the representation of the at least one folder in the location among the one or more folders on the file explorer interface.

In other embodiments, methods and systems are described for sharing a data object in a data store via a communication. In one aspect, the method includes receiving, by a first communications agent in a first execution environment according to a first communication protocol via a network from a second communications agent in a second execution environment, a first message, in a communication and addressed to a first user represented by the first communications agent, that includes a mount descriptor that identifies a data object in a second data store in the second execution environment. The method further includes detecting the

US 10,013,158 B1

5

mount descriptor. The method still further includes determining a first location in a first data store in the first execution environment. The method additionally includes creating, based on the mount descriptor, a representation of the data object at the location, wherein accessing the representation includes accessing the data object from the second data store. Performing at least one the preceding actions comprising the method includes execution of an instruction by a processor.

Also, a system for sharing a data object in a data store via a communication is described that includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for receiving, by a first communications agent in a first execution environment according to a first communication protocol via a network from a second communications agent in a second execution environment, a first message, in a communication and addressed to a first user represented by the first communications agent, that includes a mount descriptor that identifies a data object in a second data store in the second execution environment; detecting the mount descriptor; determining a first location in a first data store in the first execution environment; and creating, based on the mount descriptor, a representation of the data object at the location, wherein accessing the representation includes accessing the data object from the second data store.

Further, a system for sharing a data object in a data store via a communication is described. The system includes a content manager component for receiving, by a first communications agent in a first execution environment according to a first communication protocol via a network from a second communications agent in a second execution environment, a first message, in a communication and addressed to a first user represented by the first communications agent, that includes a mount descriptor that identifies a data object in a second data store in the second execution environment. The system further includes a descriptor handler component for detecting the mount descriptor. The system still further includes a data store navigator component for determining a first location in a first data store in the first execution environment. The system additionally includes a mount service component for, creating, based on the mount descriptor, a representation of the data object at the location, wherein accessing the representation includes accessing the data object from the second data store. The system also includes a processor, wherein at least one of the content manager component, the descriptor handler component, the data store navigator component, and the mount service component includes an instruction that is executed by the processor during operation of the system.

Methods and systems are described for sharing a data object in a data store via a communication. In one aspect, the method includes receiving, by a second communications agent that represents a second user, data object information that identifies a data object in a second data store in a second execution environment that includes the second communications agent. The method further includes creating a mount descriptor for accessing the data object from the second data store by a first data store in a first execution environment including a first communications agent that represents a first user. The method still further includes including, by the second communications agent, the mount descriptor in a first message, addressed to the first user. The method additionally includes sending, via a communications protocol via the network by the second communications agent, the first message for delivery to the first communications agent to

6

create, based on the mount descriptor, a representation of the data object in the first data storage, that when accessed includes accessing the data object from the second data store. Performing at least one the preceding actions comprising the method includes execution of an instruction by a processor.

Also, a system for sharing a data object in a data store via a communication is described that includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for receiving, by a second communications agent that represents a second user, data object information that identifies a data object in a second data store in a second execution environment that includes the second communications agent; creating a mount descriptor for accessing the data object from the second data store by a first data store in a first execution environment including a first communications agent that represents a first user; including, by the second communications agent, the mount descriptor in a first message, addressed to the first user; and sending, via a communications protocol via the network by the second communications agent, the first message for delivery to the first communications agent to create, based on the mount descriptor, a representation, of the data object in the first data storage, that when accessed includes accessing the data object from the second data store.

Further, a system for sharing a data object in a data store via a communication is described. The system includes a descriptor handler component for receiving, by a second communications agent that represents a second user, data object information that identifies a data object in a second data store in a second execution environment that includes the second communications agent. The system further includes a descriptor generator component for creating a mount descriptor for accessing the data object from the second data store by a first data store in a first execution environment including a first communications agent that represents a first user. The system still further includes a content manager component for including, by the second communications agent, the mount descriptor in a first message, addressed to the first user. The system additionally includes a com-out component for, sending, via a communications protocol via the network by the second communications agent, the first message for delivery to the first communications agent to create, based on the mount descriptor, a representation, of the data object in the first data storage, that when accessed includes accessing the data object from the second data store. The system also includes a processor, wherein at least one of the descriptor handler component, the descriptor generator component, the content manager component, and the com-out component includes an instruction that is executed by the processor during operation of the system.

BRIEF DESCRIPTION OF THE DRAWINGS

Objects and advantages of the present invention will become apparent to those skilled in the art upon reading this description in conjunction with the accompanying drawings, in which like reference numerals have been used to designate like or analogous elements, and in which:

FIG. 1 is a block diagram illustrating an exemplary hardware device included in and/or otherwise providing an execution environment in which the subject matter may be implemented;

US 10,013,158 B1

7

FIG. **2**A is a flow diagram illustrating a method for sharing a data object in a data store via a communication according to an aspect of the subject matter described herein;

FIG. **2**B is a flow diagram illustrating a method for sharing a data object in a data store via a communication according to an aspect of the subject matter described herein;

FIG. **3**A is a block diagram illustrating an arrangement of components for sharing a data object in a data store via a communication according to another aspect of the subject matter described herein;

FIG. **3**B is a block diagram illustrating an arrangement of components for sharing a data object in a data store via a communication according to another aspect of the subject matter described herein;

FIG. **4** is a block diagram illustrating an arrangement of components for sharing a data object in a data store via a communication according to another aspect of the subject matter described herein;

FIG. **5** is a network diagram illustrating a system for sharing a data object in a data store via a communication according to another aspect of the subject matter described herein;

FIG. **6**A is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **6**B is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **6**C is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **6**D is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **6**E is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **6**F is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **6**G is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **7** is a message flow diagram illustrating an exemplary data and execution flow for sharing a data object in a data store via a communication according to an aspect of the subject matter described herein;

FIG. **8**A illustrates an exemplary portion of a communication between an execution environment of a first node and an execution environment of a second node according to an aspect of the subject matter described herein; and

FIG. **8**B illustrates another exemplary portion of a communication between an execution environment of a first node and an execution environment of a second node according to an aspect of the subject matter described herein.

## DETAILED DESCRIPTION

One or more aspects of the disclosure are described with reference to the drawings, wherein like reference numerals are generally utilized to refer to like elements throughout, and wherein the various structures are not necessarily drawn to scale. In the following description, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of one or more aspects

8

of the disclosure. It may be evident, however, to one skilled in the art, that one or more aspects of the disclosure may be practiced with a lesser degree of these specific details. In other instances, well-known structures and devices are shown in block diagram form in order to facilitate describing one or more aspects of the disclosure.

Unless otherwise defined, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this disclosure belongs. Although methods, components, and devices similar or equivalent to those described herein can be used in the practice or testing of the subject matter described herein, suitable methods, components, and devices are described below.

All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the present specification, including definitions, will control. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

An exemplary device included in an execution environment that may be configured according to the subject matter is illustrated in FIG. **1**. An "execution environment", as used herein, is an arrangement of hardware and, in some aspects, software that may be further configured to include and/or otherwise host an arrangement of components for performing a method of the subject matter described herein. An execution environment includes and/or is otherwise provided by one or more devices. The execution environment is said to be the execution environment of the device and/or devices. An execution environment may be and/or may include a virtual execution environment including software components operating in a host execution environment. Exemplary devices included in and/or otherwise providing suitable execution environments for configuring according to the subject matter include personal computers, notebook computers, tablet computers, servers, portable electronic devices, handheld electronic devices, mobile devices, multiprocessor devices, distributed systems, consumer electronic devices, routers, communication servers, and/or any other suitable devices. Those skilled in the art will understand that the components illustrated in FIG. **1** are exemplary and may vary by particular execution environment.

FIG. **1** illustrates a hardware device **100** included in an execution environment **102**. FIG. **1** illustrates that execution environment **102** includes a processor **104**, such as one or more microprocessors; a physical processor memory **106** including storage locations identified by addresses in a physical memory address space of processor **104**; a persistent secondary storage **108**, such as one or more hard drives and/or flash storage media; an input device adapter **110**, such as a key or keypad hardware, a keyboard adapter, and/or a mouse adapter; an output device adapter **112**, such as a display and/or an audio adapter for presenting information to a user; a network interface component, illustrated by a network interface adapter **114**, for communicating via a network such as a LAN and/or WAN; and a communication mechanism that operatively couples elements **104-114**, illustrated as a bus **116**. Elements **104-114** may be operatively coupled by various means. Bus **116** may comprise any type of bus architecture, including a memory bus, a peripheral bus, a local bus, and/or a switching fabric.

As used herein a "processor" is an instruction execution machine, apparatus, or device. A processor may include one or more electrical, optical, and/or mechanical components that operate in interpreting and executing program instructions. Exemplary processors include one or more micropro-

9

cessors, digital signal processors (DSPs), graphics processing units, application-specific integrated circuits (ASICs), optical or photonic processors, and/or field programmable gate arrays (FPGAs). Processor **104** may access machine code instructions and data via one or more memory address spaces in addition to the physical memory address space. A memory address space includes addresses identifying locations in a processor memory. The addresses in a memory address space are included in defining a processor memory. Processor **104** may have more than one processor memory. Thus, processor **104** may have more than one memory address space. Processor **104** may access a location in a processor memory by processing an address identifying the location. The processed address may be identified by an operand of a machine code instruction and/or may be identified by a register or other portion of processor **104**.

FIG. **1** illustrates a virtual processor memory **118** spanning at least part of physical processor memory **106** and may span at least part of persistent secondary storage **108**. Virtual memory addresses in a memory address space may be mapped to physical memory addresses identifying locations in physical processor memory **106**. An address space for identifying locations in a virtual processor memory is referred to as a virtual memory address space; its addresses are referred to as virtual memory addresses; and its processor memory is referred to as a virtual processor memory or virtual memory. The term "processor memory" may refer to physical processor memory, such as processor memory **106**, and/or may refer to virtual processor memory, such as virtual processor memory **118**, depending on the context in which the term is used.

Physical processor memory **106** may include various types of memory technologies. Exemplary memory technologies include static random access memory (SRAM) and/or dynamic RAM (DRAM) including variants such as dual data rate synchronous DRAM (DDR SDRAM), error correcting code synchronous DRAM (ECC SDRAM), RAMBUS DRAM (RDRAM), and/or XDR™ DRAM. Physical processor memory **106** may include volatile memory as illustrated in the previous sentence and/or may include nonvolatile memory such as nonvolatile flash RAM (NVRAM) and/or ROM.

Persistent secondary storage **108** may include one or more flash memory storage devices, one or more hard disk drives, one or more magnetic disk drives, and/or one or more optical disk drives. Persistent secondary storage may include a removable data storage medium. The drives and their associated tangible computer readable storage media provide volatile and/or nonvolatile storage for computer-readable instructions, data structures, program components, and other data for execution environment **102**.

Execution environment **102** may include software components stored in persistent secondary storage **108**, in remote storage accessible via a network, and/or in a processor memory. FIG. **1** illustrates execution environment **102** including an operating system **120**, one or more applications **122**, and other program code and/or data components illustrated by other libraries and subsystems **124**. In an aspect, some or all software components may be stored in locations accessible to processor **104** in a shared memory address space shared by the software components. The software components accessed via the shared memory address space are stored in a shared processor memory defined by the shared memory address space. In another aspect, a first software component may be stored in one or more locations accessed by processor **104** in a first address space and a second software component may be stored in one or more

10

locations accessed by processor **104** in a second address space. The first software component is stored in a first processor memory defined by the first address space and the second software component is stored in a second processor memory defined by the second address space.

Software components typically include instructions executed by processor **104** in a computing context referred to as a "process". A process may include one or more "threads". A "thread" includes a sequence of instructions executed by processor **104** in a computing sub-context of a process. The terms "thread" and "process" may be used interchangeably herein when a process includes only one thread.

Execution environment **102** may receive user-provided information via one or more input devices illustrated by an input device **128**. Input device **128** provides input information to other components in execution environment **102** via input device adapter **110**. Execution environment **102** may include an input device adapter for a keyboard, a touch screen, a microphone, a joystick, a television receiver, a video camera, a still camera, a document scanner, a fax, a phone, a modem, a network interface adapter, and/or a pointing device, to name a few exemplary input devices.

Input device **128** included in execution environment **102** may be included in device **100** as FIG. **1** illustrates or may be external (not shown) to device **100**. Execution environment **102** may include one or more internal and/or external input devices. External input devices may be connected to device **100** via corresponding communication interfaces such as a serial port, a parallel port, and/or a universal serial bus (USB) port. Input device adapter **110** receives input and provides a representation to bus **116** to be received by processor **104**, physical processor memory **106**, and/or other components included in execution environment **102**.

An output device **130** in FIG. **1** exemplifies one or more output devices that may be included in and/or that may be external to and operatively coupled to device **100**. For example, output device **130** is illustrated connected to bus **116** via output device adapter **112**. Output device **130** may be a display device. Exemplary display devices include liquid crystal displays (LCDs), light emitting diode (LED) displays, and projectors. Output device **130** presents output of execution environment **102** to one or more users. In some embodiments, an input device may also include an output device. Examples include a phone, a joystick, and/or a touch screen. In addition to various types of display devices, exemplary output devices include printers, speakers, tactile output devices such as motion-producing devices, and other output devices producing sensory information detectable by a user. Sensory information detected by a user is referred herein to as "sensory input" with respect to the user.

A device included in and/or otherwise providing an execution environment may operate in a networked environment communicating with one or more devices via one or more network interface components. The terms "communication interface component" and "network interface component" are used interchangeably herein. FIG. **1** illustrates network interface adapter (NIA) **114** as a network interface component included in execution environment **102** to operatively couple device **100** to a network. A network interface component includes a network interface hardware (NIH) component and optionally a network interface software (NIS) component.

Exemplary network interface components include network interface controller components, network interface cards, network interface adapters, and line cards. A node may include one or more network interface components to

US 10,013,158 B1

11

interoperate with a wired network and/or a wireless network. Exemplary wireless networks include a BLUETOOTH network, a wireless 802.11 network, and/or a wireless telephony network (e.g., a cellular, PCS, CDMA, and/or GSM network). Exemplary network interface components for wired networks include Ethernet adapters, Token-ring adapters, FDDI adapters, asynchronous transfer mode (ATM) adapters, and modems of various types. Exemplary wired and/or wireless networks include various types of LANs, WANs, and/or personal area networks (PANs). Exemplary networks also include intranets and internets such as the Internet.

The terms "network node" and "node" in this document both refer to a device having a network interface component for operatively coupling the device to a network. Further, the terms "device" and "node" used herein may refer to one or more devices and nodes, respectively, providing and/or otherwise included in an execution environment unless clearly indicated otherwise.

The user-detectable outputs of a user interface are generically referred to herein as "user interface elements" or abbreviated as "UI elements". More specifically, visual outputs of a user interface are referred to herein as "visual interface elements". A visual interface element may be a visual output of a graphical user interface (GUI). Exemplary visual interface elements include windows, textboxes, sliders, list boxes, drop-down lists, spinners, various types of menus, toolbars, ribbons, combo boxes, tree views, grid views, navigation tabs, scrollbars, labels, tooltips, text in various fonts, balloons, dialog boxes, and various types of button controls including check boxes and radio buttons. An application interface may include one or more of the elements listed. Those skilled in the art will understand that this list is not exhaustive. The terms "visual representation", "visual output", and "visual interface element" are used interchangeably in this document. Other types of UI elements include audio outputs referred to as "audio interface elements", tactile outputs referred to as "tactile interface elements", and the like.

A visual output may be presented in a two-dimensional presentation where a location may be defined in a two-dimensional space having a vertical dimension and a horizontal dimension. A location in a horizontal dimension may be referenced according to an X-axis and a location in a vertical dimension may be referenced according to a Y-axis. In another aspect, a visual output may be presented in a three-dimensional presentation where a location may be defined in a three-dimensional space having a depth dimension in addition to a vertical dimension and a horizontal dimension. A location in a depth dimension may be identified according to a Z-axis. A visual output in a two-dimensional presentation may be presented as if a depth dimension existed allowing the visual output to overlie and/or underlie some or all of another visual output.

A "user interface (UI) element handler" component, as the term is used herein, includes a component of configured to send information representing a program entity for presenting a user-detectable representation of the program entity by an output device, such as a display. A "program entity" is an object included in and/or otherwise processed by an application or executable. The user-detectable representation is presented based on the sent information. Information that represents a program entity for presenting a user detectable representation of the program entity by an output device is referred to herein as "presentation information". Presentation information may include and/or may otherwise identify data in one or more formats. Exemplary formats include

12

image formats such as raw pixel data, JPEG, video formats such as MP4, markup language data such as hypertext markup language (HTML) and other XML-based markup, a bit map, and/or instructions such as those defined by various script languages, byte code, and/or machine code. For example, a web page received by a user agent from a remote application provider may include HTML, ECMAScript, and/or byte code for presenting one or more UI elements included in a user interface of the remote application. Components configured to send information representing one or more program entities for presenting particular types of output by particular types of output devices include visual interface element handler components, audio interface element handler components, tactile interface element handler components, and the like.

A representation of a program entity may be stored and/or otherwise maintained in a presentation space. As used in this document, the term "presentation space" refers to a storage region allocated and/or otherwise provided for storing presentation information, which may include audio, visual, tactile, and/or other sensory data for presentation by and/or on an output device. For example, a buffer for storing an image and/or text string may be a presentation space as sensory information for a user. A presentation space may be physically and/or logically contiguous or non-contiguous. A presentation space may have a virtual as well as a physical representation. A presentation space may include a storage location in a processor memory, secondary storage, a memory of an output adapter device, and/or a storage medium of an output device. A screen of a display, for example, is a presentation space.

As used herein, the terms "program" and "executable" refer to any data representation that may be translated into a set of machine code instructions and may optionally include associated program data. The terms are used interchangeably herein. Program representations other than machine code include object code, byte code, and source code. Object code includes a set of instructions and/or data elements that either are prepared for linking prior to loading or are loaded into an execution environment. When in an execution environment, object code may include references resolved by a linker and/or may include one or more unresolved references. The context in which this term is used will make clear the state of the object code when it is relevant. This definition can include machine code and virtual machine code, such as Java™ byte code. As used herein, the terms "application", and "service" may be realized in one or more executables and/or in one or more hardware components. The terms are used interchangeably herein.

As used herein, the term "network protocol" refers to a formal set of rules, conventions and data structures that governs how computers and other network devices exchange information over a network. The rules, conventions, and data structures are said to be specified or defined in a specification and/or schema.

The term "network path" as used herein refers to a sequence of nodes in a network that are communicatively coupled for transmitting data in one or more data units of a specified network protocol between a pair of nodes in the network.

A "data unit", as the term is used herein, is a data entity specified according to a network protocol for transmitting data contained in and/or otherwise identified by the data entity. A data unit is transmitted between a pair of nodes in a network path to send the data in and/or otherwise identified by the data unit from a source node to a destination node that

US 10,013,158 B1

13

includes a protocol endpoint of the network protocol. A network protocol explicitly and/or implicitly specifies and/or otherwise identifies a schema that defines one or more of a format for a valid data unit and a vocabulary for content of a valid data unit. One example of a data unit is an Internet Protocol (IP) packet. The Internet Protocol defines a format for an IP packet that defines a header for identifying a destination address that identifies a destination node and a payload portion for including a representation of data to be delivered to the identified destination node. The terms "data unit", "data packet", and "packet" are used interchangeably herein. One or more data units of a first network protocol may transmit a message of second network protocol. For example, one or more data units of the IP protocol may include a TCP message. In another example, one or more TCP data units may transmit an HTTP message.

How data is packaged in one more data units for a network protocol may vary as the data traverses a network path from a source node to a destination node. Data may be transmitted in a single data unit between two consecutive nodes in a network path. Additionally, data may be exchanged between a pair of consecutive nodes in several data units each including a portion of the data. Data received in a single data unit by a node in a network path may be split into portions included in several respective data units for transmitting to a next node in the network path. Portions of data received in several data units may be combined into a single data unit for transmitting by a node in a network path. For purposes of describing the subject matter, a data unit in which data is received by a node is referred to as a different data unit than a data unit in which the data is forwarded by the node.

A "protocol address", as the term is used herein, for a network protocol is an identifier of a protocol endpoint that may be represented in a data unit of the protocol. For example 192.168.1.1 is an IP protocol address represented in a human readable format that may be included in an address portion of an IP header to identify a source and/or a destination IP protocol endpoint. A protocol address differs from a symbolic identifier, defined below, in that a symbolic identifier, with respect to a network protocol, maps to a protocol address. Thus, "www.mynode.com" may be a symbolic identifier for a node in a network when mapped to the protocol address 192.168.1.1. An identifier may be both a symbolic identifier and a protocol address depending on its role with respect to its use for a particular network protocol.

A node in a pair of nodes in a network path at one end of the sequence of nodes in the network path and/or the other end is referred to herein as a "path end node". Note that a node may have two NICs with one NIC at each end of a network path. A network path may be included as a portion of another network path that communicatively couples a same pair of nodes. Data may be transmitted via the sequence of nodes in a network path between path end nodes communicatively coupled via the network path. Data may be transmitted in one or both directions depending on an ordering of the nodes in the sequence.

"Path information" is any information that identifies a network path and/or hop path for data transmitted via one or more specified network protocols. Path information may be identified by identifying network interfaces, NICs, nodes, and/or hops included in a network path. "Address information" is any information that identifies a protocol address that, for a network protocol, identifies a protocol endpoint. Address information may identify a unicast protocol address for a network protocol. In identifying a protocol endpoint, a protocol address identifies a node and a network interface.

14

Those skilled in the art will understand upon reading the descriptions herein that the subject matter disclosed herein is not restricted to the network protocols described and/or their corresponding OSI layers. For ease of illustration, the subject matter is described in terms of protocols that correspond to OSI layer three, also referred to as network layer protocols, in general. Particular descriptions are based on versions of the Internet Protocol (IP). Address information may identify one or more protocol addresses. Exemplary protocol addresses include IP addresses, IPX addresses, DECNet addresses, VINES Internet Protocol addresses, and Datagram Delivery Protocol (DDP) addresses.

An "interaction", as the term is used herein, refers to any activity including a user and an object where the object is a source of sensory data detected by the user. In an interaction the user directs attention to the object. An interaction may also include the object as a target of input from the user. The input from the user may be provided intentionally or unintentionally by the user. For example, a rock being held in the hand of a user is a target of input, both tactile and energy input, from the user. A portable electronic device is a type of object. In another example, a user looking at a portable electronic device is receiving sensory data from the portable electronic device whether the device is presenting an output via an output device or not. The user manipulating an input component of the portable electronic device exemplifies the device, as an input target, receiving input from the user. Note that the user in providing input is detecting sensory information from the portable electronic device provided that the user directs sufficient attention to be aware of the sensory information and provided that no disabilities prevent the user from processing the sensory information. An interaction may include an input from the user that is detected and/or otherwise sensed by the device. An interaction may include sensory information that is detected by a user included in the interaction that is presented by an output device included in the interaction.

As used herein "interaction information" refers to any information that identifies an interaction and/or otherwise provides data about an interaction between a user and an object, such as a portable electronic device. Exemplary interaction information may identify a user input for the object, a user-detectable output presented by an output device of the object, a user-detectable attribute of the object, an operation performed by the object in response to a user, an operation performed by the object to present and/or otherwise produce a user-detectable output, and/or a measure of interaction. The term "operational component" of a device, as used herein, refers to a component included in performing an operation by the device.

Interaction information for one object may include and/or otherwise identify interaction information for another object. For example, a motion detector may detect user's head turn in the direction of a display of a portable electronic device. Interaction information identifying the user's head is facing the display may be received and/or used as interaction information for the portable electronic device indicating the user is receiving visual input from the display. The interaction information may serve to indicate a lack of user interaction with one or more other objects in directions from the user different than the detected direction, such as a person approaching the user from behind the user. Thus the interaction information may serve as interaction information for one or more different objects.

As used herein, any reference to an entity "in" an association is equivalent to describing the object as "identified" by the association, unless explicitly indicated otherwise.

US 10,013,158 B1

15

As used herein, the term "communication" refers to information including a message sent and/or for sending via a network between communicants. A message may include text data, audio data, and/or image data. The term "communicant" as used herein refers to a user included in a communication as a sender and/or a receiver of the information. A communicant is represented by a "communications agent" configured to operate in an execution environment to send data to and/or receive data from another communications agent, on behalf of the represented communicant, according to a communications protocol via network. A communications protocol defines and/or otherwise identifies an address space including communications addresses for delivering data sent in a communication from one communications agent to another. A communications protocol is a type of network protocol.

The term "communicant alias" as used herein refers to an identifier of a communicant in a communication where the communicant alias is not a communications address included in an address space of a communications protocol for sending and/or receiving data in the communication.

The term "attachment" as used herein refers to a portion of a communication that includes data from one communicant to another other than data in the message portion. A resource sent as an attachment is data that is typically not presented "inline" or in a message included in a message portion of a communication. Email attachments are perhaps the most widely known attachments included in communications. An email attachment is a file or other resource sent along with an email in a portion of the email separate from a message portion. As defined, other types of text communications as well as voice and video communications may include mount descriptor portions. A communication may include one or more resources as one or more attachments.

The terms "contactor" and "contactee" identify roles in a communication. A "contactor" provides information for identifying a "contactee" in a communication. A contactee may be included in a communication by a contactor and/or the contactor's communications agent. A contactor and/or a contactee are roles of a user or communicant of a communications agent and may be a living being, a node, a component, and/or an application. Both a contactor and a contactee are communicants in a communication.

The term "data object" as used herein refers to an entity, identifiable within a data store, for storing and/or accessing data. Exemplary data stores include file systems, directory service including DNS and LDAP, and data bases including relational databases and hierarchical databases, to name a few examples. Exemplary data objects include files and folders in a file system. Accessing a data object includes one or more of accessing data in the data object and accessing metadata, maintained by the data store, about the data object.

FIG. 3A illustrates an arrangement of components in a system that operates in an execution environment, such as execution environment 102 in FIG. 1. The arrangement of components in the system operates to perform the method illustrated in FIG. 2A. The system illustrated includes a content manager component 302, a descriptor handler component 304, a data store navigator component 306, and a mount service component 308. A suitable execution environment includes a processor, such as processor 104, to process an instruction in at least one of a content manager component, a descriptor handler component, a data store navigator component, and a mount service component. FIG. 3B illustrates an arrangement of components in a system that operates to perform the method illustrated in FIG. 2B. The system illustrated includes a descriptor handler component

16

304, a descriptor generator component 314, a content manager component 302, and a com-out component 318. A suitable execution environment includes a processor, such as processor 104, to process an instruction in at least one of a descriptor handler component, a descriptor generator component, a content manager component, and a com-out component.

Some components, illustrated in the drawings are identified by numbers with an alphanumeric suffix. A component may be referred to generically in the singular or the plural by dropping a suffix of a portion thereof of the component's identifier. For example, window UI elements, such as a window UI element 602a in FIG. 6A, a window UI element 602a in FIG. 6A, and their adaptations and analogs; are referred to herein generically as a window UI element 602 or window UI elements 602 when describing more than one. Other components identified with an alphanumeric suffix may be referred to generically or as a group in a similar manner.

The arrangement of components illustrated in FIG. 4 may be adapted to operate in a number of execution environments to perform the method illustrated in FIG. 2A and/or the method illustrated in FIG. 2B. FIG. 4 is a block diagram illustrating the components of FIG. 3A, FIG. 3B, and/or analogs of the components of FIG. 3A and FIG. 3B, respectively adapted to operate in an execution environment 401 that includes and/or otherwise is provided by one or more nodes. FIG. 1 illustrates key components of an exemplary device that may at least partially provide and/or otherwise be included in an execution environment. The components illustrated in FIG. 4 may be included in or otherwise combined with the components of FIG. 1 to create a variety of arrangements of components according to the subject matter described herein.

As stated, the various adaptations and analogs of the arrangement in FIG. 3A as well as the various adaptations and analogs of the arrangement in FIG. 3B illustrated and described herein are not exhaustive. For example, those skilled in the art will see based on the description herein that arrangements of components for performing the method illustrated in FIG. 2A and the method illustrated in FIG. 2B may each be distributed across more than one node and/or execution environment. For example, such arrangements may operate at least partially in a browser in a one execution environment and at least partially in a server in another execution environment interoperating via a network.

FIG. 5 illustrates a first node 502 and a second node as exemplary devices that each may be included in and/or otherwise adapted for providing an instance, adaptation, and/or analog of execution environment 401 in FIG. 4. As illustrated in FIG. 5, first node 502 and a second node 504 are operatively coupled to a network 506 via respective network interface components enabling execution environment 401 of first node 502 and execution environment 401 of second node 504 to exchange data in a communication on behalf of communicants represented by the respective nodes.

FIG. 4 illustrates a communications agent 403 including an adaptation of the arrangement of components in FIG. 3A and an adaptation of the arrangement of components in FIG. 3B. A first communications agent 403 may operate, in execution environment 401 of first node 502, on behalf of a first communicant to communicate with a second communicant represented by a second communications agent 403 operating in execution environment 401 of second node 504.

An execution environment 401 is illustrated in FIG. 4 hosting communications agent 403. Components in FIG. 4

17

are referenced for illustrative purposes in describing communications agents operating in an execution environment of first node **502** and an execution environment **401** of second node **504**. Exemplary communications agents include email clients, phone clients including Voice over Internet Protocol (VoIP) clients, instant messaging clients, short message service (SMS) clients, multimedia communications service (MMS clients), multi-media communications clients including video phone clients, and other data transfer agents.

Communications agents **403** such as illustrated in FIG. **4**, respectively operating in execution environment **401** of first node **502** and in execution environment **401** of second node **504** in FIG. **5** may interoperate via respective network stacks **405**. Communications agents **403** may communicate via one or more communications protocols. FIG. **4** illustrates communications protocol component **407** exemplifying a subsystem for exchanging data via network **506** according to one or more communications protocols, such as simple mail transfer protocol (SMTP), an instant messaging protocol, and/or a real-time voice and/or video protocol. A communication between communications agents **403** in execution environment **401** of first node **502** and execution environment **401** of second node **504** may include more than one type of data and may use one or more communications protocols in exchanging one or more types of data via network **506**.

Instances, adaptations, and/or analogs of communications agent **403** in FIG. **4**, in execution environment **401** of first node **502** and in execution environment **401** of second node **504**, respectively, may communicate via discrete messages, a request/reply protocol, a data streaming protocol, a session and/or connection-oriented protocol, a connectionless protocol, a real-time communications protocol, an asynchronous communication, a store and forward communications protocol, a reliable delivery communications protocol, a best-effort delivery communications protocol, and/or a secure protocol, to name a few communications options.

FIG. **4** illustrates communications agent **403** including a content manager component **402**. Content manager component **402** may interoperate with communications protocol layer component **407** and/or network stack **405** to receive data in one or more communications via network **506** with another communications agent in another node. Content manager component **402**, in FIG. **4**, is operatively coupled, via com-in component **411**, to communications protocol component **407** and operates to receive the data from the other node.

Data received in a communication may include one or more data portions having respective content types. Exemplary content types include plain text, markup such as hypertext markup language (HTML), audio data, image data, and/or executable data. Executable data may include script instruction(s), byte code, and/or machine code. In FIG. **4**, communications agent **403** includes one or more content handler components **413** to process data received according to its content type. A data type may be identified by a MIME type identifier. Exemplary content handler components **413** include text/html content handler components for processing HTML representations; application/xmpp-xml content handler components for processing extensible messaging and presence protocol (XMPP) streams including presence tuples, instant messages, and audio content handlers including and/or configured to retrieve suitable codices; video content handler components for processing video representations of various types; and still image data content handler components for processing various image data representations.

18

Content handler component(s) **413** process received data representations and may provide transformed data from the representations to one or more user interface element handler components **415**. One or more user interface element handler components **415** are illustrated in a presentation controller component **417** in FIG. **4**. Presentation controller component **417** may manage visual, audio, and other types of output for its including application as well as receive and route detected user and other inputs to components and extensions of its including application, communications agent **403**. A user interface element handler component **415** may be adapted to operate at least partially in a content handler component **413** such as a text/html content handler component and/or a script content handler component. Additionally or alternatively, a user interface element handler component in an execution environment **401** may be received in a communication. For example, a communication, such as an email, may include an HTML content type portion and a script content type portion.

FIGS. **6A-H** illustrate various user interfaces, some of which include window UI elements **602** presentable in a presentation space of a display device, such as output device **130** in FIG. **1**. A window UI element **602** may include a contactor UI element **604** for presenting an identifier of a communicant in the role of a contactor in a communication represented by the window UI element **602**. A window UI element **602** may also include a contactee UI element **606** for presenting one or more contactee identifier(s) identifying one or more communicants in the role of contactee(s) in the communication. A presentation space **608** may be included in each window UI element **602** for presenting a user message UI element **610** that my present a user message from one user to another. A presentation space **608** may also be provided for presenting one or more UI elements that correspond to user inputs for exchanging data in and/or otherwise managing a communication.

Data to send in a communication to a communications agent in execution environment **401** of second node **504** may be received by one or more content handler component(s) **413** operating in execution environment **401** of first node **502** to transform the data into one or more data representations suitable for transmitting in the communication and/or suitable for processing by the communications agent in execution environment **401** of second node **504**. The one or more data representations may be provided to content manager component **402** for sending in the communication to execution environment **401** of second node **504**. Content manager component **402** may package the one or more data representations in a message formatted according to a communications protocol of the communications agent. Communications protocol component **407** may send the data according to the specification(s) of the communications protocol. Content manager component **402** may alternatively or additionally encode and/or otherwise transform one or more of the data representations so that the data may be sent in a data stream such as voice stream and/or a video stream in the communication to a communications agent via a network.

Content manager component **402** operating in execution environment **401** included in and/or otherwise provided by a node, such as execution environment **401** of first node **502**, may provide the packaged, encoded, and/or transformed data to communications protocol component **407** via a com-out component **418**. Com-out component **418** as described above operatively couples communications agent **402** to communications protocol component **407** according to an interface provided by communications protocol com-

US 10,013,158 B1

19

ponent **407** to send data in a communication according to a communications protocol. Communications protocol component **407** may further package and/or otherwise transform the data to send via network stack **405** for delivery via network **506** to another node, such as second node **504**.

As described above, a communications protocol may operate via one or more nodes in a network in a network path communicatively coupling a first node and a second node. Exemplary path nodes include mail relay nodes, phone switch nodes, and proxy nodes such as instant messaging proxies for communicating through firewalls. As indicated, proxy node **508** may operate as a path node.

A contactee is identified for sending data in a communication. A contactee may be represented by a communications address in an address space of a communications protocol. In one aspect, information identifying a communications address may be received from a communicant of a communications agent in an execution environment. In FIG. **4**, presentation controller **417** and/or a UI element handler **415**, presenting and/or managing interaction with contactor UI element **604***a* in FIG. **6**A for execution environment **401** of first node **502**, may receive a contactor alias in response to a user input corresponding to UI element handler **415**. The user/communicant of execution environment **401** of first node **502** may enter a contactor alias, such as "William", via a keyboard and/or select a predefined communicant alias presented in a selection UI control element via a UI element handler component **415**. The user input may be detected by input driver **421**. Corresponding input information may be routed to presentation controller **417** by GUI subsystem **423**. GUI subsystem **423** operates to send presentation information to a display device via a graphics subsystem **425**. Communication agent **403** may identify a communication address associated with the contactor alias, "William". Other communications address, such as for one or more contactees, may be received similarly and/or in any suitable manner. In an aspect, one or more contactor and/or contactee identifiers may be determined automatically.

Data may be sent in a communication according to a form or type of the communication and/or other attribute of the communication such as a security attribute, the amount of data to be sent, a priority setting, a task setting, and the like. Some forms of communication do not require a session and/or a connection between nodes representing communicants in the communication in order to send data between and/or among the nodes, while other forms of communication do. An email and/or instant message may use a store and forward model of delivery.

Data may be sent in a communication in response to a communicant input. In FIG. **6**A a contactor may provide an input corresponding to reply UI element **612***a* in FIG. **6**A. The input may be received by presentation controller component **417** and/or one or more UI element handlers **415** corresponding to reply UI element **612***a*. In response to detecting the input, presentation controller component **417** may provide data to be sent in the communication to one or more content handler components **413** according to the content type(s) of the data to be sent.

The one or more content handler components **413** may encode, format, and/or otherwise transform the data for sending in a message, such as an email message. The one or more content handler components **413** may provide data to be sent to content manager component **402**, instructing content manager component **402** to send the data in the communication for delivery to a communications agent in execution environment **401** of second node **504**. Content manager component **402** interoperating with com-out component **418** may further

20

format and/or transform the data for sending in the communication according to a communications protocol, for example according to an email communications protocol, by communications protocol component **407**. Communications protocol component **407** may send the communication for delivery to the communications agent in execution environment **401** of second node **504** via network **506**.

One or more path nodes may relay data sent in the communication between execution environment **401** of first node **502** and execution environment **401** of second node **504**. A path node may determine a next node and/or a network interface in a network path communicatively coupling execution environment **401** of first node **502** and execution environment **401** of second node **504** for exchanging data in a communication between communication agents **403** in the respective execution environments **401** of first node **502** and second node **504**.

For session-oriented and/or connection-oriented communication a session and/or a connection may be established if a session/connection has not already been established. Data may be sent for delivery to a communications agent identified based on a contactee communications address during session and/or connection setup. For example, for a voice communication a voice communication may be established via a session initiation protocol. Communications protocol component **407** may operate according to the session initiation protocol specifications. Communications protocol component **407** operating in execution environment **401** of execution environment **401** of first node **502** may locate a communications agent by communicating with one or more nodes in network **506** according to the session initiation protocol. Communications protocol component **407** may locate a communications agent in execution environment **401** of second node **504**, based on a communications address for the contactee.

Once a communication session is established, such as a voice session, data may be sent according to the session communications protocol, such as RTP. Data may be sent according to the session initiation protocol in the communication for managing the voice communication session and/or for exchanging text, image, and/or other data outside of the voice session. One or more path nodes may be included in session and/or connection setup. Alternatively or additionally, one or more path nodes may be included in a network path in a session and/or connection.

With reference to FIG. **2**A, a block **202** illustrates that the method includes receiving, by a first communications agent in a first execution environment according to a first communication protocol via a network from a second communications agent in a second execution environment, a first message, in a communication and addressed to a first user represented by the first communications agent, that includes a mount descriptor that identifies a data object in a second data store in the second execution environment. Accordingly, a system for sharing a data object in a data store via a communication includes means for receiving, by a first communications agent in a first execution environment according to a first communication protocol via a network from a second communications agent in a second execution environment, a first message, in a communication and addressed to a first user represented by the first communications agent, that includes a mount descriptor that identifies a data object in a second data store in the second execution environment. For example, the arrangement in FIG. **3**A, includes content manager component **302** that is operable for receiving, by a first communications agent in a first execution environment according to a first communication

21

protocol via a network from a second communications agent in a second execution environment, a first message, in a communication and addressed to a first user represented by the first communications agent, that includes a mount descriptor that identifies a data object in a second data store in the second execution environment. FIG. 4 illustrates content manager component 402 as an adaptation and/or analog of the content manager component 302 in FIG. 3A. One or more content manager components 402 operate in an execution environment 401. The system for sharing a data object in a data store via a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for receiving, by a first communications agent in a first execution environment according to a first communication protocol via a network from a second communications agent in a second execution environment, a first message, in a communication and addressed to a first user represented by the first communications agent, that includes a mount descriptor that identifies a data object in a second data store in the second execution environment.

FIG. 7 includes a data flow message that illustrates a first message 702, including a mount descriptor, received via network 506 by execution environment 401 including and/or otherwise provided by first node 502. First message 702 is sent via a communications protocol by a communications agent 403 in execution environment 401 including and/or otherwise provided by second node 504.

First message 702 imay be addressed to a user of execution environment 401 of first node 502 by a communications address, that identifies the user, from an address space of the communications protocol. First message may be from a user, identified by a communications address in the address space of the communications protocol and represented by communications agent 403 in of execution environment 401 of second node 504. The communications protocol may include a protocol specified for exchanging at least one of an email, an instant message, a short messaging service message (SMS), a multi-media message (MMS), an audio message, a video message, and an attachment. First message 702 may include a user readable message from the user of execution environment 401 of second node 504. Receiving first message 702 may include detecting the mount descriptor in first message 702 along with the user readable message.

As described above, content manager component 402 operating in execution environment 401 of first node 502 may interoperate with communications protocol layer component 407 and/or network stack 405 to receive data in one or more communications via network 506 with another communications agent in another node. A communication may be direct and/or indirect, such via an email relay. Content manager component 402 in FIG. 4 operatively couples one or more content handler components 413 with network 506, via com-in component 411, communications protocol component 407, and/or network stack 405 to receive and process the data from the other execution environment of the other node. Thus, content manager component 402 operating in execution environment 401 of first node 502 may receive data, such as sent via first message 702, which includes a mount descriptor. FIG. 8A includes an exemplary content portion 800a of an email message. Content portion 800a includes a user readable message portion 802a and a mount descriptor portion 804a described in more detail below. The received communica-

22

tion may include a message addressed to a user represented by communications agent 403 in execution environment 401 of first node 502.

Returning to FIG. 2A, a block 204 illustrates that the method further includes detecting the mount descriptor. Accordingly, a system for sharing a data object in a data store via a communication includes means for detecting the mount descriptor. For example, the arrangement in FIG. 3A, includes descriptor handler component 304 that is operable for detecting the mount descriptor. FIG. 4 illustrates descriptor handler component 404 as an adaptation and/or analog of descriptor handler component 304 in FIG. 3A. One or more descriptor handler components 404 operate in an execution environment 401. The system for sharing a data object in a data store via a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for detecting the mount descriptor. In FIG. 4, descriptor handler component 404 is illustrated as a component of communications agent 403.

FIG. 7 includes a data flow that illustrates a detect descriptor data flow 704 that may be internal to execution environment 401 of first node 502 and/or that may include a message received via network 506 by first node 502. In an aspect, detect descriptor data flow 704 may illustrate a data flow to descriptor handler component 404 operating in execution environment 401 of first node 502. A mount descriptor may be identified to and/or otherwise provided to descriptor handler component 404. Content handler component 402, operating as described with respect to block 202 of FIG. 2A, may identify and/or otherwise provide a mount descriptor to a descriptor handler component 404.

Content manager component 402 may provide some or all of the data in a received message, such as first message 702, to descriptor handler component 404. Descriptor handler component 404 may identify and/or otherwise detect a mount descriptor in the message sent from the execution environment 401 of second node 504. Content manager component 402 may interoperate with descriptor handler component 404 in identifying the mount descriptor. The mount descriptor may be identified for processing by descriptor handler component 404 by content manager component 402 according to a schema for the message. For example, a portion of an email message may include a MIME-type identifier that identifies a corresponding part of the email as a mount descriptor and/or otherwise identifies the part for routing to descriptor handler component 404 in communications agent 403 in execution environment 401 of first node 502.

Returning to FIG. 2A, a block 206 illustrates that the method yet further includes determining a first location in a first data store in the first execution environment. Accordingly, a system for sharing a data object in a data store via a communication includes means for determining a first location in a first data store in the first execution environment. For example, the arrangement in FIG. 3A, includes data store navigator component 306 that is operable for determining a first location in a first data store in the first execution environment. FIG. 4 illustrate data store navigator components 406 as an adaptations and/or analogs of data store navigator component 306 in FIG. 3A. One or more data store navigator components 406 operate in an execution environment 401. The system for sharing a data object in a data store via a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for determining a first location in a first data store

23

in the first execution environment. In FIG. **4**, a data store navigator component **406** is illustrated as a component of application **403**.

FIG. **7** includes a data flow message that illustrates a locate data flow **706** that may be internal to execution environment **401** of first node **502** and/or that may include a message received via network **506** by first node **502**. Locate data flow **706**, in an aspect, illustrates a data flow to data store navigator component **406** operating in execution environment **401** of first node **502**. Data store navigator component **406** may be invoked automatically in response to detecting a mount descriptor. In another aspect, data store navigator component **406** may be invoked in response to a user input.

FIG. **6A** illustrates a view window UI element **602***a* as an exemplary user interface that may be presented by communications agent **403** operating in execution environment **401** of first node **502** to present data received in a communication, such as first message **702**, from execution environment **401** of second node **504**. FIG. **6A** illustrates a contactor UI element **604***a*, a contactee UI element **606***a*, and a presentation space **608***a* of the view window UI element **602***a*. Presentation space **608***a* includes a user message UI element **610***a*. The various UI elements may be presented by one or more UI element handler components **415** in communications agent **403** in execution environment **401** of first node **502**. A reply UI element **612***a* and a reply all UI element **614***a* illustrate UI elements in presentation space **608***a* presented to allow a user of the execution environment **401** of first node **502** to respond and/or otherwise instruct execution environment **401** of first node **502** to perform an operation based on the message received in the communication. FIG. **6A** illustrates an attached mounts UI element **616***a* identifying, based on the mount descriptor in first message **702**, a "Music" folder as a mountable folder from a data store of execution environment **401** of second node **504**.

In an aspect, determining a location in a data store for creating a representation of a data object may include presenting a navigation UI element for navigating the data store. The location may be determined in response to detecting a user input identifying the location. View window UI element **602***a* in FIG. **6A** includes a mount UI element **618***a* for receiving user input to display a navigation window UI element **620***a* for identifying a location in a data store of execution environment **401** of first node **502** to mount and/or otherwise attach the remote "Music" folder identified in the mount descriptor. In response to an input directed to mount UI element **618***a*, a corresponding UI element handler **415** may interoperate with data store navigator component **406** to present navigation window UI element **620***a* that includes a presentation space **622***a* for presenting a user detectable representation of one or more locations in a data store of execution environment **401** of first node **502**.

FIG. **6A** illustrates a mount UI element **624***a* allowing a user to provide user input(s) to instruct communications agent **403** in execution environment **401** of first node **502** to request that a data object identified in the mount descriptor be attached to a location, identified in navigation window UI element **602***b*, in the data store in execution environment **401** of first node **502**.

In another aspect, files and/or other data entities identified in a mount descriptor may be illustrated in a manner similar to attachments rather than in a separate UI element as in FIG. **6A**. Creating a representation of a data object may include receiving an indication by a communications agent to access the data object identified by a mount descriptor. In response,

24

a location in a data store for creating the representation may be determined automatically. Further, in response to receiving the indication the representation may be created automatically at the location. Still further, in response to receiving the indication, the data object may be accessed via the network based on the mount descriptor.

In response to detecting the mount descriptor in first message **702**, execution environment **401** of first node **502** may present a view window UI element **602***b* in FIG. **6B** including data received in the first message **702** to a user of execution environment **401** of first node **502** as described with respect to FIG. **6A**. Context menu **626***b* provides UI elements to allow the user to instruct execution environment **401** of first node **502** to retrieve a data object, in response to an input corresponding to "Open" menu UI element **626***b*1, identified in a mount descriptor received from execution environment **401** of second node **504**. Context menu **626***b* provides UI elements to allow the user to instruct execution environment **401** of first node **502** to attach and/or otherwise mount a representation of a data object, in response to an input corresponding to "Save . . . " menu UI element **626***b*2, identified in a mount descriptor at a location in the data store of execution environment **401** of first node **502**.

Alternatively or additionally, a location for creating representation of a data object may be determined by detecting user input included in performing a drag and drop operation on a representation of the data object presented via an output device. The drag and drop operation may be performed to attach a data object identified in a received mount descriptor to create a representation of the data object at a location in a data store. FIG. **6B** includes a pointer UI element **628***b* dragging a representation of the "Music" folder from remote attachments UI element **630***b* in view window UI element **602***b*. The representation of the "Music" folder is shown over a listing pane **632***b*, in a navigation window UI element **634***b*, showing data entities in the data store of execution environment **401** of first node **502** at a location identified in a path UI element **636***b*.

FIG. **6C** illustrates another exemplary user interface that execution environment **401** of first node **502** may present to the user to allow the user to instruct execution environment **401** of first node **502** to mount and/or otherwise attach a representation of a data object identified in a mount descriptor to a location in a data store of execution environment **401** of first node **502**. Auto-response window **602***c* may be presented in response to a mount descriptor received in a communication without a user message. Rather than a UI element for displaying a user message, a remote data object pane UI element **638***c* may be presented that identifies data objects located and/or otherwise identified by execution environment **401** of second node **504** in a mount descriptor received by execution environment **401** of first node **502**. UI elements in presentation space **608***c* are illustrated that allow a user to instruct execution environment **401** of first node **502** to retrieve a data object, in response to an input corresponding to "Open" UI element **640***c*, identified in a mount descriptor received from execution environment **401** of second node **504**. Mount UI element **642***c* allows the user to instruct execution environment **401** of first node **502** to attach and/or otherwise mount a representation of a data object, identified in a mount descriptor at a location in the data store of execution environment **401** of first node **502**.

Returning to FIG. **2A**, a block **208** illustrates that the method yet further includes creating, based on the mount descriptor, a representation of the data object at the location, wherein accessing the representation includes accessing the data object from the second data store. Accordingly, a

US 10,013,158 B1

25

system for sharing a data object in a data store via a communication includes means for creating, based on the mount descriptor, a representation of the data object at the location, wherein accessing the representation includes accessing the data object from the second data store. For example, the arrangement in FIG. 3A, includes mount service component **308** that is operable for creating, based on the mount descriptor, a representation of the data object at the location, wherein accessing the representation includes accessing the data object from the second data store. FIG. **4** illustrates mount service component **408** as an adaptation and/or analog of mount service component **308** in FIG. **3A**. One or more mount service components **408** operate in an execution environment **401**. The system for sharing a data object in a data store via a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for creating, based on the mount descriptor, a representation of the data object at the location, wherein accessing the representation includes accessing the data object from the second data store. In FIG. **4**, a mount service component **408** is illustrated as a component of data store navigator component **406**.

FIG. **7** includes data flow message that illustrates an attach data flow **708** that may be internal to execution environment **401** of first node **502** and/or that may include a message received via network **506** by execution environment **401** of first node **502**. Attach data flow **708** illustrates a data flow to mount service component **408** operating in execution environment **401** of first node **502**. Mount service component **408** may be invoked automatically in response to detecting a mount descriptor in an aspect. In another aspect, mount service component **408** may be invoked in response to a user input. A representation of a data object identified in a mount descriptor may be created automatically in response to detecting the mount descriptor and/or detecting a user input associated with the message in which the mount descriptor was received.

Once a location is identified, in a data store of an execution environment, for attaching and/or otherwise mounting a representation of a data object in a data store in another execution environment; any of a variety means available to the execution environment mounting the data object may be utilized.

FIG. **8A** illustrates a mount descriptor identifying alternative URLs for accessing the "Music" folder in the data store in execution environment **401** of second node **504**. A Samba URL **808a** identifies a protocol and a location for accessing the "Music" folder. Mount service component **408** in execution environment **401** of first node **502** may interoperate with a Samba client (not shown) included in and/or associated with file system **427**, which in an aspect may be and/or may be included in the data store of execution environment **401** of first node **502**. Samba URL **808a** may include user identification and authentication information to the Samba client if needed. Alternatively, the Samba client and/or mount service **408** may receive such information from the user and/or from a pre-stored profile. In an aspect, the "Music" folder may be mounted, as a drive, in execution environment **401** of first node **502**.

In another aspect, a mount descriptor may identify a representation of a data object that is to be removed and/or otherwise unmounted. A first execution environment may detect a mount descriptor that identifies data object in a data store in a second execution environment. It may be determined that the data object is represented at a location in data

26

store of the first execution environment. The representation may be removed based on the mount descriptor.

In yet another aspect, a mount descriptor may identify a printer accessible to second execution environment. A first execution environment may create a representation of the printer, accessible in the first execution environment, based on the mount descriptor. Accessing the representation of the printer may include accessing the printer via the network. The printer may be accessed directly and/or indirectly, for example via the second execution environment. Samba as well as other services allows access to printers. Thus, a mount descriptor may identify a printer in and/or accessible to execution environment **401** of second node **504** to mount in execution environment **401** of first node **502**.

As an alternative and/or in case execution environment **401** of first node **502** does not include a Samba client and/or a compatible analog, a mount descriptor may specify one or more alternatives in addition to or instead Samba. For example, execution environments may be separated and/or otherwise blocked by one or more firewalls, Mount Service **408** may operate to mount the "Music" found via another identifier in mount descriptor **804a**. Web Distributed Authoring and Versioning (WebDAV) is an extension of the Hypertext Transfer Protocol (HTTP) that facilitates collaboration between users in editing and managing documents and files stored on World Wide Web servers. A WebDAV URL **810a** identifies HTTP as an access protocol and identifies a location in execution environment **401** of second node **504** for accessing the "Music" folder. Mount service component **408** in execution environment **401** of first node **502** may interoperate with a WebDAV client (not shown) included in and/or associated with file system **427**, which in an aspect may be and/or may be included in the data store of execution environment **401** of first node **502**. WebDAV URL **810a** may include user identification and authentication information to the WebDAV client if needed. Alternatively, the WebDAV client and/or mount service **408** may receive such information from the user and/or from a pre-stored profile. In an aspect, the "Music" folder may be mounted as a folder in, for example, a pre-existing Music folder in execution environment **401** of first node **502**. The two music folders may be presented as a merged entity. In another aspect, the "Music" folder identified in the mount descriptor may be mounted at a location in the pre-existing Music folder. The mounted folder may be renamed to distinguish it from a folder with the same name and/or to identify its source by user and/or by node, for example. Alternatives to WebDAV include the file transfer protocol FTP.

In yet another aspect, a representation of a data object a may include and/or may otherwise be based on a replica of at least a portion of the data object. The replica may be synchronized with other replicas and/or an original data object. A mount service **408** may interoperate with an XtreeemFS client to create a representation of the data object identified in a mount descriptor at location in a data store. XtreemFS replicates file data across multiple storage servers, which can be distributed worldwide. The replication algorithm is designed to handle problems and failure scenarios that can occur in distributed systems including message loss, network partitions, server crashes, and the like. When a replicated file is opened, XtreemFS automatically elects a primary replica for that file which processes all file operations. If the primary fails, one of the backup replicas will automatically take over after a short failover period. To an application accessing a file via XtreemFS a regular file and/or folder and a replicated representation behave the same or similarly.

27

For read-only access, replicas of an original folder and/or file may be created and distributed to various replication servers to enhance performance. Through replication a caching infrastructure may be built in order to reduce latency and bandwidth consumption. Partial replicas may be supported, in addition to or instead of full replicas. File, folder, and/or other data object metadata may also be replicated.

Thus, as described above, a representation of a remote data object may be created based on a mount descriptor that includes information for accessing the data object based on at least one of Samba, content management interoperability services (CMIS), Web Distributed Authoring and Versioning (WedDAV), Atom Publishing Protocol (AtomPub), file transfer protocol (FTP), RSS, SSH FTP, and an identified network file system.

Other distributed file systems that may be accessed to mount a. representation of a data object identified in a mount descriptor at a location in a data store. The Andrew File System (AFS), the Distributed File System (DFS), and the Network File System (NFS). Atom Publishing Protocol (AtomPub), file transfer protocol (FTP), RSS, SSH FTP, and content management interoperability services (CMIS) are other means for mounting a data object identified in a mount descriptor.

With reference to FIG. 2B, a block 212 illustrates that the method includes receiving, by a second communications agent that represents a second user, data object information that identifies a data object in a second data store in a second execution environment that includes the second communications agent. Accordingly, a system for sharing a data object in a data store via a communication includes means for receiving, by a second communications agent that represents a second user, data object information that identifies a data object in a second data store in a second execution environment that includes the second communications agent. For example, the arrangement in FIG. 3B, includes descriptor handler component 304 that is operable for receiving, by a second communications agent that represents a second user, data object information that identifies a data object in a second data store in a second execution environment that includes the second communications agent. FIG. 4 illustrates descriptor handler component 404 as an adaptation and/or analog of descriptor handler component 304 in FIG. 3B. One or more descriptor handler components 404 operate in an execution environment 401. The system for sharing a data object in a data store via a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for receiving, by a second communications agent that represents a second user, data object information that identifies a data object in a second data store in a second execution environment that includes the second communications agent. In FIG. 4, a descriptor handler component 404 is illustrated as a component of communications agent 403.

FIG. 7 includes data flow message that illustrates a create mount descriptor (createMD) data flow 710 data flow to create and/or otherwise construct a mount descriptor that identifies a data object in a data store of execution environment 401 of second node 504. Create mount descriptor data flow 710 in FIG. 7 may, in FIG. 4, represent providing and/or otherwise identifying access information to descriptor handler component 404 to process in creating a mount descriptor for a data object identified by the data object information. Create mount descriptor data flow 710 may be internal to execution environment 401 of second node 504

28

and/or may include interoperation by execution environment 401 of second node 504 via a network with another node.

FIG. 6D, illustrates an edit window UI element 602d that, in an aspect, may be presented by communication agent 403 in execution environment 401 of second node 504 in response to a user input to create a new email. In an aspect, a user of communications agent 403 operating in execution environment 401 of second node 504 may provide input corresponding to attach mount UI element 644d in edit window UI element 602d. A corresponding UI element handler component 415 may operate to invoke data store navigator component 406 to present a navigation window UI element 646d to locate one or more data objects in response to user interaction. Data store navigation component 406 may interoperate with one or more UI element handlers 415, directly or indirectly via descriptor handler component 404, in an aspect, to present the navigation window UI element 646d and its contents.

Navigation window UI element 646d is presented to receive data object information in response to user input to identify a data object in a data store of execution environment 401 of second node 504. A folder content pane UI element 648d in navigation window UI element 646d is presented including representations of one or more data objects at a location, identified in a path UI element 650d. A pointer UI element 652d illustrates a drag and drop operation of a "Music" folder represented in contents pane UI element 648d, dropped on edit window UI element 602d. In response, to detecting the drag and drop operation by one or more UI element handler components 415, data store navigator component 406 may interoperate with the one or more UI element handle components 415 to provide data object information identifying the data object to descriptor handler component 404.

Returning to FIG. 2B, a block 214 illustrates that the method further includes creating a mount descriptor for accessing the data object from the second data store by a first data store in a first execution environment including a first communications agent that represents a first user. Accordingly, a system for sharing a data object in a data store via a communication includes means for creating a mount descriptor for accessing the data object from the second data store by a first data store in a first execution environment including a first communications agent that represents a first user. For example, the arrangement in FIG. 3B, includes descriptor generator component 314 that is operable for creating a mount descriptor for accessing the data object from the second data store by a first data store in a first execution environment including a first communications agent that represents a first user. FIG. 4 illustrates descriptor generator component 414 as an adaptation and/or analog of descriptor generator component 314 in FIG. 3B. One or more descriptor generator components 414 operate in an execution environment 401. The system for sharing a data object in a data store via a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for creating a mount descriptor for accessing the data object from the second data store by a first data store in a first execution environment including a first communications agent that represents a first user. In FIG. 4, descriptor generator component 414 is illustrated as a component of communications agent 403.

As described above, FIG. 7 illustrates a create mount descriptor (createMD) data flow 710. Create mount descriptor data flow 710 may result from a request from a remote node, described below, and/or may result in access infor-

29

mation received in response to user input, also described above. Access information received by descriptor handler component **404** may be provided to and otherwise identified to a descriptor generator component **414** which may also be included in create mount descriptor data flow **710**. Descriptor generator component **414** operates to create and/or otherwise construct a mount descriptor.

Data objects located and/or otherwise identified by data object information received by descriptor handler component **404** may be identified to descriptor generator component **414** to construct and/or otherwise create a mount descriptor identifying the data objects. A descriptor handler component may be a type of content handler component that operates to process data object information to create a mount descriptor that conforms to a schema for creating and/or otherwise constructing a valid mount descriptor. The descriptor generator component **414** may construct and/or otherwise create a mount descriptor based on a schema that defines and/or otherwise identifies a valid mount descriptor for a particular type of communication supported by a communications agent. The mount descriptor is constructed and/or otherwise created, based on the data object information, by the descriptor generator component **414**.

Descriptor generator component **414** in execution environment **401** of second node **504** may provide the mount descriptor to content manager component **402** to include and/or otherwise identify the mount descriptor in a communication with execution environment **401** of first node **502**, such as an email and/or instant message. Content manager component **402** may interoperate with other types of content handler components **413** to create and/or otherwise construct a message that includes the valid mount descriptor.

A mount descriptor may be included in a message according to a protocol schema that identifies the message as valid according to a communications protocol. In an aspect, the descriptor generator component **414** may interoperate with the content manager component **402** to create a valid mount descriptor according to a specified schema for the message, so that the message is valid according to a communications protocol supported by a communications protocol component **407** that operates to send the message. As described above, the content manager component **402** may operate in execution environment **401** of second node **504** along with a descriptor generator component **414** to transform data object information into a mount descriptor to include along with data for other parts of a communication into one or more representations suitable for transmitting in a communication, such as a message, to another node, such as first node **502**. Some or all of the representations transmitted are suitable for processing by the communications agent in execution environment **401** of first node **502**. The content manager component **402** in the execution environment **401** of second node **504** may package the one or more data representations including a representation of the mount descriptor into a message formatted according to the communications protocol.

A descriptor generator component **414** and/or a content manager component **402** may operate to construct a mount descriptor in a communication. A content type identifier may be included in a position and/or location that identifies a mount descriptor in a communication. The position or location may be absolute or relative. For example, a schema for a communication may define that a mount descriptor in a communication is included in the communication at the end of the communication. There may be one or more mount descriptors at the end. In another aspect, a schema for a communication may specify that a portion of a communi-

30

cation following a particular type of message portion is a mount descriptor. Other mount descriptors may follow. If no mount descriptor is included, the mount descriptor portion may include no content or may include an indicator that no mount descriptor is included.

FIG. 8A includes an exemplary content portion **800***a* of an email message. Content portion **800***a* includes a user message portion **802***a* and a mount descriptor portion **804***a* described in more detail above. FIG. 8A illustrates an "application/mount-descriptor" MIME type identifier that may be defined to identify a schema for content including one or more mount descriptors. FIG. 8A illustrates a mount descriptor **804***a* including two identifiers for the "Music" folder. A first identifier **808***a* illustrates a Samba URL for accessing the "Music" folder via a Samba file sharing system. The second identifier **810***a* illustrates a WebDAV HTTP URL that may allow a receiving node to access the identified data object via a WebDAV server operating in and/or available to an execution environment sending the mount descriptor **804***a*. An FTP URL **812***a* illustrates a file transfer protocol (FTP) that may allow a receiving node to access the identified data object via a FTP server operating in and/or available to an execution environment sending the mount descriptor **804***a*

Other means are described about with respect to operation of the method illustrated in FIG. 2A. All such means are suitable for performing the method illustrated in FIG. 2B.

Returning to FIG. **2**B, a block **216** illustrates that the method yet further includes including, by the second communications agent, the mount descriptor in a first message, addressed to the first user. Accordingly, a system for sharing a data object in a data store via a communication includes means for including, by the second communications agent, the mount descriptor in a first message, addressed to the first user. For example, the arrangement in FIG. **3**B, includes content manager component **302** that is operable for including, by the second communications agent, the mount descriptor in a first message, addressed to the first user. FIG. **4** illustrates content manager component **402** as an adaptation and/or analog of content manager component **302** in FIG. **3**B. One or more content manager components **402** operate in an execution environment **401**. The system for content manager includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for including, by the second communications agent, the mount descriptor in a first message, addressed to the first user. In FIG. **4**, a content manager component **402** is illustrated as a component of application **403**.

As described above, FIG. **7** illustrates first message **702**, including a mount descriptor, sent via network **506** by execution environment **401** of second node **504** to execution environment **401** of first node **502**. In an aspect described below, first message **702** may be sent in response to previous message **708**.

A mount descriptor generated by a descriptor generator component **414**, along with a user message and any other data to include in a communication, may be provided and/or otherwise identified to content manager component **402** for sending in the communication. The content manager component **402** in execution environment **401** of second node **504** may package data from descriptor generator component **414** including a representation of the mount descriptor into the message formatted according to the communications protocol.

Returning to FIG. **2**B, a block **218** illustrates that the method yet further includes sending, via a communications

31

protocol via the network by the second communications agent, the first message for delivery to the first communications agent to create, based on the mount descriptor, a representation, of the data object in the first data storage, that when accessed includes accessing the data object from the second data store. Accordingly, a system for sharing a data object in a data store via a communication includes means for sending, via a communications protocol via the network by the second communications agent, the first message for delivery to the first communications agent to create, based on the mount descriptor, a representation, of the data object in the first data storage, that when accessed includes accessing the data object from the second data store. For example, the arrangement in FIG. 3B, includes com-out component **318** that is operable for sending, via a communications protocol via the network by the second communications agent, the first message for delivery to the first communications agent to create, based on the mount descriptor, a representation, of the data object in the first data storage, that when accessed includes accessing the data object from the second data store. FIG. 4 illustrates com-out component **418** as an adaptation and/or analog of com-out component **318** in FIG. 3B. One or more com-out components **418** operate in an execution environment **401**. The system for sharing a data object in a data store via a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for sending, via a communications protocol via the network by the second communications agent, the first message for delivery to the first communications agent to create, based on the mount descriptor, a representation, of the data object in the first data storage, that when accessed includes accessing the data object from the second data store. In FIG. 4, a com-out component **418** is illustrated as a component of application **403**.

Com-out component **418** may provide the mount descriptor, the user message, and any other data for sending in the communication in representations suitable for sending by communications protocol component **407** to the communications agent in execution environment **401** of first node **502**. Communications protocol component **407** operating in execution environment **401** of second node **504** may send the data as and/or in a communication, such as an email message, according to the specification(s) of the communications protocol. Communications protocol component **407** may further package and/or otherwise transform the data to send via network stack **405** for delivery via network **506** to execution environment **401** of first node **502**.

Content manager component **402** may alternatively or additionally encode and/or otherwise transform one or more of the data representations for sending in a data stream such as voice stream and/or a video stream for communicating in a communication with the communications agent in execution environment **401** of first node **502**

The methods illustrated in FIG. 2A-B may include additional aspects supported by various adaptations and/or analogs of the arrangement of components in FIG. 3A-B.

In an aspect, a mount descriptor may be received as a response to a data object request in a message previously sent. A data object request may include some or all of a keyword expression, a regular expression, an XQuery expression, an XPath expression, a file system path expression, and a structured query language statement.

The previously sent message may include the data object request in the message separate from a user readable message. The user readable message may be detected by a receiving execution environment along with the data object

32

request. The data object request may be included in the previously sent message according to a schema that identifies the message as valid according a communications protocol by which the message was sent in the communication.

The data object request may include match information identifying a matching criterion for locating and/or otherwise identifying a data object to be mounted. With respect to FIG. 4 and FIG. 5, execution environment **401** of first node **502** may request a mount descriptor from execution environment **401** of second node **504**. FIG. 7 includes a data flow message that illustrates a match information data flow **712** that may occur at least partially in execution environment **401** of first node **502** and/or may include a message (not shown) received via network **506** by execution environment **401** of first node **502**. Match information data flow **712** may represent, in FIG. 4, a data flow to an identify mount constructor (IMC) component **410** operating in execution environment **401** of first node **502**. The data flow may be via descriptor handler component **404**.

Sending a message including a data object request may include receiving, by a first execution environment, matching information, identifying a data object matching criterion, from a first user. The message, including a data object request based on the data object matching criterion, may be sent, via the network, to a second execution environment. The message is addressed to the second user. The data object request may be included in the message according to a schema that identifies the previous message as valid according ing a communications protocol in the communication. A mount descriptor may be received in a subsequent message, in response to sending the data object request.

In various aspects, IMC component **410** may receive matching information from a user via one or more UI element handler components **415**. The matching information may be received, in response to a user input detected by an input device of an execution environment **401** that includes the IMC component **410**. Alternatively or additionally, matching information may be received by an IMC component in a message received via a network. For example, a user may identify matching information to a browser operating in a client node. The browser may send the matching information via a network communicatively coupling the client node to a web service provider node. The web service provider node may include an IMC component that may operate to receive the matching information identified in the message from the browser. In another aspect, an IMC component may be provided in whole or in part by execution environment **401** of node **502** to a browser in another execution environment.

FIG. 6E illustrates an exemplary user interface that may be presented by communications agent **403** operating in execution environment **401** of first node **502**. A UI element handler component **415** may operate to present a user interface element to allow a user to identify matching information. A matching information (MI) UI element **656e** is illustrated in FIG. 6E as an example. The same or different UI element handler component **415** may present various other UI elements included in MI UI element **656e**. MI UI element **656e** and one or more UI elements it includes may be presented by one or more corresponding UI element handler component(s) **415** that may operate based on a schema that defines valid matching information and/or data object requests for including in a communication via a communications agent **403**. The schema defines one or more rules and/or a vocabulary that defines whether matching information and/or a data object request is valid. Those

US 10,013,158 B1

33

skilled in the art will understand that numerous languages and/or schemas for providing matching information and/or data object requests currently exist including relatively simple key word based queries to relatively more complicated regular expression languages and data base query languages, such as various versions of structured query language (SQL). New schemas are and will be created, and are, thus, considered within the scope of the subject matter described herein.

MI NI UI element **656***e* illustrates a user interface for a keyword based schema. Match textbox UI element **658***e* illustrates a textbox allowing a user to enter a keyword expression. Various checkbox UI elements **660***e* allow a user to define a scope of a data object request by identifying whether a resulting data object request is to be applied to folders, files, and/or content of files in a data store. A communications agent **403** may support more than one data object request schema and/or corresponding matching information schema. A communications agent may provide a user interface to receive valid matching information for each respective schema.

FIG. **7** includes data flow message that illustrates a create data object request (CIReq) data flow **714** that may be internal to execution environment **401** of first node **502** and/or may include a message received via network **506** by first node **502**. With respect to FIG. **4**, CIReq data flow **714** may illustrate a data flow to an IMC component **410** operating in execution environment **401** of first node **502**. Match information may be identified to and/or otherwise provided to IMC component **410**.

An IMC component **414** may be a type of content handler component and/or may be included in a content handler component that operates to process match information to create a data object request that conforms to a schema for creating and/or otherwise constructing a valid data object request. IMC component **410** may construct and/or otherwise create a data object request based on a schema that defines and/or otherwise identifies a valid data object request and/or a valid mount descriptor for a particular type of communication supported by a communications agent. The data object request descriptor is constructed and/or otherwise created, based on the match information, by IMC component **410**. IMC component **410** in execution environment **401** of first node **502** may provide the data object request to content manager component **402** to include and/or otherwise identify the data object request in a communication with execution environment **401** of second node **504**, such as email and/or instant message. Content manager component **402** may interoperate with other types of content handler components **413** to create and/or otherwise construct a message that includes the valid data object request.

In an aspect, IMC component **410** may interoperate with the content manager component **402** to create the valid data object request according to a specified schema for the message, so that the message is valid according to a communications protocol supported by a communications protocol component **407** that operates to send the message. As described above, the content manager component **402** may operate in execution environment **401** of first node **502** along with IMC component **410** to transform match information into a data object request to include along with data for other parts of a communication into one or more representations suitable for transmitting in a communication, such as a message, to another node, such as second node **504**. Some or all of the representations transmitted are suitable for processing by the communications agent in execution environment **401** of second node **504**. The content

34

manager component **402** in the execution environment **401** of first node **502** may package the one or more data representations including a representation of the data object request into a message formatted according to the communications protocol.

In FIG. **8**D, a portion of an email communication **800***b* is illustrated formatted as a multipart/mixed content type including data object request portion **802***b*. A data object request portion of a communication may be identified as a data object request by its location in the communication and/or by an identifier or markup element, such as a MIME type identifier. A data object request may be detected based on content included in the message and/or based on metadata such as content-type header **804***b* identifying a MIME type identifier, such as "application/id-request", which may be defined for representing one or more matching criteria in a data object request. The "application/id-request" MIME type identifier is exemplary. Other MIME type identifiers exist and/or may be defined to identify a data object request in a communication.

An IMC component and/or a content manager component may operate to construct a data object request in a communication based on XQuery, regular expression, and/or SQL content, to name a few examples. A content type identifier may be included in a position and/or location that identifies a data object request in a communication. The position or location may be absolute or relative. For example, a schema for a communication may define that a data object request in a communication is included in the communication at the end of the communication. There may be one or more data object requests at the end. In another aspect, a schema for a communication may specify that a portion of a communication following a particular type of message portion is a data object request. Other data object requests may follow. If no data object request is included, the data object request portion may include no content or may include an indicator that no data object request is included.

FIG. **8**D illustrates an "application/id-request" MIME type identifier that may be defined to identify a schema for an XML-based language for specifying id-request XML documents. FIG. **8**D illustrates id-request document **806***b*. Id-request document **806***b*, as illustrated, includes criterion tag elements **808***b* corresponding to the form elements in a user interface FIG. **6**A. A criterion tag element **808***b* identifies a matching criterion name, such as "query" indicating that the criterion is a query expression or a portion thereof. A "type" attribute identifies a schema with the identifier "keyword" for the expression. The criterion tag element **808***b* identifies a value for a query "*music*" in a match-expression attribute. Another criterion tag element **808***b* specifies a scope query specified in the first criterion tag element. FIG. **8**B illustrates an "and" tag **810***b* indicating that all the matching criteria must be met for identifying a data object. An "or" tag (not shown) may be defined by a schema for id-request documents. Other operator elements and operator precedence may be defined by the schema. Grouping elements for managing operator precedence, such as parenthesis element, may be defined by the schema.

FIG. **7** includes a data flow that illustrates a previous message **716** (with respect to first message **702**) including a data object request. Previous message **716**, as shown, may be sent via network **506** by execution environment **401** of first node **502** to execution environment **401** of second node **504**. In an aspect, first message **702** may be sent in response to previous message **716**.

In various aspects, a data object request may be based on a date, a time, a length of time, a file type, a database record

US 10,013,158 B1

35

key, content of the data object, a content type identifier, a format rule, a vocabulary, a role of a user, a security attribute, a location in a data store such as a file system, an attribute of an identified data object, a size, a task, a transaction, a state, a user, a group, a requester, a relationship including a requesting user and a responding user, a keyword, a tag, a folder, and/or a path portion of a data object identifier, to name a few examples.

A descriptor handler component in an execution environment may receive data object information in response to a request from a communications agent in another execution environment. As described above, FIG. 7 illustrates previous message 716, including a data object request, received via network 506 by execution environment 401 of second node 504 from execution environment 401 of first node 502.

In addition to packaging representations of data in a structure and/or format for sending a message according to a communications protocol, a content manager component 402 may operate to detect a data object request received and/or otherwise identified in a message received in a communication. Content manager component 402 operating in execution environment 401 of second node 504 may receive the message, illustrated by previous message 716, in a communication with execution environment 401 of first node 502. Com-in component 411 in execution environment 401 of second node 504 may receive the message via communication protocol component 407 and network stack 405. Previous message 716 may be delivered to execution environment 401 of second node 504 via network 506 based on a communications address of a communicant represented by communications agent 403 in execution environment 401 of second node 504. A communications agent may represent more than one communicant identified by different addresses.

Previous message 716 in FIG. 7 may be received in one or more packets via network 506 by network stack 405 and communications protocol component 407 in an instance of and/or analog of execution environment 401 including and/or otherwise provided by second node 504. The data in the communication may be received by com-in component 411. Com-in component 411 may provide the data to content manager component 402. Content manager component 402 may determine one or more content types of the data. The content and/or portions of the content may be provided to one or more content type handler components 413 based on the one or more content types identified by content manager component 402. For example, FIG. 8B illustrates message portion 812b including "text/plain" MIME type identifier 814b as a content type identifier. Message portion 812b may be provided to a text/plain content handler 413. Audio data in a voice communication may be provided to an audio content handler component 413, and video data in a video communication may be provided to a video content handler component 413.

FIG. 7 includes a data flow message that illustrates a detect data object request (detectOReq) data flow 718 that may be internal to execution environment 401 of second node 504 and/or may include interoperation with another node via a network. With respect to FIG. 4, detect data object request data flow 718 may correspond to a data exchange and/or other interoperation between content handler component 402 and descriptor handler component 404 to detect and/or otherwise process the data object request received in previous message 716 by execution environment 401 of first node 502. FIG. 7 further includes a data flow message that illustrates a locate message 720, that may be included in an aspect of the method illustrated in FIG. 2B, for locating one

36

or more data objects based on the data object request. The data object request may include and/or otherwise identify a matching criterion. The matching criterion may be identified based on match information identified by the communicant represented by execution environment 401 of first node 502. The one or more data objects may be located and/or otherwise identified by determining a data object or data objects that match the matching criterion. The data object(s) may be in a data store in and/or otherwise accessible to execution environment 401 of second node 504, such as one or more files in a file system of execution environment 401 of second node 504. Locate message 720 may be internal to execution environment 401 of second node 504 and/or may include a message exchanged with a remote device, such as database server and/or a network attached storage device providing storage locations for some or all of a file system of execution environment 401 of second node 504.

Com-in component 411 in execution environment 401 of second node 504, as described above, provides the previous message 716, received from execution environment 401 of first node 502, to content manager component 402. Content manager component 402 is operatively coupled, via com-in component 411, to communications protocol component 407 for receiving data in communications with other nodes, such as execution environment 401 of first node 502. Thus, execution environment 401 of second node 504 may receive a message via a com-in component 411 in a communication with execution environment 401 of first node 502. The message may include a data object request based on match information identified by a user to communications agent 403 in execution environment 401 of first node 502.

Data received in a communication, such as in a message, may include data of various content types. In FIG. 4, communications agent 403 in execution environment 401 of second node 504 includes one or more content handler components 413 to process data received according to its content type. Content manager component 402 may detect and/or otherwise identify a portion of the message as the data object request sent from execution environment 401 of first node 502. The data object request may be identified by content manager component 402 according to a schema for the message and/or a schema for the data object request. For example, a portion of the message may include a MIME-type identifier that identifies the portion as a data object request and/or otherwise identifies the portion for routing to descriptor handler component 404 operating in and/or otherwise on behalf of execution environment 401 of second node 504. Alternatively or additionally, the data object request may have structure and/or content that is valid and identifiable according to a schema for defining and/or otherwise identifying valid data object requests. A descriptor handler component may be provided as a type of content handler component, in an aspect. Alternatively or additionally, a descriptor handler component may interoperate with one or more content handler components to detect a data object request in a message received by a content manager component.

As such, descriptor handler component 404 may operate along with other content handler components 413 to process data representations received in the message 716 from execution environment 401 of first node 502. Descriptor handler component 404 may also provide transformed data from the representations to one or more user interface element handler components 415. Descriptor handler component 404 operates to validate and process data object requests according to a schema defining valid data object requests. Various portions of a message including a data

37                                                              38

object request may be provided to one or more content handler components **413**, including descriptor handler component **404**, to interoperate with presentation controller component **417** in execution environment **401** of second node **504** to present some or all of the received message, including the data object request.

FIG. 6F illustrates a window, view window UI element **602**_f_, presenting an exemplary representation of a message, such as previous message **716**, received in a communication from execution environment **401** of first node **502** by second node **504**. FIG. 6F, view window UI element **602**_f_ includes a contactor UI element **604**_f_, a contactee UI element **606**_f_, and a presentation space **608**_f_ of the view window UI element **602**_g_ that includes a user message UI element **610**_f_ including a text portion of the message provider by the communicant represented by execution environment **401** of first node **502**. The various UI elements may be presented by one or more UI element handler components **415** in communications agent **403** operating in execution environment **401** of second node **504**. A reply UI element **662**_f_ and a reply all UI element **664**_f_ are illustrated as exemplary UI elements in presentation space **608**_f_ presented to allow a user of execution environment **401** of second node **504** to respond and/or otherwise perform an operation based on the received message. FIG. 6F illustrates a data object request UI interface element **666**_f_ where the data object request identified in the message from execution environment **401** of first node **502** is represented to the communicant represented by the execution environment **401** of second node **504**. In an aspect, the communicant is allowed to authorize the request by providing an input corresponding to a find and reply UI element **668**_f_. In another aspect, the communicant may allowed to modify the data object request.

As described herein in an aspect, content manager component **402** may detect content type information to detect a data object request in a communication. For example, the message portion illustrated in FIG. 8B may be received in previous message **716**. Content manager component **402** may detect "application/id-request" MIME type identifier in content-type header **804**_b_. The "application/id-request" MIME type identifier may be defined to identify a data object request based on one or more matching criteria for identifying a requested data object. Content manager component **402** may identify data object request portion **802**_b_ as including the data object request.

In response to detecting a data object request in previous message **716**, content manager component **402** may provide data some or all of the data object request to descriptor handler component **404**. For example, descriptor handler component **404** may be configured to operate according to a schema defining a format and/or a vocabulary for an XML-based language for id-request documents. Content manager component **402** may provide id-request document **806**_b_, as a data object request, to descriptor handler component **404**. Descriptor handler component **404** may operate according to the id-request schema. In an aspect, descriptor handler component **404** may process more than one data object request content type. Alternatively or additionally, execution environment **401** may include multiple descriptor handler components **404** for supporting multiple data object request content types.

As described above, in an aspect, a user may be allowed to select which data objects, if any, are to be identified in a mount descriptor from one or more data objects located and/or otherwise identified by descriptor handler component **404** based on a received data object request. In another aspect, communications agent **403** in FIG. 4 may invoke

descriptor handler component **404** automatically to locate one or more data objects based on a matching criterion identified in a data object request and in response to detecting a data object request in a communication, such previous message **716** in FIG. 7. In another aspect, communications agent **403** may invoke descriptor handler component **404** automatically to locate one or more data objects based on a data object request in a communication in response to detect an indication to present, via an output device, some or all of a user message received in a message in the communication. Descriptor handler component **404** may be invoked and/or may operate based on the data object request and/or matching criterion identified to locate a data object prior to, during, and/or after other content received in the communication is processed. Results of a locate operation may be received as data object information.

FIG. 6G illustrates a results window UI element **670**_g_ includes results pane UI element **672**_g_ including representations of two data objects located and/or otherwise identified by data store navigator component **406** based on the data object request. A user may select one or more data objects to identify in a mount descriptor. An attach UI element **674**_g_ may be presented, as illustrated, to allow a user to instruct communications agent **403** to identify one or more selected data objects in results pane UI element **672**_g_ in a mount descriptor. An attach all UI element **6774**_g_ is illustrated to allow for user input instructing communication agent **403** to identify all data objects represented in the UI element **670**_g_ in one or more mount descriptors in a communication with execution environment **401** of first node **502**. A cancel UI element **678**_g_ allows a user to end presentation of results window UI element **670**_g_. A user may opt to identify no data objects represented in the dialog UI element **670**_g_ and located and/or otherwise identified by data store navigator component **406** based on the data object request.

Data objects located and/or otherwise identified by data store navigator component **406** may be identified in data object information to descriptor generator component **414** to construct and/or otherwise create one or more mount descriptors identifying the data objects. As described above, a user may be allowed to select which data objects, if any, are to be identified in a mount descriptor from one or more data objects located and/or otherwise identified by data store navigator component **406**. In another aspect, communications agent **403** in FIG. 4 may invoke data store navigator component **406** automatically to locate one or more data objects based on a matching criterion identified in a data object request and in response to detecting a data object request in a communication. In another aspect, communications agent **403** may invoke data store navigator component **406** automatically to locate one or more data objects based on a data object request in a communication in response to detecting an indication to present, via a output device, some or all of a user readable message received in a message in the communication. Data store navigator component **406** may be invoked and/or may operate based on the data object request and/or matching criterion identified to locate a data object prior to, during, and/or after other content received in the communication is processed.

In another aspect, a data object request UI element may be presented to receive one or more additional matching criteria from a user. Based on the data object request UI element and input from the user, descriptor handler component **404** may receive one or more additional matching criterion information and/or may receive input to modify a matching criterion identified in a received data object request. Descriptor

**39**

handler component 404 may locate one or more data objects in response to receiving the additional criterion.

In another aspect, a data object located and/or otherwise identified by data object information in response to receiving a data object request must match a query identified by the data object request. Alternatively or additionally, a data object request may include an instruction and/or input for generating a data object, and locating the data object may include generating the data object. Generating a data object may include creating the data object and/or may include modifying or otherwise transforming an existing data object. For example, execution environment 401 of second node 504 may include a template stored in a file system. A data object request may identify the template. A descriptor handler component 404 may operate to identify a document or other data object that may be created, is being created, and/or has been created based on the template. In response to a data object request, execution environment 401 of second node 504 may return a mount descriptor that identifies the created and/or modified data object.

As described above, in various aspects, a data object request may be detected and/or represented based on various syntaxes, grammars, vocabularies, and/or languages. For example, a data object request may be identified and/or represented according to a file system search syntax, a regular expression language, a structured query language (SQL) query, a universal data object identifier schema, an XPATH based language, an XQuery based language, an XML based language, an HTML based language (form-based), and/or a keyword-value pair based language.

A data object request and/or a mount descriptor in a communication may be communicated via a network according to a first communications protocol. A user message may be exchanged between communicants in the communication via a second communications protocol. For example, a data object request and/or a mount descriptor may be sent on behalf of a first communicant by execution environment of a first node including a communications agent representing the first communicant. The data object request and/or the mount descriptor may be included in a communication along with a user readable message sent to the execution environment of a second node. The communicants represented by the execution environment of the first node and the execution environment of the second node may communicate via one or more exchanges of audio exchanged via a voice over IP (VoIP) communications protocol.

Exemplary data objects that may be requested via a data object request include a file, a program component, a data base record, video data, audio data, markup language, binary data, text data, an output of a service. Requested data objects may be pre-existing, volatile, and/or generated in response to the request.

As described above, receiving match information may include receiving a message, identifying the match information, via network from a node that received match information from the user. For example, match information may be received from a browser by a web server.

Match information and/or a data object request may be generated, detected, and/or otherwise processed according to a schema that identifies at least one of a rule and a vocabulary that defines a valid data object request. Similarly, a mount descriptor may be generated, detected, and/or otherwise processed according to a schema. One or more schemas may alone or together define one or more of valid data object information, match information, a data object request, and/or a mount descriptor. A schema, as just

**40**

described, may be identified based on a data received and/or otherwise identified by an execution environment hosting a communications agent via the network from another execution environment hosting communications agent and/or from a path node included in a network path in the network communicatively coupling the node to one or more nodes that respectively host a communications agent.

In a further aspect, multiple alternative schemas may be defined for each of data object information, match information, data object requests, and/or mount descriptors. A schema may be selected and/or otherwise identified from the multiple schemas based by execution environment 401 of first node 502 and the execution environment 401 of second node 504 and/or based on information exchanged by the two nodes. For example, a schema may be selected by the first communicant and/or the second communicant. One may inform the other, via a communications protocol and/or via any other suitable means. The communicants may negotiate which schema to use via any suitable means.

The communications agents in execution environment 401 of second node 504 and execution environment 401 of first node 502 may select a schema For example, a schema may be identified and/or otherwise selected based on a communications protocol supported and/or a communications protocol not supported by one or both nodes. That is, in a negotiation to select communication protocol to use allowing communicants to exchange information, a schema may be identified. A schema may be identified and/or otherwise selected based on an attribute of the data object. A schema for identifying image data may be different than a schema for editable documents. A schema for identifying a data object in a first file system may be different than a schema for identifying a data object in a different data store.

As described above. In an aspect match information and/or a data object request, data object information, and/or a mount descriptor may identify a scope that specifies all or some portion of one or more data stores for locating, identifying, and/or otherwise accessing a data object. For example, a communication agent 403 in execution environment 401 of first node 502 may receive user input that identifies a folder in a file system of the execution environment 401 of second node 504 that defines a scope for locating a data object.

Match information and/or a data object request may be represented in a representation that includes a complete or a portion of at least one of a keyword expression, a regular expression, an XQuery expression, an XPath expression, a file system path expression, and a structured query language statement.

Further as also described above, a data object request and/or a mount descriptor may be included in a message according to a schema that identifies the message as valid for a specified communications protocol. Those skilled in the art are aware that schemas for email differ from schemas for instant messages and from streamed audio, for example.

A data object request and/or a mount descriptor may be exchanged in a communication in which audio data and/or image data is also exchanged. Multimedia may be a packaged to include one or more data streams which may include text based data streams. A data object request and/or a mount descriptor may be included in an email, an instant message, a multi-media message, a short-message service message, and/or a data stream. The data stream may include audio data, image data, and/or text data.

A data object request and/or a mount descriptor may be included in and/or detected in a communication based on a location in the communication and/or based on a marker,

US 10,013,158 B1

41

such as an identifier in the communication that identifies a location for the data object request, the mount descriptor, an access request, and/or an access response. The location may be absolute, such as fixed number of bytes or fields from the start or end of a message. Alternatively or additionally, the location may be identified by a location relative to another detectable portion of the communication. FIGS. 8A-B illustrate the user of MIME type identifiers as markers that identify locations for one or more of a data object request and/or a mount descriptor in a communication.

A data object request and/or a mount descriptor or respective portions thereof may include at least a portion of a keyword expression, a regular expression, expression including a Boolean operator, an expression including a precedence information, and a structured query language statement.

With respect to the method illustrated in FIG. 2B, the method as described above may include locating and/or otherwise identifying a data object automatically in response to receiving a data object request that matches and/or otherwise identifies the data object. Further, a mount descriptor may be created and/or otherwise generated automatically, in response to locating and/or otherwise identifying the data object.

In an aspect, in response to receiving and/or otherwise detecting a data object request, a user interface may be presented based on the data object request to prompt a user to process the data object request in some manner, such as authorizing the request and/or modify the request by restricting its scope. In response to detecting user input targeting and/or otherwise corresponding to the presented user interface, one or more data object may be located and/or otherwise identified based on the data object request.

A user may change a received data object request. One or more data object may be located and/or otherwise identified based on the changed data object request.

In a further aspect, once one or more data objects are located and/or otherwise identified based on a data object request and/or otherwise by data object information, a user interface may be presented to allow a user to identify the one or more data objects. Information from a user may be received that selects one or more data objects to identify in a mount descriptor and/or to not identify in the mount descriptor. A user, in an aspect, may be allowed to identify a data object not located and/or otherwise identified by the user's node. The data object, based on the user input, is identified in the mount descriptor.

In light of the description provided above, a mount descriptor may be generated automatically in response to detecting a corresponding data object request by an execution environment 401 of first node. Further, the automatically generated mount descriptor may be sent to the node that sent the corresponding data object request,

The methods illustrated in FIG. 2A-B may yet further include additional aspects supported by various adaptations and/or analogs of the arrangement of components in FIG. 3A-B. Performing the method illustrated in FIG. 2A and/or the method illustrated in FIG. 2B and/or any of its extension and/or in any of its aspects may include one or more of calling a function or method of an object, sending a message via a network; sending a message via an inter-process communication mechanism such as a pipe, a semaphore, a shared data area, and/or a queue; and/or receiving a request such as poll and responding to invoke, and sending an asynchronous message.

Output devices suitable for presenting a representation of a data object and/or a tag include a visual output device, an

42

audio output device, and a tactile output device. One output device may present a data object and another output device may present a tag with which the data object is tagged.

Any action included in performing the method illustrated in FIG. 2A as well as any action included in performing the method illustrated in FIG. 2B may include sending and/or receiving a message via a network. Further, a message, included in performing any of the subject matter described herein and/or any of its extensions in any of its aspects, may an asynchronous message without a corresponding request.

To the accomplishment of the foregoing and related ends, the descriptions and annexed drawings set forth certain illustrative aspects and implementations of the disclosure. These are indicative of but a few of the various ways in which one or more aspects of the disclosure may be employed. The other aspects, advantages, and novel features of the disclosure will become apparent from the detailed description included herein when considered in conjunction with the annexed drawings.

It should be understood that the various components illustrated in the various block diagrams represent logical components that are configured to perform the functionality described herein and may be implemented in software, hardware, or a combination of the two. Moreover, some or all of these logical components may be combined, some may be omitted altogether, and additional components may be added while still achieving the functionality described herein. Thus, the subject matter described herein may be embodied in many different variations, and all such variations are contemplated to be within the scope of what is claimed.

To facilitate an understanding of the subject matter described above, many aspects are described in terms of sequences of actions that may be performed by elements of a computer system. For example, it will be recognized that the various actions may be performed by specialized circuits or circuitry (e.g., discrete logic gates interconnected to perform a specialized function), by program instructions being executed by one or more processors, or by a combination of both. The description herein of any sequence of actions is not intended to imply that the specific order described for performing that sequence must be followed.

Moreover, the methods described herein may be embodied in executable instructions stored in a tangible computer readable medium for use by or in connection with an instruction execution machine, system, apparatus, or device, such as a computer-based or processor-containing machine, system, apparatus, or device. As used here, a "tangible computer readable medium" may include one or more of any suitable media for storing the executable instructions of a computer program in one or more forms including an electronic, magnetic, optical, and electromagnetic form, such that the instruction execution machine, system, apparatus, or device may read (or fetch) the instructions from the tangible computer readable medium and execute the instructions for carrying out the described methods. A non-transitory computer readable storage medium is tangible. A non-exhaustive list of conventional exemplary tangible computer readable storage media includes a portable computer diskette; a random access memory (RAM); a read only memory (ROM); an erasable programmable read only memory (EPROM or Flash memory); optical storage devices, including a portable compact disc (CD), a portable digital video disc (DVD), a high definition DVD (HD-DVD™), and a Blu-ray™ disc; and the like.

US 10,013,158 B1

43

Thus, the subject matter described herein may be embodied in many different forms, and all such forms are contemplated to be within the scope of what is claimed. It will be understood that various details may be changed without departing from the scope of the claimed subject matter. Furthermore, the foregoing description is for the purpose of illustration only, and not for the purpose of limitation, as the scope of protection sought is defined by the claims as set forth hereinafter together with any equivalents.

All methods described herein may be performed in any order unless otherwise indicated herein explicitly or by context. The use of the terms "a" and "an" and "the" and similar referents in the context of the foregoing description and in the context of the following claims are to be construed to include the singular and the plural, unless otherwise indicated herein explicitly or clearly contradicted by context. The foregoing description is not to be interpreted as indicating that any non-claimed element is essential to the practice of the subject matter as claimed.

I claim:
1. A system, comprising:
a first node including at least one non-transitory memory in communication with at least one processor, the first node configured to:
  display, at the first node, a first user interface element, a second user interface element, and a third user interface element;
  receive, at the first node, information associated with at least one folder via the first user interface element;
  send, from the first node via at least one network, the information associated with the at least one folder;
  receive, at the first node, an object associated with at least one email address via the second user interface element;
  send, from the first node via the at least one network, the object associated with the at least one email address;
  receive, at the first node, an indication of a selection of the third user interface element; and
  send, from the first node via the at least one network, the indication of the selection of the third user interface element;
said first node further configured to communicate with a second node that is configured to:
  after the information associated with the at least one folder, the object associated with the at least one email address, and the indication of the selection of the third user interface element is sent via the at least one network; receive, at the second node via the at least one network, at least one email message identifying the at least one folder and including a reference to the at least one folder, without including a file attachment with the at least one email message;
  after the information associated with the at least one folder, the object associated with the at least one email address, and the indication of the selection of the third user interface element is sent via the at least one network; create, utilizing code configured to be stored on a storage at the second node and further configured to cooperate with a file explorer interface, a representation of the at least one folder in a location among one or more folders on the file explorer interface, where the storage of the second node does not store any file in the at least one folder when the representation of the at least one folder is created; and

44

display, at the second node, the representation of the at least one folder in the location among the one or more folders on the file explorer interface.
2. The system of claim 1, wherein the system is configured such that the object associated with the at least one email address includes the at least one email address or an alias, and the file explorer interface is displayed using a file explorer client application and not via a web page; wherein the system is further configured such that the at least one email message is sent without including the file attachment with the at least one email message, and the storage at the second node does not store any file when the representation of the at least one folder is created, both for avoiding the at least one file from having to be communicated to and stored at the second node until the at least one file is requested by a user at the second node.
3. An apparatus, comprising:
at least one non-transitory memory storing instructions; and
one or more processors in communication with the at least one non-transitory memory, wherein the one or more processors execute the instructions to:
  cause, at a first node, display of at least one first interface with a first user interface element, utilizing first hypertext markup language-equipped code that is sent via at least one network;
  receive, from the first node via the at least one network, an indication of at least one folder via the first user interface element, utilizing the at least one first interface;
  cause, at the first node, display of at least one second interface with a second user interface element, utilizing second hypertext markup language-equipped code that is sent via the at least one network;
  receive, from the first node via the at least one network, indicia associated with at least one email address via the second user interface element, utilizing the at least one second interface;
  receive, from the first node via the at least one network, an indication to share the at least one folder;
  based on the receipt of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder via the at least one network; generate at least one email message identifying the at least one folder and including a reference to the at least one folder, without including at least one file in the at least one folder as an attachment of the at least one email message;
  send, to a second node via the at least one network, the at least one email message, without including the at least one file in the at least one folder as an attachment of the at least one email message;
  based on the receipt of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder via the at least one network; cause, utilizing particular code configured to be stored on a storage at the second node and further configured to cooperate with a file explorer interface, creation of a representation of the at least one folder in a location among one or more folders on the file explorer interface, where the storage at the second node does not store the at least one file when the creation of the representation of the at least one folder is caused;

US 10,013,158 B1

45

cause, at the second node, display of the representation of the at least one folder in the location among the one or more folders on the file explorer interface;

detect, at the second node, an indication to open the at least one file in the at least one folder; and

in response to detection of the indication to open the at least one file in the at least one folder, cause retrieval of the at least one file via the at least one network for permitting display of the at least one file at the second node.

**4.** The apparatus of claim **3**, wherein the apparatus is configured such that the indicia associated with the at least one email address includes an alias associated with the at least one email address.

**5.** The apparatus of claim **3**, wherein the apparatus is configured such that the indicia associated with the at least one email address includes the at least one email address.

**6.** The apparatus of claim **3**, wherein the apparatus is configured such that the at least one first interface and the at least one second interface are separate windows that are displayed utilizing a single web page.

**7.** The apparatus of claim **3**, wherein the one or more processors execute the instructions to:

receive, from the second node via the at least one network, an indication of a selection of the reference to the at least one folder; and

cause, at the second node, display of the at least one folder, utilizing third hypertext markup language-equipped code.

**8.** The apparatus of claim **3**, wherein the apparatus is configured such that the location among the one or more folders at the second node is based on user input received via the at least one first interface at the first node.

**9.** The apparatus of claim **8**, wherein the apparatus is configured such that the location among the one or more folders at the second node is determined by user input at the first node.

**10.** The apparatus of claim **3**, wherein the apparatus is configured such that the location among the one or more folders at the second node is automatically determined.

**11.** The apparatus of claim **3**, wherein the apparatus is configured such that the at least one folder is identified as a result of search criteria received from a user.

**12.** The apparatus of claim **3**, wherein the apparatus is configured such that the at least one email message and the file explorer interface are displayed via separate interfaces for permitting access to the at least one folder via multiple different interfaces only after receiving an indication of a selection of the reference to the at least one folder.

**13.** The apparatus of claim **3**, wherein the apparatus is configured such that the indication of the at least one folder is capable of being received in response to a first single user input, the indicia associated with the at least one email address is capable of being received in response to a second single user input that immediately follows the first single user input, and the indication to share the at least one folder is capable of being received in response to a third single user input that immediately follows the second single user input.

**14.** The apparatus of claim **3**, wherein the apparatus is configured such that, when the creation of the representation of the at least one folder is caused, an additional representation on the file explorer interface is caused to be created that represents the at least one file, where the file explorer interface is displayed by a file explorer client application without a web page.

**15.** The apparatus of claim **14**, wherein the apparatus is configured such that the at least one folder and the at least

46

one file are stored and synchronized utilizing at least one server, and wherein the apparatus is further configured such that the at least one email message is sent without including the at least one file as an attachment of the at least one email message, and the storage at the second node does not store the at least one file when the creation of the representation of the at least one folder is caused, both for avoiding the at least one file from having to be communicated to and stored at the second node until the at least one file is requested by a user at the second node using the additional representation.

**16.** The apparatus of claim **3**, wherein the apparatus is configured such that at least one of:

said at least one network includes at least the Internet;

said one or more processors include at least one first processor at least one server in communication between the first node and the second node and at least one second processor at the second node, and the instructions include first instructions for being executed by the at least one first processor and second instructions that include the particular code which takes the form of an extension for being executed by the at least one second processor in connection with other code associated with the file explorer interface;

said one or more processors include at least one first processor at least one server and at least one second processor at the second node, and the instructions include first instructions for being executed by the at least one first processor and second instructions including the particular code for being executed by the at least one second processor, where execution of the first instructions results in the causation of the display of the at least one first interface, the receipt of the indication of the at least one folder, the causation of the display of the at least one second interface, the receipt of the indicia associated with the at least one email address, and the sending of the at least one email, where execution of the second instructions result in the causation of the creation of the representation of the at least one folder, the detection the indication to open the at least one file in the at least one folder, and the causation of the retrieval of the at least one file via the at least one network;

said at least one first interface is an email interface;

said at least one second interface is an email interface;

said at least one first interface is a single interface;

said at least one second interface is a single interface;

said at least one first interface is different from the said at least one second interface;

said at least one first interface include a plurality of first interfaces;

said at least one second interface includes a plurality of second interfaces;

said display of the at least one first interface is caused by serving the at least one first interface via the at least one network;

said display of the at least one second interface is caused by serving the at least one first interface via the at least one network;

said first hypertext markup language-equipped code is included in a first web page and the second hypertext markup language-equipped code is included in a second web page;

said indication of the at least one folder is generated based on a user selection of the at least one folder;

said indication of the at least one folder is generated based on a user at least one of searching or locating the at least one folder;

47

said indication of the at least one folder is generated based on a user input in connection with a folder-related user interface element associated with the at least one folder;

said indication of the at least one folder is generated based on a user entry of text associated with the at least one folder;

said indication of the at least one folder includes a name of the at least one folder;

said indicia associated with the at least one email address is generated based on a user selection of the at least one email address;

said indicia associated with the at least one email address is generated based on a user locating the at least one email address;

said indicia associated with the at least one email address is generated based on a user input in connection with an email-related user interface element;

said indicia associated with the at least one email address is generated based on a user entry of text associated with the at least email message;

said indicia associated with the at least one email address is received based the indication of the at least one folder;

said indicia associated with the at least one email address is received after the indication of the at least one folder;

said indicia includes a text string that is associated with the at least one email address;

said indication to share is generated by a user selection of a mount button;

said indication to share indicates a desire of a user to begin a sharing process;

said indication to share indicates a desire of a user to continue a sharing process;

said indication to share is generated in connection with a drag and drop operation;

said indication to share is received, utilizing the at least one second interface;

said at least one email message is generated based on the receipt of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder, by being generated in response to the receipt of all of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder via the at least one network;

said at least one email message is generated based on the receipt of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder vi, by being generated only after the receipt of all of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder via the at least one network;

said representation is created based on the receipt of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder via the at least one network, by being created in response to the receipt of all of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder via the at least one network;

said representation is created based on the receipt of the indication of the at least one folder, the indicia asso-

48

ciated with the at least one email address, and the indication to share the at least one folder via the at least one network, by being created only after the receipt of all of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder via the at least one network;

said representation includes a folder icon;

said representation includes a folder visual element;

said representation is created based on at least one aspect of the at least one email message;

said indication to open the at least one file includes a selection of the at least one file;

said indication to open the at least one file includes a selection of the at least one file and a detection of a selection of an open user interface element;

said storage at the second node does not store the at least file until after the retrieval of the at least one file;

said storage at the second node includes at least one of volatile memory or non-volatile memory;

said file explorer interface is associated with an email interface that displays the at least one email message;

said file explorer interface is part of an email interface that displays the at least one email message;

said file explorer interface is accessed via an email interface that displays the at least one email message;

said email message includes a mount descriptor;

the at least one file is retrieved via the at least one network from a server in communication between the first node and the second node;

the at least one file is retrieved via the at least one network from a server in communication between the first node and a third node;

said reference includes a uniform resource identifier;

said reference includes a link; or

the apparatus further comprises the file explorer interface.

17. A system, comprising:

at least one non-transitory memory storing instructions; and

one or more processors in communication with the at least one non-transitory memory, wherein the one or more processors execute the instructions to:

send a first communication over at least one network that results in display, at a first node, a first user interface element, a second user interface element, and a third user interface element;

receive, from the first node via the at least one network, information associated with at least one data object via the first user interface element;

receive, from the first node via the at least one network, at least one object associated with at least one email address via the second user interface element;

receive, from the first node via the at least one network, a message associated with a selection of the third user interface element;

based on the receipt of the information associated with the at least one data object, the at least one object associated with the at least one email address, and the message associated with the selection of the third user interface element via the at least one network; send, to a second node via the at least one network, at least one email message identifying the at least one data object and including a reference to the at least one data object, without including a file attachment with the at least one email message;

based on the receipt of the information associated with the at least one data object, the at least one object

US 10,013,158 B1

49

associated with the at least one email address, and the message associated with the selection of the third user interface element via the at least one network; cause, utilizing code configured to be stored on a storage at the second node and further configured to cooperate with a file explorer interface of a client-based file explorer application, creation of a representation of the at least one data object in a location among one or more folders on the file explorer interface, where the storage at the second node does not store any file in the at least one data object when the creation of the representation of the at least one data object is caused; and

cause, at the second node, display of the representation of the at least one data object in the location among the one or more folders on the file explorer interface.

**18.** The system of claim **17**, wherein the system is configured such that the email message is sent without including the file attachment with the at least one email message, and the storage at the second node does not store any file when the creation of the representation of the at least one data object is caused, both for avoiding the at least one file from having to be communicated to and stored at the second node until the at least one file is requested by a user at the second node.

**19.** A computer-implemented method, comprising:

displaying, at a first node, at least one first interface with a first user interface element, utilizing first hypertext markup language-equipped code that is received via at least one network, the first node including at least one non-transitory memory in communication with at least one processor;

receiving, utilizing the at least one first interface at the first node, an indication of at least one folder via the first user interface element;

sending, from the first node via the at least one network, the indication of the at least one folder;

displaying, at the first node, at least one second interface with a second user interface element, utilizing second hypertext markup language-equipped code that is received via the at least one network;

receiving, utilizing the at least one second interface at the first node, indicia associated with at least one email address via the second user interface element;

sending, from the first node via the at least one network, the indicia associated with the at least one email address;

receiving, at the first node, an indication to share the at least one folder;

sending, from the first node via the at least one network, the indication to share the at least one folder;

after the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder are sent from the first node via the at least one network; receiving, at a second node via the at least one network, at least one email message identifying the at least one folder and including a reference to the at least one folder, without including at least one file in the at least one folder as an attachment of the at least one email message;

after the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder are sent from the first node via the at least one network; creating, utilizing code configured to be stored on a storage at the second node and further configured to cooperate with a file explorer interface, a representation of the at least

50

one folder in a location among one or more folders on the file explorer interface, where the storage of the second node does not store the at least one file when the representation of the at least one folder is created;

displaying, at the second node, the representation of the at least one folder in the location among the one or more folders on the file explorer interface;

receiving, at the second node, an indication to open the at least one file in the at least one folder;

in response to the receipt of the indication to open the at least one file in the at least one folder, retrieving the at least one file via the at least one network; and

in response to the retrieval of the at least one file via the at least one network, displaying the at least one file at the second node.

**20.** The method of claim **19**, wherein the indicia associated with the at least one email address includes an alias associated with the at least one email address.

**21.** The method of claim **19**, wherein the indicia associated with the at least one email address includes the at least one email address.

**22.** The method of claim **19**, wherein the at least one first interface and the at least one second interface are displayed via a single web page.

**23.** The method of claim **19**, wherein the location among the one or more folders at the second node is based on user input received via the at least one first interface at the first node.

**24.** The method of claim **19**, wherein the location among the one or more folders at the second node is determined by user input at the first node.

**25.** The method of claim **19**, wherein the file explorer interface is displayed by a client-based file explorer application.

**26.** The method of claim **19**, wherein the at least one folder is identified as a result of search criteria received from a user.

**27.** The method of claim **19**, wherein the at least one email message and the file explorer interface are displayed via separate interfaces for permitting access to the at least one folder via multiple different interfaces only after sending an indication of a selection of the reference to the at least one folder.

**28.** The method of claim **19**, wherein the indication of the at least one folder is capable of being received in response to a first single user input, the indicia associated with the at least one email address is capable of being received in response to a second single user input that immediately follows the first single user input, and the indication to share the at least one folder is capable of being received in response to a third single user input that immediately follows the second single user input.

**29.** The method of claim **19**, wherein when the representation of the at least one folder is created, an additional representation on the file explorer interface is created that represents the at least one file, such that the email message is sent without including the at least one file as an attachment of the at least one email message, and the storage at the second node does not store the at least one file when the representation of the at least one folder is created, both for avoiding the at least one file from having to be communicated to and stored at the second node until the at least one file is requested by a user at the second node using the additional representation.

US 10,013,158 B1

51

52

**30**. The method of claim **19**, and further comprising:

receiving, utilizing the at least one email message at the second node, an indication of a selection of the reference to the at least one folder;

sending, from the second node via the at least one network, the indication of the selection of the reference to the at least one folder;

displaying, at the second node, the at least one folder, utilizing third hypertext markup language-equipped code that is received via the at least one network.

\* \* \* \* \*

# EXHIBIT 2

(12) **United States Patent**
Morris

(10) Patent No.: **US 10,021,052 B1**
(45) Date of Patent: **Jul. 10, 2018**

(54) **METHODS, SYSTEMS, AND COMPUTER PROGRAM PRODUCTS FOR PROCESSING A DATA OBJECT IDENTIFICATION REQUEST IN A COMMUNICATION**

(71) Applicant: **Sitting Man, LLC**, Raleigh, NC (US)

(72) Inventor: **Robert Paul Morris**, Raleigh, NC (US)

(73) Assignee: **Sitting Man, LLC**, Raleigh, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/724,223**

(22) Filed: **Oct. 3, 2017**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 14/274,623, filed on May 9, 2014, which is a continuation-in-part
(Continued)

(51) **Int. Cl.**
**G06F 15/16** (2006.01)
**H04L 12/58** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ............ **H04L 51/08** (2013.01); **G06F 3/0482** (2013.01); **G06F 9/4443** (2013.01); **G06F 9/451** (2018.02); **G06F 17/30126** (2013.01); **H04L 51/28** (2013.01); **H04L 67/06** (2013.01); **G06F 3/04817** (2013.01); **G06F 2203/04803** (2013.01); **H04L 51/18** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ....... H04L 51/04; H04L 51/046; H04L 51/32; H04L 51/10; H04L 67/02; H04L 51/08; H04L 51/28; H04L 51/18; H04L 51/34; H04L 51/22; H04L 67/06; G06Q 10/107;

G06Q 10/10; G06Q 10/10; G06F 17/277; G06F 3/04817; G06F 3/0482; G06F 9/4443; G06F 9/451; G06F 2203/04803; G06F 17/30126
USPC ........................ 709/206, 205; 715/752, 760; 707/999.005
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,192,394 B1   2/2001  Gutfreund et al.
6,502,236 B1   12/2002  Allen et al.
(Continued)

FOREIGN PATENT DOCUMENTS

WO         2002077773  A3    6/2009

OTHER PUBLICATIONS

Berners-Lee, T, et al, "Uniform Resource Identifier (URI): Generic Syntax", RFC 3986, pp. 1-61, Jan. 2005, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc3986.txt.
(Continued)

*Primary Examiner* — Jungwon Chang
(74) *Attorney, Agent, or Firm* — Patrick E. Caldwell, Esq.; The Caldwell Firm, LLC

(57) **ABSTRACT**

Methods, systems, and apparatuses are provided that are configured to: display, at a first node, at least one first interface with a first user interface element and a second user interface element; display, at the first node, at least one second interface; generate a first message; display, at the second node, at least one third interface; generate a second message that does not include a file attachment with the second message; display, at the first node, at least one fourth interface with a reference to at least one file; and allow access, at the first node, to the at least one file.

**30 Claims, 15 Drawing Sheets**



**US 10,021,052 B1**

Page 2

## Related U.S. Application Data

of application No. 13/624,906, filed on Sep. 22, 2012, which is a continuation-in-part of application No. 13/626,635, filed on Sep. 25, 2012.

(51) **Int. Cl.**
| | |
|---|---|
| *H04L 29/08* | (2006.01) |
| *G06F 9/44* | (2018.01) |
| *G06F 17/30* | (2006.01) |
| *G06F 3/0482* | (2013.01) |
| *G06F 9/451* | (2018.01) |
| *G06F 3/0481* | (2013.01) |

(52) **U.S. Cl.**
CPC .............. *H04L 51/22* (2013.01); *H04L 51/32* (2013.01); *H04L 51/34* (2013.01)

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,996,599 | B1 | 2/2006 | Anders et al. |
| 7,051,119 | B2 | 5/2006 | Shafron et al. |
| 7,080,120 | B2 | 7/2006 | Betros et al. |
| 7,130,883 | B2 | 10/2006 | Zhu et al. |
| 7,133,897 | B1 | 11/2006 | Tran |
| 7,209,953 | B2 | 4/2007 | Brooks |
| 7,328,239 | B1 | 2/2008 | Berberian et al. |
| 7,421,069 | B2 | 9/2008 | Vernon et al. |
| 7,426,578 | B2 | 9/2008 | Jones et al. |
| 7,529,798 | B2 | 5/2009 | Rust |
| 7,533,146 | B1 | 5/2009 | Kumar |
| 7,567,553 | B2 | 7/2009 | Morris |
| 7,613,772 | B2 | 11/2009 | Bartram et al. |
| 7,623,650 | B2 | 11/2009 | Dalton et al. |
| 7,624,148 | B2 | 11/2009 | Dalen |
| 7,653,668 | B1 | 1/2010 | Shelat et al. |
| 7,680,950 | B1 | 3/2010 | Slaughter et al. |
| 7,701,882 | B2 | 4/2010 | Jones et al. |
| 7,757,265 | B2 | 7/2010 | Reynolds et al. |
| 7,765,581 | B1 | 7/2010 | Caronni et al. |
| 7,783,718 | B2 | 8/2010 | Modi |
| 7,809,709 | B1 | 10/2010 | Harrison |
| 7,809,854 | B2 | 10/2010 | Jung et al. |
| 7,904,369 | B1 | 3/2011 | Andreasen et al. |
| 7,949,722 | B1 | 5/2011 | Ullman et al. |
| 7,953,853 | B2 | 5/2011 | Christensen et al. |
| 8,020,190 | B2 | 9/2011 | Plummer |
| 8,060,619 | B1 | 11/2011 | Saulpaugh et al. |
| 8,214,329 | B2 | 7/2012 | Gilder et al. |
| 8,280,948 | B1 | 10/2012 | Chen |
| 8,321,499 | B2 | 11/2012 | Reisman |
| 8,332,654 | B2 | 12/2012 | Anbuselvan |
| 8,359,361 | B2 | 1/2013 | Thornton et al. |
| 8,583,745 | B2 | 11/2013 | Bearman et al. |
| 8,671,145 | B2 | 3/2014 | Roskowski et al. |
| 8,683,576 | B1 | 3/2014 | Yun |
| 8,719,251 | B1 | 5/2014 | English et al. |
| 8,775,511 | B2 | 7/2014 | Vernon et al. |
| 8,812,733 | B1 | 8/2014 | Black et al. |
| 8,824,643 | B2 | 9/2014 | Sahai |
| 8,849,914 | B2 | 9/2014 | Bove et al. |
| 8,909,710 | B2 | 12/2014 | Blackstock et al. |
| 8,996,658 | B2 | 3/2015 | Anbuselvan |
| 9,053,203 | B2 | 6/2015 | Wilson et al. |
| 9,299,056 | B2 | 3/2016 | Kallman et al. |
| 2002/0087505 | A1 | 7/2002 | Smith et al. |
| 2002/0087522 | A1 | 7/2002 | MacGregor et al. |
| 2002/0143855 | A1 | 10/2002 | Traversat et al. |
| 2002/0147840 | A1 | 10/2002 | Mutton et al. |
| 2003/0172127 | A1 | 9/2003 | Northrup et al. |
| 2003/0200268 | A1 | 10/2003 | Morris |
| 2004/0015610 | A1 | 1/2004 | Treadwell |
| 2004/0024764 | A1 | 2/2004 | Mane et al. |
| 2004/0044727 | A1 | 3/2004 | Abdelaziz et al. |
| 2004/0064478 | A1 | 4/2004 | Canesi |

| | | | |
|---|---|---|---|
| 2004/0064511 | A1 | 4/2004 | Abdel-Aziz et al. |
| 2004/0088347 | A1 | 5/2004 | Yeager et al. |
| 2004/0117456 | A1 | 6/2004 | Brooks |
| 2004/0186894 | A1 | 9/2004 | Jhingan et al. |
| 2005/0010646 | A1 | 1/2005 | Shiina |
| 2005/0102348 | A1 | 5/2005 | Parsons et al. |
| 2005/0114664 | A1 | 5/2005 | Davin |
| 2005/0114671 | A1 | 5/2005 | Little et al. |
| 2005/0223073 | A1 | 10/2005 | Malik |
| 2006/0069787 | A1 | 3/2006 | Sinclair et al. |
| 2006/0095531 | A1 | 5/2006 | Cho |
| 2006/0224583 | A1 | 10/2006 | Fikes et al. |
| 2006/0224608 | A1 | 10/2006 | Zamir et al. |
| 2006/0224615 | A1 | 10/2006 | Korn et al. |
| 2006/0224624 | A1 | 10/2006 | Korn et al. |
| 2006/0224938 | A1 | 10/2006 | Fikes et al. |
| 2006/0256934 | A1 | 11/2006 | Mazor |
| 2007/0067726 | A1 | 3/2007 | Flynt et al. |
| 2007/0078902 | A1 | 4/2007 | Buschi et al. |
| 2007/0100713 | A1 | 5/2007 | Favero et al. |
| 2007/0180150 | A1 | 8/2007 | Eisner et al. |
| 2008/0005103 | A1 | 1/2008 | Ratcliffe et al. |
| 2008/0016160 | A1 | 1/2008 | Walter et al. |
| 2008/0059500 | A1 | 3/2008 | Symens |
| 2008/0098075 | A1 | 4/2008 | O'Bryan et al. |
| 2008/0155110 | A1 | 6/2008 | Morris |
| 2008/0201364 | A1 | 8/2008 | Buschi et al. |
| 2008/0256199 | A1 | 10/2008 | Pesala |
| 2008/0320094 | A1 | 12/2008 | Tu et al. |
| 2009/0157829 | A1 | 6/2009 | Choi et al. |
| 2009/0157859 | A1 | 6/2009 | Morris |
| 2009/0177526 | A1 | 7/2009 | Aaltonen et al. |
| 2009/0222450 | A1 | 9/2009 | Zigelman |
| 2009/0254601 | A1 | 10/2009 | Moeller et al. |
| 2009/0265426 | A1 | 10/2009 | Svendsen et al. |
| 2009/0327904 | A1 | 12/2009 | Guzak et al. |
| 2010/0011077 | A1 | 1/2010 | Shkolnikov et al. |
| 2010/0070602 | A1 | 3/2010 | Malik |
| 2010/0169442 | A1 | 7/2010 | Liu et al. |
| 2010/0235439 | A1 | 9/2010 | Goodnow |
| 2010/0312782 | A1 | 12/2010 | Li et al. |
| 2011/0072033 | A1 | 3/2011 | White et al. |
| 2011/0138004 | A1 | 6/2011 | McConn et al. |
| 2011/0276637 | A1 | 11/2011 | Thornton et al. |
| 2012/0011207 | A1 | 1/2012 | Morris |
| 2012/0011444 | A1 | 1/2012 | Morris |
| 2013/0046992 | A1 | 2/2013 | Resch et al. |
| 2014/0089419 | A1 | 3/2014 | Morris |
| 2014/0089420 | A1 | 3/2014 | Morris |
| 2014/0089421 | A1 | 3/2014 | Morris |
| 2014/0108487 | A1 | 4/2014 | Rosset et al. |
| 2014/0112319 | A1 | 4/2014 | Morris |
| 2014/0172999 | A1 | 6/2014 | Morris |
| 2014/0279050 | A1 | 9/2014 | Maker et al. |

### OTHER PUBLICATIONS

Crocker, D, "Standard for the Format of ARPA Internet Text Messages", RFC 822, pp. 1-47, Aug. 1982, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc822.txt.

Fielding, R, et al, "Hypertext Transfer Protocol—HTIP/1.1", RFC 2616, pp. 1-114, Jun. 1999, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc2616.txt.

Freed, N, et al, "Multipurpose Internet Mail Extensions (MIME) Part 1: Format of Internet Message Bodies", RFC 2045, pp. 1-31, Nov. 1996, Internet Engineering Task Force (IEFT), http://www.ietf.org/rtc/rfc2045.txt.

Hoffman, P, et al, "The mailto URL scheme", RFC 2368, pp. 1-10, Jul. 1998, Internet Engineering Task Force (IEFT), http ://www.ietf.org/rfc/rfc2368. txt.

Klensin, J, "Simple Mail Transfer Protocol", RFC 5321, pp. 1-95, Oct. 2008, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc5321.txt.

Myers, J, et al, "Post Office Protocol—version 3", RFC 1939, pp. 1-23, May 1996, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc1939.txt.

# US 10,021,052 B1

Page 3

(56)         **References Cited**

OTHER PUBLICATIONS

Office Action Summary in U.S. Appl. No. 12/833,014 dated Aug. 2, 2012.
Office Action Summary in U.S. Appl. No. 12/833,016 dated Feb. 14, 2014.
Office Action Summary in U.S. Appl. No. 12/833,016 dated May 10, 2013.
Office Action Summary in U.S. Appl. No. 12/833,016 dated Sep. 20, 2012.
Office Action Summary in U.S. Appl. No. 13/624,906 dated Dec. 31, 2014.
Office Action Summary in U.S. Appl. No. 13/624,940 dated Jul. 18, 2014.
Office Action Summary in U.S. Appl. No. 13/626,635 dated Aug. 29, 2014.
Office Action Summary in U.S. Appl. No. 13/647,144 dated Dec. 1, 2014.
Office Action Summary in U.S. Appl. No. 13/654,647 dated Sep. 25, 2014.
Office Action Summary in U.S. Appl. No. 13/716,156 dated Mar. 26, 2015.

Office Action Summary in U.S. Appl. No. 13/716,158 dated May 8, 2015.
Office Action Summary in U.S. Appl. No. 13/716,159 dated Oct. 7, 2015.
Office Action Summary in U.S. Appl. No. 13/716,160 dated Oct. 26, 2015.
Office Action Summary in U.S. Appl. No. 14/274,623 dated Mar. 29, 2017.
Office Action Summary in U.S. Appl. No. 14/274,623 dated Oct. 3, 2016.
Resnick, E, "Internet Message Format", RFC 5322, pp. 1-57, Oct. 2008, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc5322.txt.
Richardson T, et al, "The Remote Framebuffer Protocol", RFC 6143, pp. 1-39, Mar. 2011, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc6143.txt.
Rosenberg, J, et al, "SIP: Session Initiation Protocol", RFC 3261, pp. 1-269, Jun. 2002, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc3261.txt.
Wilde, E, et al, "URI Scheme for Global System for Mobile Communications (GSM) Short Message Service", RFC 5724, pp. 1-18, Jan. 2010, Internet Engineering Task Force (IEFT), http://www.ietf.org/rfc/rfc5724.txt.



FIG. 1



FIG. 2A



```
Receive, via a network by a second communication agent
representing a second user and operating in a second execution
environment, a first message from a first communication agent
representing a first user and operating in a first execution
environment                                                          212
```

```
Detect, by the second communication agent, a data object
identification request included in the first message               214
```

```
Generate, in response to detecting the data object identification
request, a data object identification response that identifies a data
object in a second data store in the second execution environment,
wherein the data object is identified by processing the data object
identification request;                                             216
```

```
Send a second message, via the network by the second
communications agent to the first communications agent, that
includes the data object identification response, wherein the second
message does not include the data object                            218
```

FIG. 2B



FIG. 3A



FIG. 3B



## FIG. 4



FIG. 5



FIG. 6A



FIG. 6B



FIG. 6C



FIG. 6D



FIG. 6E



FIG.6F



FIG. 6G



FIG. 7



Fig. 8A



FIG. 8B

US 10,021,052 B1

1

# METHODS, SYSTEMS, AND COMPUTER PROGRAM PRODUCTS FOR PROCESSING A DATA OBJECT IDENTIFICATION REQUEST IN A COMMUNICATION

## RELATED APPLICATIONS

The present application is a continuation-in-part of and claims priority to U.S. patent application Ser. No. 14/274,623 (published US 2014-0365588 A1) filed May 9, 2014 and entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR PROCESSING A DATA OBJECT IDENTIFICATION REQUEST IN A COMMUNICATION," which, in turn, is a continuation-in-part of and claims priority to U.S. patent application Ser. No. 13/624,906 (published US 2014-0089419 A1) filed Sep. 22, 2012 and entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR PROCESSING A DATA OBJECT IDENTIFICATION REQUEST IN A COMMUNICATION" and U.S. patent application Ser. No. 13/626,635 (published under US 2014-0089421 A1) filed Sep. 25, 2012 and entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR SHARING A DATA OBJECT IN A DATA STORE VIA A COMMUNICATION."

This application is related to the following U.S. patent applications:

U.S. patent application Ser. No. 12/833,016 (published US 2012-0011444 A1) filed on 2010 Jul. 9, entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR REFERENCING AN ATTACHMENT IN A COMMUNICATION";

U.S. patent application Ser. No. 12/833,014 (published US 2012-0011207 A1) filed on 2010 Jul. 9, entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR PROCESSING A REQUEST FOR A RESOURCE IN A COMMUNICATION";

U.S. patent application Ser. No. 13/624,906 (published US 2014-0089419 A1) filed 2012 Sep. 22 and entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR PROCESSING A DATA OBJECT IDENTIFICATION REQUEST IN A COMMUNICATION;" AND

U.S. patent application Ser. No. 13/626,635 (published under US 2014-0089421 A1) filed 2012 Sep. 25 entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR SHARING A DATA OBJECT IN A DATA STORE VIA A COMMUNICATION;" the entire contents of each are herein incorporated by reference for all purposes.

## BACKGROUND

While receiving attachments in a network communication, such as email, is common, most attachments received are unsolicited or unrequested. To request an attachment, a user typically sends the request as voice and/or text data in a voice and/or text message heard and/or read by another user. The request may be as vague or as specific as the language used by the requesting user. The other user must interpret the request and find a file or other data object that seems to match the request. The other user in many cases locates a "matching" resource using a program or application other than the communications agent that received the request. For example, a search program may be used to search a hard-drive by the other user. The other user must enter the search criteria.

2

Accordingly, there exists a need for methods, systems, and computer program products for processing a data object identification request in a communication.

## SUMMARY

The following presents a simplified summary of the disclosure in order to provide a basic understanding to the reader. This summary is not an extensive overview of the disclosure and it does not identify key/critical elements of the invention or delineate the scope of the invention. Its sole purpose is to present some concepts disclosed herein in a simplified form as a prelude to the more detailed description that is presented later.

In one embodiment, an apparatus is provided, comprising: at least one non-transitory memory storing instructions; and one or more processors in communication with the at least one non-transitory memory, wherein the one or more processors execute the instructions to: cause, at a first node, display of at least one first interface with a first user interface element and a second user interface element, utilizing first hypertext markup language-equipped code that is sent via at least one network; receive, from the first node via the at least one network, a file description via the first user interface element that includes a textbox, utilizing the at least one first interface; receive, from the first node via the at least one network, an indication of at least one of a date or a time via the second user interface element, utilizing the at least one first interface; cause, at the first node, display of at least one second interface with a third user interface element and a fourth user interface element, utilizing second hypertext markup language-equipped code that is sent via the at least one network; receive, from the first node via the at least one network, indicia associated with at least one email address via the third user interface element, utilizing the at least one second interface; receive, from the first node via the at least one network, an indication of a selection of the fourth user interface element, utilizing the at least one second interface; in response to the receipt of the indication of the selection of the fourth user interface element and based on the file description, the indication of the at least one of the date or the time, and the indicia associated with the at least one email address; generate a first message indicating the at least one of the date or the time, and including a fifth user interface element and at least one sentence including the file description; send, to a second node via the at least one network, the first message; receive, from the second node via the at least one network, an indication of a selection of the fifth user interface element of the first message; in response to the receipt of the indication of the selection of the fifth user interface element, cause, at the second node, display of at least one third interface with a sixth user interface element and a seventh user interface element, utilizing third hypertext markup language-equipped code that is sent via at least one network; receive, from the second node via the at least one network, an indication of a selection of at least one file utilizing the sixth user interface element, utilizing the at least one third interface; receive, from the second node via the at least one network, an indication of a selection of the seventh user interface element, utilizing the at least one third interface; in response to the receipt of the indication of the selection of the seventh user interface element, generate a second message that includes an eighth user interface element, and that does not include a file attachment with the second message; send, to the first node via the at least one network, the second message; receive, from the first node via the at least one network, an indication

3

of a selection of the eighth user interface element of the second message; in response to the receipt of the indication of a selection of the eighth user interface element of the second message, cause, at the first node, display of at least one fourth interface with a reference to the at least one file for allowing access, at the first node, to the at least one file.

In another embodiment, an apparatus is provided, comprising at least one non-transitory memory storing instructions; and one or more processors in communication with the at least one non-transitory memory, wherein the one or more processors execute the instructions to: send a first communication over at least one network that results in display, at a first node, of a first user interface element, a second user interface element, and a third user interface element; receive, from the first node via the at least one network, text associated with one or more desired files via the first user interface element that includes a textbox; receive, from the first node via the at least one network, an object associated with at least one email address via the second user interface element; receive, from the first node via the at least one network, a message associated with a selection of the third user interface element; in response to the receipt of the message associated with the selection of the third user interface element and based on the text associated with the one or more desired files and the object associated with the at least one email address; generate a first message including a fourth user interface element and the text associated with the one or more desired files; send, to a second node via the at least one network, the first message; receive, from the second node via the at least one network, a message associated with a selection of the fourth user interface element of the first message; in response to the receipt of the message associated with the selection of the fourth user interface element, send a third communication over the at least one network that results in display, at the second node, of a fifth user interface element; receive, from the second node via the at least one network, a message associated with a selection at least one file; receive, from the second node via the at least one network, a message associated with a selection of the fifth user interface element; in response to the receipt of the message associated with the selection of the fifth user interface element, generate a second message that includes an sixth user interface element, and that does not include a file attachment with the second message; send, to the first node via the at least one network, the second message; receive, from the first node via the at least one network, a message associated with a selection of the sixth user interface element of the second message; in response to the receipt of the message associated with the selection of the sixth user interface element of the second message, send a fourth communication over the at least one network that results in display, at the first node, of a reference to the at least one file; and allow access, at the first node, to the at least one file via the reference.

In yet another embodiment, a computer-implemented method is provided, comprising: displaying, at a first node, at least one first interface with a first user interface element and a second user interface element, utilizing first hypertext markup language-equipped code that is received via at least one network; receiving, utilizing the at least one first interface at the first node, a file description via the first user interface element that includes a textbox; sending, from the first node via the at least one network, the file description; receiving, utilizing the at least one first interface at the first node, an indication of at least one of a date or a time via the second user interface element; sending, from the first node via the at least one network, the indication of the at least one

4

of the date or the time; displaying, at the first node, at least one second interface with a third user interface element and a fourth user interface element, utilizing second hypertext markup language-equipped code that is received via the at least one network; receiving, utilizing the at least one second interface at the first node, indicia associated with at least one email address via the third user interface element; sending, from the first node via the at least one network, the indicia associated with the at least one email address; detecting, at the first node, a selection of the fourth user interface element; sending, from the first node via the at least one network, an indication of the selection of the fourth user interface element; after sending the indication of the selection of the fourth user interface element and based on the file description, the indication of the at least one of the date or the time, and the indicia associated with the at least one email address; receiving, at a second node via the at least one network, a first message indicating the at least one of the date or the time, and including a fifth user interface element and at least one sentence including the file description; detecting, at the second node, a selection of the fifth user interface element of the first message; sending, from the second node via the at least one network, an indication of the selection of the fifth user interface element of the first message; after sending the indication of the selection of the fifth user interface element, displaying, at the second node, at least one third interface with a sixth user interface element and a seventh user interface element, utilizing third hypertext markup language-equipped code that is received via at least one network; receiving, utilizing the at least one third interface at the second node, a selection of at least one file utilizing the sixth user interface element; sending, from the second node via the at least one network, an indication of the at least one file; detecting, utilizing the at least one third interface at the second node, a selection of the seventh user interface element; sending, from the second node via the at least one network, an indication of the selection of the seventh user interface element; after sending the indication of the selection of the seventh user interface element, receiving, at the first node, a second message that includes an eighth user interface element, and that does not include a file attachment with the second message; detecting, at the first node, a selection of the eighth user interface element of the second message; sending, from the first node via the at least one network, an indication of the selection of the eighth user interface element of the second message; after sending the indication of a selection of the eighth user interface element of the second message, displaying, at the first node, at least one fourth interface with a reference to the at least one file; detecting, utilizing the at least one fourth interface at the first node, a selection of the reference to the at least one file; and providing access, at the first node, to the at least one file, utilizing the reference.

In still yet another embodiment, an apparatus is provided, comprising: a first node configured to: display, at the first node, a first user interface element, a second user interface element, and a third user interface element; receive, at the first node, text associated with one or more desired files via the first user interface element that includes a textbox; send, from the first node via at least one network, the text associated with the one or more desired files; receive, at the first node, an object associated with at least one email address via the second user interface element; send, from the first node via the at least one network, the object associated with the at least one email address; detect, at the first node, a selection of the third user interface element; and send, from the first node via the at least one network, a message

US 10,021,052 B1

5

associated with the selection of the third user interface element; said first node further configured to communicate with a second node that is configured to: after the message associated with the selection of the third user interface element is sent and based on the text associated with the one or more desired files and the object associated with the at least one email address; receive, at the second node via the at least one network, a first message including a fourth user interface element and at least one sentence including the text associated with the one or more desired files; detect, at the second node, a selection of the fourth user interface element of the first message; send, from the second node via the at least one network, a message associated with the selection of the fourth user interface element of the first message; after the message associated with the selection of the fourth user interface element is sent, display, at the second node, a fifth user interface element and a sixth user interface element; detect, at the second node, a selection of at least one file; send, from the second node via the at least one network, a message associated with the at least one file; detect, at the second node, a selection of the sixth user interface element; and send, from the second node via the at least one network, a message associated with the selection of the sixth user interface element; said first node further configured to: after the message associated with the selection of the sixth user interface element is sent, receive, at the first node, a second message that includes a seventh user interface element, and that does not include a file attachment with the second message; detect, at the first node, a selection of the seventh user interface element of the second message; send, from the first node via the at least one network, a message associated with the selection of the seventh user interface element of the second message; after the message associated with the selection of the seventh user interface element of the second message is sent, display, at the first node, an eighth user interface element associated with a reference to the at least one file; and provide access, at the first node, to the at least one file utilizing the reference.

BRIEF DESCRIPTION OF THE DRAWINGS

Objects and advantages of the present invention will become apparent to those skilled in the art upon reading this description in conjunction with the accompanying drawings, in which like reference numerals have been used to designate like or analogous elements, and in which:

FIG. **1** is a block diagram illustrating an exemplary hardware device included in and/or otherwise providing an execution environment in which the subject matter may be implemented;

FIG. **2A** is a flow diagram illustrating a method for processing a data object identification request in a communication according to an aspect of the subject matter described herein;

FIG. **2B** is a flow diagram illustrating a method for processing a data object identification request in a communication according to an aspect of the subject matter described herein;

FIG. **3A** is a block diagram illustrating an arrangement of components for processing a data object identification request in a communication according to another aspect of the subject matter described herein;

FIG. **3B** is a block diagram illustrating an arrangement of components for processing a data object identification request in a communication according to another aspect of the subject matter described herein;

6

FIG. **4** is a block diagram illustrating an arrangement of components for processing a data object identification request in a communication according to another aspect of the subject matter described herein;

FIG. **5** is a network diagram illustrating a system for processing a data object identification request in a communication according to another aspect of the subject matter described herein;

FIG. **6A** is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **6B** is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **6C** is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **6D** is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **6E** is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **6F** is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **6G** is a diagram illustrating a user interface presented via a display according to another aspect of the subject matter described herein;

FIG. **7** is a message flow diagram illustrating an exemplary data and execution flow for processing a data object identification request in a communication according to an aspect of the subject matter described herein;

FIG. **8A** illustrates an exemplary portion of a communication between a first execution environment and a second execution environment according to an aspect of the subject matter described herein; and

FIG. **8B** illustrates another exemplary portion of a communication between a first execution environment and a second execution environment according to an aspect of the subject matter described herein.

DETAILED DESCRIPTION

One or more aspects of the disclosure are described with reference to the drawings, wherein like reference numerals are generally utilized to refer to like elements throughout, and wherein the various structures are not necessarily drawn to scale. In the following description, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of one or more aspects of the disclosure. It may be evident, however, to one skilled in the art, that one or more aspects of the disclosure may be practiced with a lesser degree of these specific details. In other instances, well-known structures and devices are shown in block diagram form in order to facilitate describing one or more aspects of the disclosure.

Unless otherwise defined, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this disclosure belongs. Although methods, components, and devices similar or equivalent to those described herein can be used in the practice or testing of the subject matter described herein, suitable methods, components, and devices are described below.

All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in

7

their entirety. In case of conflict, the present specification, including definitions, will control. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

An exemplary device included in an execution environment that may be configured according to the subject matter is illustrated in FIG. 1. An "execution environment," as used herein, is an arrangement of hardware and, in some aspects, software that may be further configured to include and/or otherwise host an arrangement of components for performing a method of the subject matter described herein. An execution environment includes and/or is otherwise provided by one or more devices. The execution environment is said to be the execution environment of the device and/or devices. An execution environment may be and/or may include a virtual execution environment including software components operating in a host execution environment. Exemplary devices included in and/or otherwise providing suitable execution environments for configuring according to the subject matter include personal computers, notebook computers, tablet computers, servers, portable electronic devices, handheld electronic devices, mobile devices, multiprocessor devices, distributed systems, consumer electronic devices, routers, communication servers, and/or any other suitable devices. Those skilled in the art will understand that the components illustrated in FIG. 1 are exemplary and may vary by particular execution environment.

FIG. 1 illustrates a hardware device 100 included in an execution environment 102. FIG. 1 illustrates that execution environment 102 includes a processor 104, such as one or more microprocessors; a physical processor memory 106 including storage locations identified by addresses in a physical memory address space of processor 104; a persistent secondary storage 108, such as one or more hard drives and/or flash storage media; an input device adapter 110, such as a key or keypad hardware, a keyboard adapter, and/or a mouse adapter; an output device adapter 112, such as a display and/or an audio adapter for presenting information to a user; a network interface component, illustrated by a network interface adapter 114, for communicating via a network such as a LAN and/or WAN; and a communication mechanism that operatively couples elements 104-114, illustrated as a bus 116. Elements 104-114 may be operatively coupled by various means. Bus 116 may comprise any type of bus architecture, including a memory bus, a peripheral bus, a local bus, and/or a switching fabric.

As used herein a "processor" is an instruction execution machine, apparatus, or device. A processor may include one or more electrical, optical, and/or mechanical components that operate in interpreting and executing program instructions. Exemplary processors include one or more microprocessors, digital signal processors (DSPs), graphics processing units, application-specific integrated circuits (ASICs), optical or photonic processors, and/or field programmable gate arrays (FPGAs). Processor 104 may access machine code instructions and data via one or more memory address spaces in addition to the physical memory address space. A memory address space includes addresses identifying locations in a processor memory. The addresses in a memory address space are included in defining a processor memory. Processor 104 may have more than one processor memory. Thus, processor 104 may have more than one memory address space. Processor 104 may access a location in a processor memory by processing an address identifying the location. The processed address may be identified by an operand of a machine code instruction and/or may be identified by a register or other portion of processor 104.

8

FIG. 1 illustrates a virtual processor memory 118 spanning at least part of physical processor memory 106 and may span at least part of persistent secondary storage 108. Virtual memory addresses in a memory address space may be mapped to physical memory addresses identifying locations in physical processor memory 106. An address space for identifying locations in a virtual processor memory is referred to as a virtual memory address space; its addresses are referred to as virtual memory addresses; and its processor memory is referred to as a virtual processor memory or virtual memory. The term "processor memory" may refer to physical processor memory, such as processor memory 106, and/or may refer to virtual processor memory, such as virtual processor memory 118, depending on the context in which the term is used.

Physical processor memory 106 may include various types of memory technologies. Exemplary memory technologies include static random access memory (SRAM) and/or dynamic RAM (DRAM) including variants such as dual data rate synchronous DRAM (DDR SDRAM), error correcting code synchronous DRAM (ECC SDRAM), RAMBUS DRAM (RDRAM), and/or XDR™ DRAM. Physical processor memory 106 may include volatile memory as illustrated in the previous sentence and/or may include nonvolatile memory such as nonvolatile flash RAM (NVRAM) and/or ROM.

Persistent secondary storage 108 may include one or more flash memory storage devices, one or more hard disk drives, one or more magnetic disk drives, and/or one or more optical disk drives. Persistent secondary storage may include a removable data storage medium. The drives and their associated tangible computer readable storage media provide volatile and/or nonvolatile storage for computer-readable instructions, data structures, program components, and other data for execution environment 102.

Execution environment 102 may include software components stored in persistent secondary storage 108, in remote storage accessible via a network, and/or in a processor memory. FIG. 1 illustrates execution environment 102 including an operating system 120, one or more applications 122, and other program code and/or data components illustrated by other libraries and subsystems 124. In an aspect, some or all software components may be stored in locations accessible to processor 104 in a shared memory address space shared by the software components. The software components accessed via the shared memory address space are stored in a shared processor memory defined by the shared memory address space. In another aspect, a first software component may be stored in one or more locations accessed by processor 104 in a first address space and a second software component may be stored in one or more locations accessed by processor 104 in a second address space. The first software component is stored in a first processor memory defined by the first address space and the second software component is stored in a second processor memory defined by the second address space.

Software components typically include instructions executed by processor 104 in a computing context referred to as a "process". A process may include one or more "threads". A "thread" includes a sequence of instructions executed by processor 104 in a computing sub-context of a process. The terms "thread" and "process" may be used interchangeably herein when a process includes only one thread.

Execution environment 102 may receive user-provided information via one or more input devices illustrated by an input device 128. Input device 128 provides input informa-

US 10,021,052 B1

9

tion to other components in execution environment **102** via input device adapter **110**. Execution environment **102** may include an input device adapter for a keyboard, a touch screen, a microphone, a joystick, a television receiver, a video camera, a still camera, a document scanner, a fax, a phone, a modem, a network interface adapter, and/or a pointing device, to name a few exemplary input devices.

Input device **128** included in execution environment **102** may be included in device **100** as FIG. 1 illustrates or may be external (not shown) to device **100**. Execution environment **102** may include one or more internal and/or external input devices. External input devices may be connected to device **100** via corresponding communication interfaces such as a serial port, a parallel port, and/or a universal serial bus (USB) port. Input device adapter **110** receives input and provides a representation to bus **116** to be received by processor **104**, physical processor memory **106**, and/or other components included in execution environment **102**.

An output device **130** in FIG. 1 exemplifies one or more output devices that may be included in and/or that may be external to and operatively coupled to device **100**. For example, output device **130** is illustrated connected to bus **116** via output device adapter **112**. Output device **130** may be a display device. Exemplary display devices include liquid crystal displays (LCDs), light emitting diode (LED) displays, and projectors. Output device **130** presents output of execution environment **102** to one or more users. In some embodiments, an input device may also include an output device. Examples include a phone, a joystick, and/or a touch screen. In addition to various types of display devices, exemplary output devices include printers, speakers, tactile output devices such as motion-producing devices, and other output devices producing sensory information detectable by a user. Sensory information detected by a user is referred herein to as "sensory input" with respect to the user.

A device included in and/or otherwise providing an execution environment may operate in a networked environment communicating with one or more devices via one or more network interface components. The terms "communication interface component" and "network interface component" are used interchangeably herein. FIG. 1 illustrates network interface adapter (NIA) **114** as a network interface component included in execution environment **102** to operatively couple device **100** to a network. A network interface component includes a network interface hardware (NIH) component and optionally a network interface software (NIS) component.

Exemplary network interface components include network interface controller components, network interface cards, network interface adapters, and line cards. A node may include one or more network interface components to interoperate with a wired network and/or a wireless network. Exemplary wireless networks include a BLUETOOTH network, a wireless 802.11 network, and/or a wireless telephony network (e.g., a cellular, PCS, CDMA, and/or GSM network). Exemplary network interface components for wired networks include Ethernet adapters, Token-ring adapters, FDDI adapters, asynchronous transfer mode (ATM) adapters, and modems of various types. Exemplary wired and/or wireless networks include various types of LANs, WANs, and/or personal area networks (PANs). Exemplary networks also include intranets and internets such as the Internet.

The terms "network node" and "node" in this document both refer to a device having a network interface component for operatively coupling the device to a network. Further, the terms "device" and "node" used herein may refer to one or

10

more devices and nodes, respectively, providing and/or otherwise included in an execution environment unless clearly indicated otherwise.

The user-detectable outputs of a user interface are generically referred to herein as "user interface elements" or abbreviated as "UI elements". More specifically, visual outputs of a user interface are referred to herein as "visual interface elements". A visual interface element may be a visual output of a graphical user interface (GUI). Exemplary visual interface elements include windows, textboxes, sliders, list boxes, drop-down lists, spinners, various types of menus, toolbars, ribbons, combo boxes, tree views, grid views, navigation tabs, scrollbars, labels, tooltips, text in various fonts, balloons, dialog boxes, and various types of button controls including check boxes and radio buttons. An application interface may include one or more of the elements listed. Those skilled in the art will understand that this list is not exhaustive. The terms "visual representation", "visual output", and "visual interface element" are used interchangeably in this document. Other types of UI elements include audio outputs referred to as "audio interface elements", tactile outputs referred to as "tactile interface elements", and the like.

A visual output may be presented in a two-dimensional presentation where a location may be defined in a two-dimensional space having a vertical dimension and a horizontal dimension. A location in a horizontal dimension may be referenced according to an X-axis and a location in a vertical dimension may be referenced according to a Y-axis. In another aspect, a visual output may be presented in a three-dimensional presentation where a location may be defined in a three-dimensional space having a depth dimension in addition to a vertical dimension and a horizontal dimension. A location in a depth dimension may be identified according to a Z-axis. A visual output in a two-dimensional presentation may be presented as if a depth dimension existed allowing the visual output to overlie and/or underlie some or all of another visual output.

An order of visual outputs in a depth dimension is herein referred to as a "Z-order". The term "Z-value" as used herein refers to a location in a Z-order. A Z-order specifies the front-to-back and/or back-to-front ordering of visual outputs in a presentation space with respect to a Z-axis. In one aspect, a visual output with a higher Z-value than another visual output may be defined to be on top of or closer to the front than the other visual output. In another aspect, a visual output with a lower Z-value than another visual output may be defined to be on top of or closer to the front than the other visual output.

A "user interface (UI) element handler" component, as the term is used herein, includes a component of configured to send information representing a program entity for presenting a user-detectable representation of the program entity by an output device, such as a display. A "program entity" is an object included in and/or otherwise processed by an application or executable. The user-detectable representation is presented based on the sent information. Information that represents a program entity for presenting a user detectable representation of the program entity by an output device is referred to herein as "presentation information". Presentation information may include and/or may otherwise identify data in one or more formats. Exemplary formats include image formats such as raw pixel data, JPEG, video formats such as MP4, markup language data such as hypertext markup language (HTML) and other XML-based markup, a bit map, and/or instructions such as those defined by various script languages, byte code, and/or machine code. For

US 10,021,052 B1

11

example, a web page received by a user agent from a remote application provider may include HTML, ECMAScript, and/or byte code for presenting one or more UI elements included in a user interface of the remote application. Components configured to send information representing one or more program entities for presenting particular types of output by particular types of output devices include visual interface element handler components, audio interface element handler components, tactile interface element handler components, and the like.

A representation of a program entity may be stored and/or otherwise maintained in a presentation space. As used in this document, the term "presentation space" refers to a storage region allocated and/or otherwise provided for storing presentation information, which may include audio, visual, tactile, and/or other sensory data for presentation by and/or on an output device. For example, a buffer for storing an image and/or text string may be a presentation space as sensory information for a user. A presentation space may be physically and/or logically contiguous or non-contiguous. A presentation space may have a virtual as well as a physical representation. A presentation space may include a storage location in a processor memory, secondary storage, a memory of an output adapter device, and/or a storage medium of an output device. A screen of a display, for example, is a presentation space.

As used herein, the terms "program" and "executable" refer to any data representation that may be translated into a set of machine code instructions and may optionally include associated program data. The terms are used interchangeably herein. Program representations other than machine code include object code, byte code, and source code. Object code includes a set of instructions and/or data elements that either are prepared for linking prior to loading or are loaded into an execution environment. When in an execution environment, object code may include references resolved by a linker and/or may include one or more unresolved references. The context in which this term is used will make clear the state of the object code when it is relevant. This definition can include machine code and virtual machine code, such as Java™ byte code. As used herein, the terms "application", and "service" may be realized in one or more executables and/or in one or more hardware components. The terms are used interchangeably herein.

As used herein, an "addressable entity" is program or a portion thereof, specifiable in programming language in source code. An addressable entity is addressable in a program component translated for a compatible execution environment from the source code. Examples of addressable entities include variables, constants, functions, subroutines, procedures, modules, methods, classes, objects, code blocks, and labeled instructions. A code block includes one or more instructions in a given scope specified in a programming language. An addressable entity may include a value. In some places in this document "addressable entity" refers to a value of an addressable entity. In these cases, the context will clearly indicate that the value is being referenced.

Addressable entities may be written in and/or translated to a number of different programming languages and/or representation languages, respectively. An addressable entity may be specified in and/or translated into source code, object code, machine code, byte code, and/or any intermediate languages for processing by an interpreter, compiler, linker, loader, and/or other analogous tool.

As used herein, the term "network protocol" refers to a formal set of rules, conventions and data structures that

12

governs how computers and other network devices exchange information over a network. The rules, conventions, and data structures are said to be specified or defined in a specification and/or schema.

The term "network path" as used herein refers to a sequence of nodes in a network that are communicatively coupled for transmitting data in one or more data units of a specified network protocol between a pair of nodes in the network.

A "data unit", as the term is used herein, is a data entity specified according to a network protocol for transmitting data contained in and/or otherwise identified by the data entity. A data unit is transmitted between a pair of nodes in a network path to send the data in and/or otherwise identified by the data unit from a source node to a destination node that includes a protocol endpoint of the network protocol. A network protocol explicitly and/or implicitly specifies and/or otherwise identifies a schema that defines one or more of a format for a valid data unit and a vocabulary for content of a valid data unit. One example of a data unit is an Internet Protocol (IP) packet. The Internet Protocol defines a format for an IP packet that defines a header for identifying a destination address that identifies a destination node and a payload portion for including a representation of data to be delivered to the identified destination node. The terms "data unit", "data packet", and "packet" are used interchangeably herein. One or more data units of a first network protocol may transmit a message of second network protocol. For example, one or more data units of the IP protocol may include a TCP message. In another example, one or more TCP data units may transmit an HTTP message.

How data is packaged in one more data units for a network protocol may vary as the data traverses a network path from a source node to a destination node. Data may be transmitted in a single data unit between two consecutive nodes in a network path. Additionally, data may be exchanged between a pair of consecutive nodes in several data units each including a portion of the data. Data received in a single data unit by a node in a network path may be split into portions included in several respective data units for transmitting to a next node in the network path. Portions of data received in several data units may be combined into a single data unit for transmitting by a node in a network path. For purposes of describing the subject matter, a data unit in which data is received by a node is referred to as a different data unit than a data unit in which the data is forwarded by the node.

A "protocol address", as the term is used herein, for a network protocol is an identifier of a protocol endpoint that may be represented in a data unit of the protocol. For example 192.168.1.1 is an IP protocol address represented in a human readable format that may be included in an address portion of an IP header to identify a source and/or a destination IP protocol endpoint. A protocol address differs from a symbolic identifier, defined below, in that a symbolic identifier, with respect to a network protocol, maps to a protocol address. Thus, "www.mynode.com" may be a symbolic identifier for a node in a network when mapped to the protocol address 192.168.1.1. An identifier may be both a symbolic identifier and a protocol address depending on its role with respect to its use for a particular network protocol.

Since a protocol endpoint is included in a node and is accessible via a network via a network interface, a protocol address identifies a node and identifies a network interface of the node. A network interface may include one or more NICs operatively coupled to a network.

13

A node in a pair of nodes in a network path at one end of the sequence of nodes in the network path and/or the other end is referred to herein as a "path end node". Note that a node may have two NICs with one NIC at each end of a network path. A network path may be included as a portion of another network path that communicatively couples a same pair of nodes. Data may be transmitted via the sequence of nodes in a network path between path end nodes communicatively coupled via the network path. Data may be transmitted in one or both directions depending on an ordering of the nodes in the sequence.

The term "hop" as used herein refers to a pair of consecutive nodes in a network path for transmitting, via a network protocol, data sent from a source node to a destination node. A "hop path" is thus a sequence of hops in a network that respectively include a sequence of pairs of consecutive nodes included in transmitting data from a first path end node of the network path to a second path end node of the network path.

The term "path-based protocol address" as used herein refers to a protocol address for a network protocol that includes a plurality of path segment identifiers that identify portions of a specific network path identified by the path-based protocol address. A "node-based protocol address" is a path-based protocol address that includes a plurality of node identifiers that identify a sequence of nodes in a network path. A "network-interface-based protocol address" is a path-based protocol address that includes a plurality of network interface identifiers that identify a sequence of network interfaces in a network path. A "NIC-based protocol address" is a type of network-interface-based protocol address that includes a plurality of identifiers that identify a sequence of network interface components. A "hop-based protocol address" is a type path-based protocol address since a hop is a type of network path.

Given the above definitions, note that the terms "network path" and "hop" may be defined in terms of network interfaces. A "network path" and a "hop path" include a sequence of network interfaces in a network that are included in transmitting data between a pair of path end nodes in the network. A "hop" refers to at least part of a network path that includes a pair of consecutive network interfaces in a sequence of network interfaces in a network path. A "network path" is thus a sequence of hops in a network that respectively include a sequence of pairs of consecutive network interfaces included in transmitting data from a first path end node of the network path to a second path end node of the network path.

The term "network topology" as used herein refers to a representation of protocol endpoints and/or nodes in a network, and representations of hops representing communicative couplings between and/or among the protocol endpoints and/or nodes in the network. A network may have different network topologies with respect to different network protocols. A network topology may represent physical communicative couplings between nodes in the network. A network topology may represent logical couplings between protocol endpoints and/or nodes of a particular network protocol or a particular type of network protocol.

The domain name system (DNS) of the Internet operates based on an application layer protocol defined by the DNS. The nodes in the DNS are communicatively coupled via the DNS protocol and may be represented by a logical network topology. A DNS system includes nodes connected via the DNS protocol and thus has a network topology defined by nodes that include protocol endpoints of the DNS protocol.

14

In still another example, a token-ring network has a circular topology at the link layer, but may have a star topology at the physical layer.

As used herein, an "entity-specific address space" refers to an address space defined for a specific entity where the addresses in the address space operate as identifiers in the context of the entity. An address from an entity-specific address space is referred to herein as an "entity-specific address". An address is "entity-specific" in that what it identifies is based on the entity to which it is specific. Another address having the same form and content may identify a different entity when in an address space specific to another entity. Addresses in an entity-specific address space operate as identifiers in the context of an entity to which they are "specific" as defined by the specific association of the address space and the entity. Without knowledge of the entity to which an entity-specific address space is specific, what an address in the entity-specific address space identifies is indeterminate. The terms "entity-specific address" and "entity-specific identifier" are used interchangeably herein. An entity-specific address may identify an entity included in the entity to which the address is specific or may identify an entity external to the entity to which the address is specific. The fact that an address is entity-specific does not define a scope for the address.

A portion of a network is a type of entity. A type of entity-specific address space described herein is a scope-specific address space. As used herein, a "scope-specific address space", specific to a particular region of a network, is an address space defined for the particular network region, where an address in the scope-specific protocol address operates as identifier, according to a network protocol, of a protocol endpoint in a node outside of the particular region when processed in the context of a node in the particular region. The region is indicated by the span of an indicated scope. The terms "region" and "zone" are used interchangeably herein. An address from a scope-specific address space is referred to herein as a "scope-specific protocol address". An address is "scope-specific" in that what protocol endpoint it identifies depends on the region to which it is specific. Another address having the exact same form and content may identify a different protocol endpoint when in an address space that is specific to another region. A protocol address in a scope-specific address space serves as an identifier in the context of a node in a region to which the scope-specific address space is "specific" as defined by an association of the address space and the region indicated by the scope. Without knowledge of the particular region to which a scope-specific address space is specific, what a scope-specific protocol address in the scope-specific address space identifies is indeterminate. The terms "scope-specific protocol address" and "scope-specific protocol identifier" are used interchangeably herein. Types of scope-specific address spaces indicating exemplary spans include site-specific, LAN-specific, subnet-specific, city-specific, business-specific, and node-specific.

For a network protocol, an address in a scope-specific address space serves as an identifier of a protocol endpoint in a node. Data may be received via the protocol endpoint from a network via one or more network interfaces that operatively couple the node to the network. Data may be sent via the protocol endpoint for transmitting over the network via the one or more network interfaces in the node. Since a protocol endpoint of a network protocol is included in a node and is accessible via a network via a network

15

interface, a protocol address identifying the protocol end-point also identifies the node and identifies a network interface of the node.

As used herein, a "node-specific address space" is a scope-specific address space defined for a specific node in a network, where the addresses in the node-specific address space operate as identifiers of nodes and/or network interfaces in the network when processed in the context of the specific node. An address from a node-specific address space is referred to herein as a "node-specific address". An address is "node-specific" in that what it identifies depends on the node to which is defined as specific. Another address having the exact same form and content may identify a different node when in an address space specific to another node. Addresses in a node-specific address space operate as identifiers in the context of a node to which they are "specific" as defined by the specific association of the address space and the node. Without knowledge of the node to which a node-specific address space is specific, addresses in the node-specific address space are indeterminate. The terms "node-specific address" and "node-specific identifier" are used interchangeably herein. A node-specific address space is a type of scope-specific address space.

The term "node" is defined above. Note that an identifier of a network interface in a network also identifies a node that includes the network interface. Thus, a network interface-specific address is also a node-specific address. Network interfaces in a node may have their own respective network interface-specific address spaces that are also node-specific. The network interface-specific address spaces may be combined to form a node-specific address space and/or may be managed as separate address spaces. The adjectives "node-specific" and "network interface-specific" may be used interchangeably.

A scope-specific identifier differs from a scoped address as described in "Request for Comments" (RFC) document RFC 4007 by S. Deering, et al, titled "IPv6 Scoped Address Architecture", published by the IETF in December, 2006 and further described in application Ser. No. 11/962,285, by the present inventor, filed on 2007 Dec. 21, entitled "Methods and Systems for Sending Information to a Zone Included in an Internet Network". A scoped address space is shared by nodes in a given scope. While a link-local scoped address is specific to a particular node, a link-local scoped address simply identifies a network interface component local to the particular node. A loop-back internet address is specific to a node as well. Neither link-local scoped addresses nor loop-back addresses identify one node to another. As such, neither serves as a node-specific identifier as defined above.

A "scoped address" is described by RFC 3513 and RFC 4007 as an identifier that, in a particular region of a network, serves as a protocol address of a network interface and/or a node in the particular region. The extent of the particular region is referred to as the scope of the region and thus the scope within which the identifier serves as a protocol address. A particular region included within a scope as indicated by its span. A scoped address is a valid protocol address only within a particular region as indicated by the address's indicated scope. Examples of scope indicators include node-scope where identifiers are valid only to a single node in the indicated span, LAN-scope where identifiers are valid for nodes in the span of a particular LAN, and subnet-scope where identifiers are valid only for nodes in a particular subnet. RFC 3513 currently defines support for link-local scope, site-local scope, a global scope. A data

16

unit transmitted with a scoped address should not be delivered to node that does not have a network interface in the span indicated by the scope.

"Path information" is any information that identifies a network path and/or hop path for data transmitted via one or more specified network protocols. Path information may be identified by identifying network interfaces, NICs, nodes, and/or hops included in a network path. "Address information" is any information that identifies a protocol address that, for a network protocol, identifies a protocol endpoint. Address information may identify a unicast protocol address for a network protocol. In identifying a protocol endpoint, a protocol address identifies a node and a network interface. Those skilled in the art will understand upon reading the descriptions herein that the subject matter disclosed herein is not restricted to the network protocols described and/or their corresponding OSI layers. For ease of illustration, the subject matter is described in terms of protocols that correspond to OSI layer three, also referred to as network layer protocols, in general. Particular descriptions are based on versions of the Internet Protocol (IP). Address information may identify one or more protocol addresses. Exemplary protocol addresses include IP addresses, IPX addresses, DECNet addresses, VINES Internet Protocol addresses, and Datagram Delivery Protocol (DDP) addresses.

The term "path-based address" is defined above. A "node-based address" is a path-based address where some or all of the address includes node identifiers that identify a sequence of nodes in a network path. A "network-interface-based address" is a path-based address where some or all of the address identifies includes identifiers of a network interfaces in sequence in a network path. A "NIC-based address" is a type of network-interface-based address that identifies a sequence of network interface components. A "hop-based address" is a path-based address where some or all of the address identifies one or more hops in a network path. The protocol address types defined are not mutually exclusive.

The term "metric space", as used herein, refers to a set, as defined in mathematics, where a distance between elements of the set is defined according to a metric. Metric spaces defined in Euclidean geometry are well-known examples. Those skilled in the art of metric spaces, such as Euclidian spaces, will appreciate that a one-to-one mapping may be determined and/or otherwise identified for mapping addresses from a first coordinate space having a first origin for a metric space to addresses from a second coordinate space having a second origin in the metric space. Given a mapping rule between a first scope-specific address space and a second scope-specific address space and a mapping between the second scope-specific address space and a third scope-specific address space based on a third coordinate space identifying a third origin in the metric space, a mapping from the first coordinate space to the third coordinate space may be determined. A mapping between coordinate spaces for a metric space may be included a coordinate shift and/or a rotation, for example. The mapping may be pre-specified and accessible to the nodes in one or both address spaces. Mapping between locations in a number of different metric spaces is well-known in mathematics. For example, a top half of the surface of sphere may be mapped to a plane. Some will further appreciate that some metric spaces may be mapped to other metric spaces. Some of these mappings are one-to-one and onto.

An "interaction", as the term is used herein, refers to any activity including a user and an object where the object is a source of sensory data detected by the user. In an interaction the user directs attention to the object. An interaction may

US 10,021,052 B1

17

also include the object as a target of input from the user. The input from the user may be provided intentionally or unintentionally by the user. For example, a rock being held in the hand of a user is a target of input, both tactile and energy input, from the user. A portable electronic device is a type of object. In another example, a user looking at a portable electronic device is receiving sensory data from the portable electronic device whether the device is presenting an output via an output device or not. The user manipulating an input component of the portable electronic device exemplifies the device, as an input target, receiving input from the user. Note that the user in providing input is detecting sensory information from the portable electronic device provided that the user directs sufficient attention to be aware of the sensory information and provided that no disabilities prevent the user from processing the sensory information. An interaction may include an input from the user that is detected and/or otherwise sensed by the device. An interaction may include sensory information that is detected by a user included in the interaction that is presented by an output device included in the interaction.

As used herein "interaction information" refers to any information that identifies an interaction and/or otherwise provides data about an interaction between a user and an object, such as a portable electronic device. Exemplary interaction information may identify a user input for the object, a user-detectable output presented by an output device of the object, a user-detectable attribute of the object, an operation performed by the object in response to a user, an operation performed by the object to present and/or otherwise produce a user-detectable output, and/or a measure of interaction. The term "operational component" of a device, as used herein, refers to a component included in performing an operation by the device.

Interaction information for one object may include and/or otherwise identify interaction information for another object. For example, a motion detector may detect user's head turn in the direction of a display of a portable electronic device. Interaction information identifying the user's head is facing the display may be received and/or used as interaction information for the portable electronic device indicating the user is receiving visual input from the display. The interaction information may serve to indicate a lack of user interaction with one or more other objects in directions from the user different than the detected direction, such as a person approaching the user from behind the user. Thus the interaction information may serve as interaction information for one or more different objects.

The term "attention information" as used herein refers to information that identifies an attention output and/or that includes an indication to present an attention output. Attention information may identify and/or may include presentation information that includes a representation of an attention output, in one aspect. In another aspect, attention output may include a request and/or one or more instructions for processing by a processor to present an attention output. The aspects described serve merely as examples based on the definition of attention information, and do not provide an exhaustive list of suitable forms and content of attention information.

As used herein the term "attention criterion" refers to a criterion that when met is defined as indicating that interaction between a user and an object is or maybe inadequate at a particular time and/or during a particular time period. In other words, the user is not directing adequate attention to the object.

18

As used herein, the term "tag" refers to a character string, which may include one or more words, which may be associated with a resource to create an association between the resource and another resource also tagged with the tag. Tags are often used in sharing media, social bookmarking, social news and blog entries to help users search for associated content. In some contexts, the term "tagging" as used herein refers to the process of associating a tag with a resource that can be tagged. As used herein, the term "tagged association" refers to an association that identifies a tag and a resource that is tagged with the tag. A resource is said to be "tagged" with a tag when a tagging process, also referred to as "tagging", has successfully created a tagged association. In other contexts, a "tagging" refers to a tagged association.

The term "matched tag", as used herein, refers to an association that identifies a tag and a tagging criterion, where the tagging criterion is based on data other than the tag. The tagging criterion may be based additionally on the tag. The term "tagging association", as used herein, refers to a matched tag represented in a memory, either persistent and/or volatile. For example, a tagging association may be realized as a record that includes and/or identifies a tag and a tagging criterion. The terms "matched tag" and "tagging association" are used interchangeably. When the term "matched tag" refers to something other than its tagging association, it will be made clear. For example, a reference to matched tag presented in a user interface clearly identifies a UI element that identifies and/or otherwise represents and/or otherwise identifies a matched tag either realized or to be realized in a tagging association. A tagged association, defined above, may identify a matched tag and a resource that is tagged with the tag identified by the matched tag. Such an association is also referred to herein as a "matched tag association". A resource may be tagged with a matched tag when a tagging criterion identified by the matched tag is met for the resource.

As user herein, the term "vocabulary" refers to a set of valid values that can be assigned to and/or included in a data element. With respect to a tag, a vocabulary defines valid tags. A vocabulary may be specified by one or more rules and/or by identifying one or more valid values directly and/or indirectly.

As used herein, the term "dictionary" refers a vocabulary wherein one or more terms in the vocabulary is assigned a definition. A "definition" as the term is used herein refers to information that identifies semantic information about a data value, such as a t tag. Semantic information may include one or more of a textual description of a meaning of the term, an audio description, a visual description, and information identifying a use or context for the term. A use and/or context may be identified, for example, by identifying a part of speech, a dialect or language, an antonym, a synonym, and/or an example usage of the defined data value.

As used herein, any reference to an entity "in" an association is equivalent to describing the object as "identified" by the association, unless explicitly indicated otherwise.

As used herein, the term "communication" refers to information including a message sent and/or for sending via a network between communicants. A message may include text data, audio data, and/or image data. The term "communicant" as used herein refers to a user included in a communication as a sender and/or a receiver of the information. A communicant is represented by a "communications agent" configured to operate in an execution environment to send data to and/or receive data from another communications agent, on behalf of the represented communicant, according

US 10,021,052 B1

19

20

to a communications protocol via network. A communications protocol defines and/or otherwise identifies an address space including communications addresses for delivering data sent in a communication from one communications agent to another. A communications protocol is a type of network protocol.

The term "communicant alias" as used herein refers to an identifier of a communicant in a communication where the communicant alias is not a communications address included in an address space of a communications protocol for sending and/or receiving data in the communication.

The term "attachment" as used herein refers to a portion of a communication that includes data from one communicant to another other than data in the message portion. A resource sent as an attachment is data that is typically not presented "inline" or in a message included in a message portion of a communication. Email attachments are perhaps the most widely known attachments included in communications. An email attachment is a file or other resource sent along with an email in a portion of the email separate from a message portion. A communication may include one or more resources as one or more attachments.

The terms "contactor" and "contactee" identify roles in a communication. A "contactor" provides information for identifying a "contactee" in a communication. A contactee may be included in a communication by a contactor and/or the contactor's communications agent. A contactor and/or a contactee are roles of a user or communicant of a communications agent and may played by a living being, a node, a component, and/or an application. Both a contactor and a contactee are communicants in a communication.

As used here, the term "tagging-attribute association" refers to an association that identifies one or more tagging criterion and a resource attribute that the one or more tagging criterion are each based on. That is, whether a tagging criterion identified in a tagging-attribute association is met for a specified resource depends on an attribute of the resource identified by the tagging-attribute association. The term attribute, as used herein, includes the resource, as a resource is considered to be an attribute of itself and/or otherwise to include at least some of its attributes.

As used herein, the term "resource scope" refers a bounded space in which a resource may be identified. The space may be any space in which a resource may be locate and/or otherwise identified. A bounded may be may include one or more of an identifier space such as file system identifier space and/or a URI address space, a storage space, a geospatial space, a demographic space, and a data type—to name a few examples. space, defines a set of resources from which resources may be identified. For example, the files within a specified folder and its subfolders in a file system define and/or otherwise specify a resource scope. All user accounts that have an administrator security role define another resource scope. The present disclosure describes a resource scope with respect to resources tagged with a specified tag that makeup a set, referred to herein as a "tagged resource set". A tagged resource set may include a resource tagged with a tag identified by a matched tag.

In specifying a resource scope, one or more criterion may be specified. The terms "criterion" and "constraint" are used interchangeably herein, with respect to a resource scope. A criterion included in specifying a resource scope is referred to herein as a "scope criterion". A scope criterion may be expressed via any suitable manner, such as a file name, a wildcard expression, a regular expression, a data store location, a data base query, geospatial coordinates, a time, a date, a duration, a relationship to a user, and/or an address—

too name a few examples. With respect to a tag, a scope criterion included in defining a resource scope differs from a tagging criterion for the tag in that the scope criterion included in defining a resource scope need not be met in order for a resource to be tagged with the tag. Further a resource scope may be used for purposes other than processing related to a tagged resource.

One or more scope criterion that together specify and/or otherwise define a resource scope is/are referred to herein as a "scope descriptor". When all the criteria in a scope descriptor are met for a resource, the resource is in the resource scope defined by the scope descriptor. The one or more separate criterion in a scope descriptor may be evaluated in any order suitable or desirable in any given embodiment. In an aspect described below, one scope criterion, that may be included in a scope descriptor, may be specified to determine and/or otherwise identify when the scope descriptor is "active". A scope criterion that indicates whether a scope descriptor is active is referred to herein as a "scope condition". In a further aspect a scope descriptor may include no other criterion indicating the resource scope includes all resources accessible to an application, subsystem, execution environment, and/or group of any of the preceding that are processing and/or otherwise making use of the scope descriptor. Those skilled in the art will understand that whether a scope criterion in a scope descriptor is called a scope condition or not depends on the role played by the scope criterion. The subject matter may be described without referring to a scope criterion in the role of a scope condition without limiting the scope of subject matter.

Although, those skilled in the art will know that a scope criterion may be defined as "met" when it is true or may be defined as "met" when it is not true; for purposes of the present disclosure, A scope criterion is said to be "met" for a resource when it indicates the resource is in the resource scope defined by the scope descriptor, and is to be "not met" otherwise. A scope criterion in the role of a scope condition in a scope descriptor is said to be "met" when it indicates the scope descriptor is active, as is said to be "not met" otherwise. In an aspect, a scope descriptor may not include a scope condition or may include a scope condition that is always met. Such a scope descriptor is active by definition. Whether a criterion, in a scope descriptor is met or is not met, may depend on an evaluation of the scope criterion that is based on an identifiable entity. For a scope condition, such an entity is referred to herein as a "condition entity". More generally, for a scope criterion, such an entity is referred to herein as a "scoping entity". Exemplary entities include a user, a document, a measure of time, a location, and the like.

An association between a tag and scope descriptor is referred to herein as a "scoped tag". A scoped tag is also referred to herein as a match set. As defined above, a tagging criterion may be used to determine whether to tag a particular resource with a particular tag. The tagging criterion is associated with the tag by a matched tag. A scope descriptor identifies resource scope that includes a set of resources. Scope descriptors are necessarily associated with resources.

A "tagging context", as the term is used herein, identifies and/or otherwise includes a set of tagged associations or taggings. The taggings may identify one or more tags and one or more resources. A "tagging context specification", as the term is used herein, is data that defines and/or otherwise specifies a tagging context. A tagging context specification may be stored in a memory location. The memory location may be contiguous or not and may be included in one or more data storage media, which may be volatile or not. A

US 10,021,052 B1

21

tagging context specification may include and/or otherwise identify any suitable criterion, referred to in general as "context criterion", for determining whether a tagging is in a tagging context defined by the tagging context specification. For example, a tag contact specification may identify one or more scope descriptors, one or more tags some or all of which may be and/or may be identified by matched tags, and a context condition; all of which are context criterion by definition.

A "context condition", as the term is used herein, refers to a context criterion that when met indicates that a tagging context is active for one or more taggings. When a context condition is not met, it is said to be inactive or not active for one or more taggings. For example, a context condition in a tagging context specification may be met for a first user. Taggings in the taggings are "active" for the first user. For a second user, the context condition may not be met. The taggings are not active for the second user. A context condition, or more generally a context criterion, may be based on any suitable data for any suitable entity. A tagging context may be active for a task and not for another and/or a tagging context may be active for one location and not for another, to name a couple of other examples. When a context condition indicates that an associated tagging context is active for a tag, the context condition is herein said to be "met", otherwise the context condition is not met.

FIG. 3A illustrates an arrangement of components in a system that operates in an execution environment, such as execution environment 102 in FIG. 1. The arrangement of components in the system operates to perform the method illustrated in FIG. 2A. The system illustrated includes a query handler component 302, a identification request constructor (IRC) component 304, and a result handler component 306. A suitable execution environment includes a processor, such as processor 104, to process an instruction in at least one of a query handler component, a identification request constructor component, and a result handler component. FIG. 3B illustrates an arrangement of components in a system that operates to perform the method illustrated in FIG. 2B. The system illustrated includes a content manager component 309, a query handler component 302, a query director component 312, and a identification response builder (IRB) component 314. A suitable execution environment includes a processor, such as processor 104, to process an instruction in at least one of a content manager component, a query handler component, a query director component, and a identification response builder (IRB) component.

Some components, illustrated in the drawings are identified by numbers with an alphanumeric suffix. A component may be referred to generically in the singular or the plural by dropping a suffix of a portion thereof of the component's identifier. For example, window UI elements, such as a window UI element 602a in FIG. 6A, a window UI element 602b in FIG. 6B, and their adaptations and analogs; are referred to herein generically as a window UI element 602 or window UI elements 602 when describing more than one. Other components identified with an alphanumeric suffix may be referred to generically or as a group in a similar manner.

The arrangement components illustrated in FIG. 4 may be adapted to operate in a number of execution environments to perform the method illustrated in FIG. 2A and/or the method illustrated in FIG. 2B. FIG. 4 is a block diagram illustrating the components of FIG. 3A, FIG. 3B, and/or analogs of the components of FIG. 3A and FIG. 3B, respectively adapted to operate in an execution environment 401 that includes

22

and/or otherwise is provided by one or more nodes. FIG. 1 illustrates key components of an exemplary device that may at least partially provide and/or otherwise be included in an execution environment. The components illustrated in FIG. 4 may be included in or otherwise combined with the components of FIG. 1 to create a variety of arrangements of components according to the subject matter described herein.

As stated, the various adaptations of the arrangement in FIG. 3A as well as the various adaptations of the arrangement in FIG. 3B illustrated and described herein are not exhaustive. For example, those skilled in the art will see based on the description herein that arrangements of components for performing the method illustrated in FIG. 2A and the method illustrated in FIG. 2B may each be distributed across more than one node and/or execution environment. For example, such an arrangements may operate at least partially in a browser in a one node and at least partially in a server in another node interoperating via a network.

FIG. 5 illustrates a first node 502 and an execution environment 401 of second node 504 as exemplary devices that each may be included in and/or otherwise adapted for providing an instance, adaptation, and/or analog of execution environment 401 in FIG. 4. As illustrated in FIG. 5, first node 502 and an execution environment 401 of second node 504 are operatively coupled to a network 506 via respective network interface components enabling first node 502 and execution environment 401 of second node 504 to exchange data in a communication on behalf of communicants represented by the respective nodes.

FIG. 4 illustrates communications agent 403 including an adaptation of the arrangement of components in FIG. 3A and an adaptation of the arrangement of components in FIG. 3B. A first communications agent 403 may operate, in first node 502, on behalf of a first communicant to communicate with a second communicant represented by a second communications agent 403 operating in execution environment 401 of second node 504.

Execution environment 401 is illustrated in FIG. 4 hosting communications agent 403. Components in FIG. 4 are referenced for illustrative purposes in describing communications agents operating in an execution environment of first node 502 and an execution environment of execution environment 401 of second node 504. Exemplary communications agents include email clients, phone clients including Voice over Internet Protocol (VoIP) clients, instant messaging clients, short message service (SMS) clients, multimedia message service (MMS clients), multi-media communications clients including video phone clients, and other data transfer agents.

Communications agents 403 in FIG. 4, respectively operating in first node 502 and in execution environment 401 of second node 504 in FIG. 5 may interoperate via respective network stacks 405. Communications agents 403 may communicate via one or more communications protocols. FIG. 4 illustrates communications protocol component 407 exemplifying a subsystem for exchanging data via network 506 according to one or more communications protocols, such as simple mail transfer protocol (SMTP), an instant messaging protocol, and/or a real-time voice and/or video protocol. A communication between communications agents 403 in first node 502 and execution environment 401 of second node 504 may include more than one type of data and may use one or more communications protocols in exchanging one or more types of data via network 506.

Instances, adaptations, and/or analogs of communications agent 403 in FIG. 4, in first node 502 and in execution

23

environment **401** of second node **504**, respectively, may communicate via discrete messages, a request/reply protocol, a data streaming protocol, a session and/or connection-oriented protocol, a connectionless protocol, a real-time communications protocol, an asynchronous communication, a store and forward communications protocol, a reliable delivery communications protocol, a best-effort delivery communications protocol, and/or a secure protocol, to name a few communications options.

FIG. **4** illustrates communications agent **403** including a content manager component **409**. Content manager component **409** may interoperate with communications protocol layer component **407** and/or network stack **405** to receive data in one or more communications via network **506** with another communications agent in another node. Content manager component **409** is operatively coupled, via com-in component **411**, to communications protocol component **407** for receiving the data from the other node.

Data received in a communication may include one or more resources and/or content types. Exemplary content types include plain text, markup such as hypertext markup language (HTML), audio data, image data, and/or executable data. Executable data may include script instruction(s), byte code, and/or machine code. In FIG. **4**, communications agent **403** includes one or more content handler components **413** to process data received according to its content type. A data type may be identified by a MIME type identifier. Exemplary content handler components **413** include a text/html content handler component for processing HTML representations; an application/xmpp-xml content handler component for processing extensible messaging and presence protocol (XMPP) streams including presence tuples, instant messages, and audio content handlers including and/or configured to retrieve suitable codices; one or more video content handler components for processing video representations of various types; and still image data content handler components for processing various image data representations.

Content handler component(s) **413** process received data representations and may provide transformed data from the representations to one or more user interface element handler components **415**. One or more user interface element handler components **415** are illustrated in a presentation controller component **417** in FIG. **4**. Presentation controller component **417** may manage visual, audio, and other types of output for its including application as well as receive and route detected user and other inputs to components and extensions of its including application, communications agent **409**. A user interface element handler component **415** may be adapted to operate at least partially in a content handler component **413** such as a text/html content handler component and/or a script content handler component. Additionally or alternatively, a user interface element handler component in an execution environment **401** may be received in a communication. For example, a communication, such as an email, may include an HTML content type portion and a script content type portion.

FIG. **6**A-G illustrates various communications agent windows **602** presentable in a presentation space of a display device, such as output device **130** in FIG. **1**. In FIG. **6**a, a communications agent window **602**a includes a contactor user interface (UI) element **604**a for presenting an identifier of a communicant in the role of a contactor in a communication represented by the communications agent window **602**a. A communications agent window **602**a also includes a contactee UI element **606** for presenting one or more contactee identifier(s) identifying one or more communi-

24

cants in the role of contactee(s) included in the communication. A presentation space **608** is provided by each communications agent window **602**a for presenting a user message UI element **610** for presenting a message addressed to one or more contactees identified in a contactee UI element **606**a. A presentation space **608**a may also be provided for presenting one or more UI controls for exchanging data in and/or otherwise managing a communication. A send UI element **612**a illustrates an exemplary UI element that may correspond to user input to send data in a communication to one or more identified contactees.

Data to send in a communication to a communications agent in execution environment **401** of second node **504** may be received by one or more content handler component(s) **413** operating in first node **502** to transform the data into one or more data representations suitable for transmitting in the communication and/or suitable for processing by the communications agent in execution environment **401** of second node **504**. The one or more data representations may be provided to content manager component **409** for sending in the communication to execution environment **401** of second node **504**. Content manager component **409** may package the one or more data representations in a message formatted according to a communications protocol of the communications agent. Communications protocol component **407** may send the data according to the specification(s) of the communications protocol. Content manager component **409** may alternatively or additionally encode and/or otherwise transform one or more of the data representations for sending in a data stream such as voice stream and/or a video stream for communicating in the communication to a communications agent via a network.

Content manager component **409** operating in execution environment **401** included in and/or otherwise provided by first node **502** may provide the packaged, encoded, and/or transformed data to communications protocol component **407** via a com-out component **419**. Com-out component **419** as described above operatively couples communications agent **409** to communications protocol component **407** according to an interface provided by communications protocol component **407** for sending data in a communication according to a communications protocol.

Communications protocol component **407** may further package and/or otherwise transform the data to send via network stack **405** for delivery via network **506** to execution environment **401** of second node **504**.

As described above, a communications protocol may operate via one or more nodes in a network in a network path including a first node and an execution environment **401** of second node **504**. Exemplary path nodes include mail relay nodes, phone switch nodes, and proxy nodes such as instant messaging proxies for communicating through firewalls. As indicated, path node **508** illustrates such a node.

Sending data in a communication requires identifying a contactee. A contactee may be represented by a communications address in an address space of a communications protocol. In one aspect, information identifying a communications address may be received from a user/communicant of a communications agent in a user node. In FIG. **4**, presentation controller **417** and/or a UI element handler **415**, presenting and/or managing interaction with contactor UI element **604** in FIG. **6**A for first node **502**, may receive a contactor alias in response to a user input corresponding to UI element handler **604**. The user/communicant of first node **502** may enter a contactor alias, such as "Dad", via a keyboard and/or select a predefined communicant alias presented in a selection UI control element via a UI element

25

handler component **415**. The user input may be detected by input driver **421**. Corresponding input information may be routed to presentation controller **417** by GUI subsystem **423**. GUI subsystem **423** may send presentation information to a display device via a graphics subsystem **425**. Communications agent **403** may identify a communication address associated with the contactor alias, "Dad". Other communications address(es), such as for one or more contactees, may be received similarly and/or in any suitable manner.

Data may be sent in a communication according to a form or type of the communication and/or other attribute of the communication such as a security attribute, the amount of data to be set, a priority setting, a task setting, and the like. Some forms of communication do not require a session and/or connection between a first node and an execution environment **401** of second node **504** in order to send data between the two nodes, while others do. An email and/or instant message may use a store and forward model of delivery.

Data may be sent in a communication in response to a communicant input. A contactor may provide an input corresponding to send UI element **612***a* in FIG. **6A**. The input may be received by presentation controller component **417** and/or one or more UI element handlers **415** corresponding to send UI element **612***a*. In response to detecting the input, presentation controller component **417** may provide data to be sent in the communication to one or more content handler components **413** according to the content type(s) of the data to be sent.

The one or more content handler components **413** may encode, format, and/or otherwise transform the data for sending in a message, such as an email message. The one or more content handler components **413** may provide data to be sent to content manager **409**, instructing content manager component **409** to send the data in the communication for delivery to a communications agent in execution environment **401** of second node **504**. Content manager component **409** interoperating with com-out component **419** may further format and/or transform the data for sending in the communication according to communications protocol, for example according to an email communications protocol, by communications protocol component **407**. Communications protocol component **407** may send the communication for delivery to the communications agent in execution environment **401** of second node **504** via network **506**.

Path node **508** may relay data sent in the communication between first node **502** and execution environment **401** of second node **504**. Path node **508** may determine a next node and/or a network interface in a network path communicatively coupling first node **502** and execution environment **401** of second node **504** for exchanging data in a communication between communications agents **403** in the first node **502** and in the execution environment **401** of second node **504**.

For session-oriented and/or connection-oriented communication a session and/or connection may be established if a session/connection has not already been established. Data may be sent for delivery to a communications agent identified based on a contactee communications address during session and/or connection setup. For example, for a voice communication a voice communication may be established via a session initiation protocol. Communications protocol component **407** may operate according to the session initiation protocol specifications. Communications protocol component **407** operating in first node **502** may locate a communications agent by communicating with one or more nodes in network **506** according to the session initiation

26

protocol. Communications protocol component **407** may locate a communications agent in execution environment **401** of second node **504**, based on a communications address for the contactee located based on the contactor alias.

Once a communication session is established, such as a voice session, data may be sent according to the session communications protocol, such as RTP. Data may be sent according to the session initiation protocol in the communication for managing the voice communication session and/or for exchanging text, image, and/or other data outside of the voice session. Path node **508** may be included in session and/or connection setup. Alternatively or additionally, path node **508** may be included in a network path in a session and/or connection.

With reference to FIG. **2A**, a block **202** illustrates that the method includes receiving, by a first communications agent in a first execution environment from a first user represented by the first communications agent, data object information identifying a data object matching criterion. Accordingly, a system for processing a data object identification request in a communication includes means for receiving, by a first communications agent in a first execution environment from a first user represented by the first communications agent, data object information identifying a data object matching criterion. For example, the arrangement in FIG. **3A**, includes query handler component **302** that is operable for receiving, by a first communications agent in a first execution environment from a first user represented by the first communications agent, data object information identifying a data object matching criterion. FIG. **4** illustrates query handler component **402** as an adaptation and/or analog of the query handler component **302** in FIG. **3A**. One or more query handler components **402** operate in an execution environment **401**. The system for processing a data object identification request in a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for receiving, by a first communications agent in a first execution environment from a first user represented by the first communications agent, data object information identifying a data object matching criterion. In FIG. **4**, query handler component **402** is illustrated as a component of communications agent **403**.

FIG. **7** includes dataflow message **702** that illustrates a data flow internal to execution environment **401** of first node **502** and/or a message received via network **506** by execution environment **401** of first node **502**. Dataflow message **702** illustrates a data object information dataflow to query handler component **402** operating in execution environment **401** of first node **502**. Data object information is identified to and/or otherwise received by query handler component **402**.

In various aspects, a query handler component **402** may receive data object information from a user via one or more UI element handler components **415**. The data object information may be received, in response to a user input detected by an input device of an execution environment **401** that includes the query handler component **402**. Alternatively or additionally, data object information may be received by a query handler component in a message received via a network. For example, a user may identify data object information to a browser operating in a client node. The browser may send the data object information via a network communicatively coupling the client node to a web service provider node. The web service provider node may include a query handler component that may operate to receive the data object information identified in the message from the browser. FIG. **6A** illustrates an exemplary user interface that

27

may be presented by communications agent **403** operating in execution environment **401** of first node **502**. A UI element handler component **415** may operate to present a user interface element to allow a user to identify data object information. A data object information (DOI) UI element **616***a* is illustrated in FIG. **6**A as an example. The same or different UI element handler component **415** may present various other UI elements included in DOI UI element **616***a*. DOI UI element **616***a* and one or more UI elements it includes may be presented by one or more corresponding UI element handler component(s) **415** that may operate based on a schema that defines valid data object information and/or data object identification requests for including in a communication via a communications agent **403**. The schema defines one or more rules and/or a vocabulary that defines whether data object information and/or a data object identification request is valid. Those skilled in the art will understand that numerous languages and/or schemas for providing data object information and/or data object identification requests currently exist including relatively simple key word based queries to relatively more complicated regular expression languages and data base query languages, such as various versions of structured query language (SQL). New schemas are and will be created, and are, thus, considered within the scope of the subject matter described herein.

DOI UI element **616***a* illustrates a user interface for a keyword based schema. Match textbox UI element **618***a* illustrates a textbox allowing a user to enter a keyword expression. Various checkbox UI elements **620***a* allow a user to define a scope of a data object identification request by identifying whether a resulting data object identification request is to be applied to folders, files, and/or content of files in a file system and/or other data store of a receiving execution environment. A communications agent **403** may support more than one data object identification request schema and/or corresponding data object information schema. Thus. a communications agent may provide a user interface to receive valid data object information for each respective schema.

Returning to FIG. **2**A, a block **204** illustrates that the method further includes sending, according to a first communications protocol via a network in a communication to a second communications agent in a second execution environment representing a second user, a first message including a data object identification request based on the data object matching criterion, wherein the first message is addressed to the second user. Accordingly, a system for processing a data object identification request in a communication includes means for sending, according to a first communications protocol via a network in a communication to a second communications agent in a second execution environment representing a second user, a first message including a data object identification request based on the data object matching criterion, wherein the first message is addressed to the second user. For example, the arrangement in FIG. **3**A, includes identification request constructor component **304** that is operable for sending, according to a first communications protocol via a network in a communication to a second communications agent in a second execution environment representing a second user, a first message including a data object identification request based on the data object matching criterion, wherein the first message is addressed to the second user. FIG. **4** illustrates identification request constructor component **404** as an adaptation and/or analog of identification request constructor component **304** in FIG. **3**A. One or more identification request constructor

28

components **404** operate in an execution environment **401**. The system for processing a data object identification request in a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for sending, according to a first communications protocol via a network in a communication to a second communications agent in a second execution environment representing a second user, a first message including a data object identification request based on the data object matching criterion, wherein the first message is addressed to the second user. In FIG. **4**, identification request constructor component **404** is illustrated as a component of communications agent **403**.

FIG. **7** includes dataflow message **704** that illustrates a data flow internal to execution environment **401** of first node **502** and/or message received via network **506** by execution environment **401** of first node **502**. Dataflow message **704** illustrates a create data object identification request (CIReq) dataflow to an IRC component **404** operating in execution environment **401** of first node **502**. Data object information may be identified to and/or otherwise provided to IRC component **404**. A query handler component **402**, operating as described with respect to block **202** of FIG. **2**A, may identify and/or otherwise provide data object information to an IRC component **404**.

A query handler component may be a type of content handler component that operates to process data object information to create a data object identification request that conforms to a schema for creating and/or otherwise constructing a valid data object identification request. The IRC component **404** may construct and/or otherwise create a data object identification request based on a schema that defines and/or otherwise identifies a valid data object identification request and/or a valid data object identification response for a particular type of communication supported by a communications agent. The data object identification response is constructed and/or otherwise created, based on the data object information, by the IRC component **404**. IRC component **404** in execution environment **401** of first node **502** may provide the data object identification request to content manager component **409** to include and/or otherwise identify the data object identification request in a communication with execution environment **401** of second node **504**, such as email and/or instant message. Content manager component **409** may interoperate with other types of content handler components **413** to create and/or otherwise construct a message that includes the valid data object identification request.

In an aspect, the IRC component **404** may interoperate with the content manager component **409** to create the valid data object identification request according to a specified schema for the message, so that the message is valid according to a communications protocol supported by a communications protocol component **407** that operates to send the message. As described above, the content manager component **409** may operate in an execution environment **401** of first node **502** along with an IRC component **404** to transform data object information into a data object identification request to include along with data for other parts of a communication into one or more representations suitable for transmitting in a communication to another node, such as execution environment **401** of second node **504**. Some or all of the representations transmitted are suitable for processing by the communications agent in execution environment **401** of second node **504**. The content manager component **409** in the execution environment **401** of first node **502** may

29

package the one or more data representations including a representation of the data object identification request into a message formatted according to the communications protocol.

In FIG. 8A, a portion of an email communication 800a is illustrated formatted as a multipart/mixed content type including data object identification request portion 802a. A data object identification request portion of a communication may be identified as a data object identification request by its location in the communication and/or by an identifier or markup element, such as a MIME type identifier. A data object identification request may be detected based on content included in the message and/or based on metadata such as content-type header 804a identifying a MIME type identifier, such as "application/id-request", which may be defined for representing one or more matching criteria in a data object identification request. The "application/id-request" MIME type identifier is exemplary. Other MIME type identifiers exist and/or may be defined to identify a data object identification request in a communication.

An IRC 404 and/or a content manager component 409 may operate to construct a data object identification request in a communication based on XQuery, regular expression, and/or SQL content—to name a few examples. A content type identifier may be included in a position and/or location that identifies a data object identification request in a communication. The position or location may be absolute or relative. For example, a schema for a communication may define that a data object identification request in a communication is included in the communication at the end of the communication. There may be one or more data object identification requests at the end. In another aspect, a schema for a communication may specify that a portion of a communication following a particular type of message portion is a data object identification request. Other data object identification requests may follow. If no data object identification request is included, the data object identification request portion may include no content or may include an indicator that no data object identification request is included.

FIG. 8A illustrates an "application/id-request" MIME type identifier that may be defined to identify a schema for an XML-based language for specifying id-request XML documents. FIG. 8A illustrates id-request document 806a. Id-request document 806a, as illustrated, includes criterion tag elements 808a corresponding to the criterion elements in the user interface illustrated in FIG. 6A. A criterion tag element 808a identifies a data object matching criterion name, such as "query" indicating that the criterion is a query expression or a portion thereof. A "type" attribute identifies a schema with the identifier "keyword" for the expression. The criterion tag element 808a identifies a value for a query "Uncle Joe" in a match-expression attribute. Another criterion tag element 808a specifies a scope query specified in the first criterion tag element. FIG. 8A illustrates an "and" tag 810a indicating that all the matching criteria must be met in identifying a data object. An "or" tag (not shown) may be defined by a schema for id-request documents. Other operator elements and operator precedence may be defined by the schema. Grouping elements for managing operator precedence, such as a parenthesis element, may be defined by the schema.

FIG. 7 includes dataflow message 706 that illustrates a first message, including a data object identification request, sent via network 506 by execution environment 401 of first node 502 to execution environment 401 of second node 504.

30

A data object identification request generated by an IRC component 404, along with a user message and any other data to include in a communication, may be provided and/or otherwise identified to content manager component 409 for sending in the communication. The content manager component 409 in execution environment 401 of first node 502 may package the data including a representation of the data object identification request into the message formatted according to the communications protocol. Com-out component 419 may provide the data object identification request, the user message, and any other data for sending in the communication in representations suitable for sending by communications protocol component 407 to the communications agent in execution environment 401 of second node 504.

Communications protocol component 407 operating in execution environment 401 of first node 502 may send the data as and/or in a communication, such as an email message, according to the specification(s) of the communications protocol. Communications protocol component 407 may further package and/or otherwise transform the data to send via network stack 405 for delivery via network 506 to execution environment 401 of second node 504.

Content manager component 409 may alternatively or additionally encode and/or otherwise transform one or more of the data representations for sending in a data stream such as voice stream and/or a video stream for communicating in a communication with the communications agent in execution environment 401 of second node 504.

Returning to FIG. 2A, a block 206 illustrates that the method yet further includes receiving, by the first communications agent in response to sending the data object identification request in the first message, a second message that includes a data object identification response that identifies a data object in a second data store in the second execution environment, wherein the second message is addressed to the first user and the data object is not received in the second message. Accordingly, a system for processing a data object identification request in a communication includes means for receiving, by the first communications agent in response to sending the data object identification request in the first message, a second message that includes a data object identification response that identifies a data object in a second data store in the second execution environment, wherein the second message is addressed to the first user and the data object is not received in the second message. For example, the arrangement in FIG. 3A, includes result handler component 306 that is operable for receiving, by the first communications agent in response to sending the data object identification request in the first message, a second message that includes a data object identification response that identifies a data object in a second data store in the second execution environment, wherein the second message is addressed to the first user and the data object is not received in the second message. FIG. 4 illustrate result handler components 406 as an adaptations and/or analogs of result handler component 306 in FIG. 3A. One or more result handler components 406 operate in an execution environment 401. The system for processing a data object identification request in a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for receiving, by the first communications agent in response to sending the data object identification request in the first message, a second message that identifies a data object in a second data store in the second execution

31

environment, wherein the second message is addressed to the first user and the data object is not received in the second message. In FIG. 4, a result handler component 406 is illustrated as a component of application 403.

FIG. 7 includes dataflow message 714 that illustrates a second message, including a data object identification response, received via network 506 by execution environment 401 of first node 502 from execution environment 401 of second node 504.

In addition to packaging communication information including a data object identification request into a valid communication, content manager component 409 operating in execution environment 401 of first node 502 may interoperate with communications protocol layer component 407 and/or network stack 405 to receive data in one or more communications via network 506 with another communications agent in another node. A result handler component 406 may receive some or all of the communication in receiving and/or otherwise identifying a data object identification response in the communication. Content manager component 409 in FIG. 4 operatively couples result handler component 406 with network 506, via com-in component 411, communications protocol component 407, and/or network stack 405 to receive the data from the other node. Thus, execution environment 401 of first node 502 may receive a communication, via content manager component 409 and result handler component 406, that includes a data object identification response that is a response to a data object identification request detected by execution environment 401 of second node 504 in a message received previously from the execution environment 401 of first node 502.

Com-in component 411 may provide data received in a communication to content manager component 409. Content handler component 409 may identify a data object identification response in the communication sent from the execution environment 401 of second node 504. Content manager component 409 may interoperate with result handler component 406 in identifying the data object identification response. The data object identification response may be identified by content manager component 409 according to a schema for the communication. For example, a portion of an email message may include a MIME-type identifier that identifies a corresponding part of the email as a data object identification response and/or otherwise identifies the part for routing to a result handler component 406 in communications agent 403 in execution environment 401 of first node 502 for detecting the data object identification response.

Data sent in second message 714, by execution environment 401 of second node 504, may be received by com-in component 411 operating in an instance, adaptation, and/or analog of execution environment 401 including and/or provided by first node 502. The received communication includes a message addressed to the a communicant represented by communications agent 403 in first node 502 and a data object identification response identifying a data object located and/or otherwise identified based on the data object identification request identified by first message 706. Content manager component 409 may detect the user message, such as message portion 802b in second message 714. Content manager component 409 may detect a data object identification response, such as data object identification response portion 804b in second message 714. Message portion 802b and data object identification response portion 804b may be provided to suitable content handler components 413 based on the content types of the message portion and the data object identification response portion detected by content manager component 409. In FIG. 4, data object

32

identification response portion 804b may be provided to result handler component 406 as a content handler that matches the MIME type field 806b illustrated in FIG. 8A.

In an aspect, a data object identification response that is a response to a data object identification request sent in a previous message may include information identifying one or more data objects located and/or otherwise identified by the execution environment 401 of second node 504 that processed the data object identification request. For example, a data object identification response may be sent that identifies a URI for each data object located and/or otherwise identified by a first node in response to processing a corresponding data object identification request.

Returning to FIG. 2A, a block 208 illustrates that the method yet further includes sending, based on the data object identification response, a third message, via the network by the first execution environment, to access the data object. Accordingly, a system for processing a data object identification request in a communication includes means for sending, based on the data object identification response, a third message, via the network by the first execution environment, to access the data object. For example, the arrangement in FIG. 3A, includes access request constructor component 313 that is operable for sending, based on the data object identification response, a third message, via the network by the first execution environment, to access the data object. FIG. 4 illustrates access request constructor component 408 as an adaptation and/or analog of access request constructor component 308 in FIG. 3A. One or more access request constructor components 408 operate in an execution environment 401. The system for processing a data object identification request in a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for sending, based on the data object identification response, a third message, via the network by the first execution environment, to access the data object. In FIG. 4, a access request constructor component 408 is illustrated as a component of result handler component 406.

FIG. 7 includes dataflow message 716 that illustrates a present message that may be internal to execution environment 401 of first node 502 and/or may be a message sent to a remote device, such as a node including a browser, to send presentation information to present, via an output device, a representation of the data object identification response received in second message 714. FIG. 7 also includes dataflow message 718 that illustrates a create access request message that may be a data flow internal to execution environment 401 of first node 502 and/or a message received via network 506 by execution environment 401 of first node 502. In the dataflow message 718 an ARC component 408 operating in execution environment 401 of first node 502 may be invoked to operate based on result information. Result information may be identified to and/or otherwise by ARC component 408 as part of and/or in response to being invoked.

Result handler component 406 may be a type of content handler component 413 that operates to process data representations and may provide transformed data from the representations to one or more user interface element handler components 415. Result content handler component 406 may operate to process data object identification responses according to a schema defining valid data object identification responses. Content manager component 409 may provide and/or otherwise identify various portions of a communication, such as a data object identification response, to

33

one or more content handler components **413**. The data object identification response may be provided to result handler component **404**. In an aspect, result handler component may interoperate with the presentation controller component **417** in the execution environment **401** of first node **502** to present the data received in the data object identification response and/or other data received in the communication.

FIG. **6**B illustrates a response window UI element **602**b as an exemplary user interface that may be presented by communications agent **403** operating in execution environment **401** of first node **502** to present data received in a communication from execution environment **401** of second node **504**. FIG. **6**B illustrates a contactor UI element **604**b, a contactee UI element **606**b, a presentation space **608**b of the response window UI element **602**b. Presentation space **608** includes a user message UI element **610**b, analogous to similar UI elements described with respect to FIG. **6**A. The various UI elements may be presented by one or more UI element handler components **415** in the communications agent **402** in execution environment **401** of first node **502**. A reply UI element **622**b and a reply all UI element **624**b illustrate UI elements in presentation space **608**b presented to allow a user of the execution environment **401** of first node **502** to respond and/or otherwise instruct execution environment **401** of first node **502** to perform an operation based on the message received in the communication. FIG. **6**B illustrates a data object identification requested query UI interface element **626**b where the presented term "None" may be defined to indicate no data object identification request was detected by the content manager component **409** in execution environment **401** of first node **502** in the communication received by execution environment **401** of first node **502** from second node **504** via network **506**.

Response window UI element **602**b in FIG. **6**B includes a data object identification response UI element **628**b for receiving user input to display a representation of one or more data objects located and/or otherwise identified by the execution environment **401** of second node **504** and identified in the data object identification response. One or more of the data objects is not included in the message received in the communication. In response to an input directed to data object identification response UI element **628**b, a corresponding UI element handler **415** may interoperate with result handler component **406** to present a located data resources dialog UI element **630**b that includes a presentation space **632**b for presenting a user detectable representation of some or all of the data objects identified in the received data object identification response from the execution environment **401** of second node **504**. In an aspect, one or more data objects located and/or otherwise identified by execution environment **401** of second node **504** may be included in a communication as attachments. In a further aspect, located and/or otherwise identified data objects not included in the message may be identified as described with respect to located and/or otherwise identified data objects dialog UI element **630**b and/or in any other suitable manner. In yet another aspect, files and/or other data entities identified in the data object identification response may be illustrated in a manner similar to attachments rather than in a separate UI element as in FIG. **6**B, and accessed from first node **504** via network **506** as described below.

FIG. **6**B illustrates an access UI element **634**b and an access all UI element **636**b allowing a user to provide user input(s) to instruct communications agent **403** in execution

34

environment **401** of first node **502** to request one or more data objects identified in the data object identification response.

FIG. **7** includes a dataflow message **720** that illustrates a third message that includes an access request to access a data object identified in the data object identification response received in second message **714**. FIG. **7** illustrates the access request is sent via network **506** by execution environment **401** of first node **502** to execution environment **401** of second node **504**.

In response to receiving second message **714**, execution environment **401** of first node **502** may present, in a manner described above, data received in the message to a user of execution environment **401** of first node **502** as described with respect to FIG. **6**C. Context menu **646**c provides UI elements to allow the user to instruct execution environment **401** of first node **502** to retrieve a data object identified in a data object identification response received from execution environment **401** of second node **504**. In response to a user input corresponding to a context menu item included in context menu **646**c a corresponding UI element handler component **415** may invoke ARC component **408** to construct an access request to retrieve one or more data objects identified in the data object identification response. FIG. **6**G illustrates another exemplary user interface that execution environment **401** of first node **502** may present to the user to allow the user to instruct execution environment **401** of first node **502** to construct and send a request. Auto-response window **602**g may be presented in response to a data object identification response received in a communication without a user message. Rather than a UI element for displaying a user message, a results pane UI element **670**g may be presented that identifies data objects located and/or otherwise identified by execution environment **401** of second node **504** that may be retrieved by execution environment **401** of first node **502**. In an aspect, execution environment **401** of second node **504** may process a data object identification request and automatically send a data object identification response without involving the user of execution environment **401** of second node **504**. The data object identification response may be received without a user message as FIG. **6**G illustrates or may be received with a pre-written and/or automatically generated message. UI elements **672**g-**674**g may be presented by execution environment **401** of first node **502** to allow the user of execution environment **401** of first node **502** to request the retrieval of one or more data objects identified in the data object identification response.

ARC component **408** may be invoked to construct an access request to retrieve one or more data objects identified in the data object identification response. An access request may be based on a URL, such as an HTTP and/or FTP URL that identifies and locates a data object. Alternatively or additionally, an access request may be sent in a communication supported by a communications agent **403**, in a manner analogous to that illustrated with respect to FIG. **9**A. See U.S. patent application Ser. No. 12/833,014 (published US 2012-0011207 A1) filed on 2010 Jul. 9, entitled "Methods, Systems, and Program Products for Processing a Request for a Resource in a Communication" and application Ser. No. 12/833,016 (published US 2012-0011444 A1) filed on 2010 Jul. 9, entitled "METHODS, SYSTEMS, AND PROGRAM PRODUCTS FOR REFERENCING AN ATTACHMENT IN A COMMUNICATION". As described above, content manager component **409** in execution environment **401** of first node **502** may package the one or more data representations including a representation of an access

35

request into a message in a communication. The message is formatted according to a communications protocol supported by communications agent **403** in execution environment **401** of first node **502**. Communications protocol component **407** operating in execution environment **401** of first node **502** may send the message according to the specification(s) of the communications protocol. Content manager component **409** may alternatively or additionally encode and/or otherwise transform one or more of the data representations for sending in a data stream such as voice stream and/or a video stream for communicating in a communication.

Content manager component **409** operating in execution environment **401** included in and/or otherwise provided by execution environment **401** of first node **502** may provide the packaged, encoded, and/or transformed data to communications protocol component **407** via a com-out component **419**. Com-out component **419** as described above operatively couples communications agent **409** to communications protocol component **407** according to an interface provided by communications protocol component **407** for sending data in a communication according to a communications protocol. Communications protocol component **407** may further package and/or otherwise transform the data to send via network stack **405** for delivery via network **506** to execution environment **401** of second node **504**.

Returning to FIG. 2A, a block **210** illustrates that the method yet further includes receiving, via the network by the first execution environment and in response to sending the third message, at least a portion of the data object. Accordingly, a system for processing a data object identification request in a communication includes means for receiving, via the network by the first execution environment and in response to sending the third message, at least a portion of the data object. For example, the arrangement in FIG. 3, includes content director component **310** that is operable for receiving, via the network by the first execution environment and in response to sending the third message, at least a portion of the data object. FIG. 4 illustrates content director component **410** as an adaptation and/or analog of content director component **310** in FIG. 3. One or more content director components **410** operate in an execution environment **401**. The system for content director includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for receiving, via the network by the first execution environment and in response to sending the third message, at least a portion of the data object. In FIG. 4, a content director component **410** is illustrated as a component of communications agent **403**.

FIG. 7 includes dataflow message **722** that illustrates a fourth message that includes an access response received via network **506** by execution environment **401** of first node **502** from execution environment **401** of second node **504**.

As described above, content manager component **409** operating in execution environment **401** of first node **502** may interoperate with communications protocol layer component **407** and/or network stack **405** to receive data in a communication, via network **506**, with another communications agent in another node. Content manager component **409** is operatively coupled, via com-in component **411**, to communications protocol component **407** to receive the data from the other node. Thus, execution environment **401** of first node **502** may receive a message in a communication with first node **504** via a com-in component **411**. The message includes an access response to an access request. Content director component **410** may be included in content

36

manager component **409** to detect one or more portions of a received message, such as a portion that is a response to an access request. Content director component **410** may invoke one or more content handler components **413** to process one or more data objects provided in the message according to their type.

In one aspect, a data object returned in a message in response to access request may be processed as an attachment and/or in a manner analogous to processing of an attachment for a particular communications type.

With reference to FIG. 2B, a block **212** illustrates that the method includes receiving, via a network by a second communications agent representing a second user and operating in a second execution environment, a first message from a first communications agent representing a first user and operating in a first execution environment. Accordingly, a system for processing a data object identification request in a communication includes means for receiving, via a network by a second communications agent representing a second user and operating in a second execution environment, a first message from a first communications agent representing a first user and operating in a first execution environment. For example, the arrangement in FIG. 3B, includes content manager component **309** that is operable for receiving, via a network by a second communications agent representing a second user and operating in a second execution environment, a first message from a first communications agent representing a first user and operating in a first execution environment. FIG. 4 illustrates content manager component **409** as an adaptation and/or analog of content manager component **309** in FIG. 3B. One or more content manager components **409** operate in an execution environment **401**. The system for processing a data object identification request in a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for receiving, via a network by a second communications agent representing a second user and operating in a second execution environment, a first message from a first communications agent representing a first user and operating in a first execution environment. In FIG. 4, a content manager component **409** is illustrated as a component of communications agent **403**.

As described above, FIG. 7 illustrates first message **706**, including a data object identification request, received via network **506** by execution environment **401** of second node **504** from execution environment **401** of first node **502**.

In addition to packaging representations of data in a structure and/or format for sending a message according to a communications protocol, a content manager component **409** may operate to detect a data object identification request received and/or otherwise identified in a message received in a communication. Content manager component **409** operating in execution environment **401** of second node **504** may receive the message, illustrated by first message **706**, in a communication with execution environment **401** of first node **502**. Com-in component **411** in execution environment **401** of second node **504** may receive the message via communication protocol component **407** and network stack **405**. First message **706** may be delivered to execution environment **401** of second node **504** via network **506** based on a communications address of a communicant represented by communications agent **403** in execution environment **401** of second node **504**. A communications agent may represent more than one communicant, which may be identified by different addresses.

US 10,021,052 B1

37                                                                      38

The first message **706** in FIG. **7** may be received in one or more packets via network **506** by network stack **405** and communications protocol component **407** in an instance of and/or analog of execution environment **401** including and/or otherwise provided by execution environment **401** of second node **504**. The data in the communication may be received by com-in component **411**. Com-in component **411** may provide the data to content manager component **409**. Content manager component **409** may determine one or more content types of the data. The content and/or portions of the content may be provided to one or more content type handler components **413** based on the one or more content types identified by content manager component **409**. For example, FIG. **8**A illustrates message portion **812***a* including "text/plain" MIME type identifier **814***a* as a content type identifier. Message portion **812***a* may be provided to a text/plain content handler **413**. Audio data in a voice communication may be provided to an audio content handler component **413**, and video data in a video communication may be provided to a video content handler component **413**.

Returning to FIG. **2**B, a block **214** illustrates that the method further includes detecting, by the second communications agent, a data object identification request included in the first message. Accordingly, a system for processing a data object identification request in a communication includes means for detecting, by the second communications agent, a data object identification request included in the first message. For example, the arrangement in FIG. **3**B, includes query handler component **302** that is operable for detecting, by the second communications agent, a data object identification request included in the first message. FIG. **4** illustrates query handler component **402** as an adaptation and/or analog of query handler component **302** in FIG. **3**B. One or more query handler components **402** operate in an execution environment **401**. The system for processing a data object identification request in a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for detecting, by the second communications agent, a data object identification request included in the first message. In FIG. **4**, query handler component **402** is illustrated as a component of communications agent **403**.

FIG. **7** includes a dataflow message **708** that illustrates a detect data object identification request dataflow that may be internal to execution environment **401** of second node **504** and/or may include interoperation with another node via a network. With respect to FIG. **4**, dataflow message **708** may correspond to a data exchange and/or other interoperation between content handler component **409** and query handler component **402** to detect and/or otherwise process the data object identification request received in first message **706** by execution environment **401** of second node **504**. FIG. **7** further includes a dataflow message **710** that illustrates a search message for locating one or more data objects based on the data object identification request. The data object identification request may include and/or otherwise identify a data object matching criterion identified by data object information identified by the communicant represented by execution environment **401** of first node **502**. The one or more data objects may be located and/or otherwise identified by determining a data object or data objects that match the data object matching criterion. The data object(s) may be in a data store accessible to execution environment **401** of second node **504**, such as one or more files in a file system of execution environment **401** of second node **504**. Dataflow message **710** may be internal to execution environment **401** of second node **504** and/or may be a message sent to a

remote device, such as database server and/or a network attached storage device providing storage locations for some or all of a file system of execution environment **401** of second node **504**.

Com-in component **411** in execution environment **401** of second node **504**, as described above, provides the message, received from execution environment **401** of first node **502**, to content manager component **409**. Content manager component **409** is operatively coupled, via com-in component **411**, to communications protocol component **407** for receiving data in communications with other nodes, such as execution environment **401** of first node **502**. Thus, execution environment **401** of second node **504** may receive a message via a com-in component **411** in a communication with execution environment **401** of first node **502**. The message may include a data object identification request based on data object information identified by a user to communications agent **403** in execution environment **401** of first node **502**.

Data received in a communication, which may for example include a voice session and/or an instant message, may include data of various content types. In FIG. **4**, communications agent **403** in execution environment **401** of second node **504** includes one or more content handler components **413** to process data received according to its content type. Content manager component **409** may detect and/or otherwise identify a portion of the message as the data object identification request sent from execution environment **401** of first node **502**. The data object identification request may be identified by content manager component **409** according to a schema for the message and/or a schema for the data object identification request. For example, a portion of the message may include a MIME-type identifier that identifies the portion as a data object identification request and/or otherwise identifies the portion for routing to a query handler component **402** operating in and/or otherwise on behalf of execution environment **401** of second node **504**. Alternatively or additionally, the data object identification request may have structure and/or content that is valid and identifiable according to a schema for defining and/or otherwise identifying valid data object identification requests. A query handler component, may be provided as a type of content handler component, in an aspect. Alternatively or additionally, a query handler component may interoperate with one or more content handler components to detect a data object identification request in a message received by a content manager component.

As such, query handler component **402** may operate along with other content handler components **413** to process data representations received in the message **706** from execution environment **401** of first node **502**. Query handler component **402** may also provide transformed data from the representations to one or more user interface element handler components **415**. Query handler component **402** operates to validate and process data object identification requests according to a schema defining valid data object identification requests. Various portions of a message including a data object identification request may be provided to one or more content handler components **413**, including query handler component **402**, to interoperate with presentation controller component **417** in execution environment **401** of second node **504** to present some or all of the received message, including the data object identification request.

FIG. **6**D illustrates a window, request window UI element **602***d*, presenting an exemplary representation of a message received from execution environment **401** of first node **502**

**39**

in a communication with second node **504**. As in FIG. **6A**, request window UI element **602***d* includes a contactor UI element **604***d*, a contactee UI element **606***d*, a presentation space **608***d* of the request window UI element **602***d* that includes a user message UI element **610***d* including a text portion of the message provided by the communicant represented by execution environment **401** of first node **502**. The various UI elements may be presented by one or more UI element handler components **415** in communications agent **403** operating in execution environment **401** of second node **504**. A reply UI element **648***d* and a reply all UI element **648***d* are illustrated as exemplary UI elements in presentation space **608***d* presented to allow a user of execution environment **401** of second node **504** to respond and/or otherwise perform an operation based on the received message. FIG. **6D** illustrates a data object identification request UI interface element **652***d* where the data object identification request identified in the message from execution environment **401** of first node **502** is represented to the communicant represented by the execution environment **401** of second node **504**. In an aspect, the communicant is allowed to authorize the request by providing an input corresponding to a search and reply UI element **654***d*. In another aspect, the communicant may be allowed to modify the received data object identification request.

FIG. **6E**, illustrates a reply window UI element **602***e* that, in an aspect, may be presented by communications agent **403** in execution environment **401** of second node **504** in response to an user input corresponding to reply UI element **648***d* detected by a corresponding UI element handler component **415**. In an aspect, a user of communications agent **403** operating in execution environment **401** of second node **504** may provide input authorizing some or all of the processing of a data object identification request. Reply window UI element **602***e* in FIG. **6E** includes a search UI element **656***e* for receiving user input authorizing and/or otherwise instructing execution environment **401** of second node **504** to locate data objects that match the data object identification request, illustrated in a data object identification requested UI element **658***e*.

As described herein in an aspect, content manager component **409** may detect content type information to detect a data object identification request in a communication. For example, the message portion illustrated in FIG. **8A** may be received in first message **706**. Content manager component **409** may detect "application/id-request" MIME type identifier in content-type header **804***a*. The "application/id-request" MIME type identifier may be defined to identify a data object identification request based on one or more matching criteria for identifying a requested data object. Content manager component **409** may identify data object identification request portion **802***a* as including the data object identification request.

In response to detecting a data object identification request in first message **706**, content manager component **409** may provide some or all of the data object identification request to query handler component **402**. For example, query handler component **402** may be configured to operate according to a schema defining a format and/or a vocabulary for an XML-based language for id-request documents. Content manager component **409** may provide id-request document **806***a*, as a data object identification request, to query handler component **402**. Query handler component **402** may operate according to the id-request schema. In an aspect, a query handler component may process more than one data object identification request content type. Alternatively or additionally, execution environment **401** may include mul-

**40**

tiple query handler components **402** for supporting multiple data object identification request content types.

Returning to FIG. **2B**, a block **216** illustrates that the method yet further includes generating, in response to detecting the data object identification request, a data object identification response that identifies a data object in a second data store in the second execution environment, wherein the data object is identified by processing the data object identification request. Accordingly, a system for processing a data object identification request in a communication includes means for generating, in response to detecting the data object identification request, a data object identification response that identifies a data object in a second data store in the second execution environment, wherein the data object is identified by processing the data object identification request. For example, the arrangement in FIG. **3B**, includes query director component **312** that is operable for generating, in response to detecting the data object identification request, a data object identification response that identifies a data object in a second data store in the second execution environment, wherein the data object is identified by processing the data object identification request. FIG. **4** illustrates query director component **412** as an adaptation and/or analog of query director component **312** in FIG. **3B**. One or more query director components **412** operate in an execution environment **401**. The system for query director includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for generating, in response to detecting the data object identification request, a data object identification response that identifies a data object in a second data store in the second execution environment, wherein the data object is identified by processing the data object identification request. In FIG. **4**, a query director component **412** is illustrated as a component of application **403**.

FIG. **7** includes dataflow message **712** that illustrates a create data object identification response data flow to process results returned from search dataflow **710**. In FIG. **4**, dataflow message **712** in FIG. **7** may represent data exchanged between query handler component **402** and query director component **412** to process results returned from a search operation performed based on the data object identification request, as illustrated by dataflow message **710**. Processing the results may include creating and/or otherwise constructing a data object identification response to the data object identification request identified in first message **706**. Dataflow message **712** may be internal to execution environment **401** of second node **504** and/or may include interoperation by execution environment **401** of second node **504** via a network with another node.

FIG. **6F**, illustrates an identify in response dialog UI element **660***f* that, in an aspect, may be presented by communications agent **403** in execution environment **401** of second node **504** in response to processing the data object identification request to locate matching data objects. In an aspect, a user of communications agent **403** operating in execution environment **401** of second node **504** may provide input corresponding to search UI element **656***e* in reply window UI element **602***e* in FIG. **6E**. A corresponding UI element handler component **415** may operate to invoke query director component **412** to perform and/or otherwise to provide for performing one or more operations to locate one or more data objects based on the data object identification request. Query director component **412** may interoperate with one or more UI element handlers **415**, directly or indirectly via query handler component **402**, in an aspect, to

41                                                                          42

present the UI element **660***f* and its contents. Identify in response dialog UI element **660***f* includes results pane UI element **662***f* including representations of two data objects located and/or otherwise identified by query director component **412** based on the data object identification request. A user may select one or more data objects to identify in a data object identification response. An include UI element **664***f* may be presented, as illustrated, to allow a user to instruct communications agent **403** to identify one or more selected data objects in results pane UI element **662***f* in a data object identification response. An include all UI element **666***f* is illustrated to allow for user input instructing communications agent **403** to identify all data objects represented in the UI element **660***f* in a data object identification response in a communication with execution environment **401** of first node **502**. A cancel UI element **668***f* allows a user to end presentation of dialog UI element **660***f*. A user may opt to identify no data objects represented in the dialog UI element **660***f* and located and/or otherwise identified by query director component **412** based on the data object identification request.

Data objects located and/or otherwise identified by query director component **412** may be identified by IRB component **414** to construct and/or otherwise create a data object identification response identifying the data objects. As described above, in an aspect, a user may be allowed to select which data objects, if any, are to be identified in a data object identification response from one or more data objects located and/or otherwise identified by query director component **412** based on the data object identification response. In another aspect, communications agent **403** in FIG. **4** may invoke query director component **412** automatically to locate one or more data objects based on a data object matching criterion identified in a data object identification request and in response to detecting a data object identification request in a communication. In another aspect, communications agent **403** may invoke query director component **412** automatically to locate one or more data objects based on a data object identification request in a communication in response to detecting an indication to present, via a output device, some or all of a user message received in a message in the communication. Query director component **412** may be invoked and/or may operate based on the data object identification request and/or data object matching criterion identified to locate a data object prior to, during, and/or after other content received in the communication is processed.

The method illustrated in FIG. **2**B may include additional aspects supported by various adaptations and/or analogs of the arrangement of components in FIG. **4**. As described above, in one aspect a data object may be located and/or otherwise identified automatically in response to detecting the data object identification request. In another aspect, locating a data object may include presenting a locator UI element representing a data object identification request. Search UI element **656***e* in FIG. **6**E exemplifies one type of locator UI control. Search UI element **656***e* may be presented by presentation controller component **417** as described above. A user input corresponding to a search UI element, such as search UI element **656***e*, may be detected by presentation controller component **417**. Presentation controller component **417** may instruct query director component **412** to locate the data object based on a data object identification request represented by the data object identification request UI element **658***e*.

In another aspect, a data object identification request UI element may be presented to receive one or more additional matching criteria from a user. Based on the data object identification request UI element and input from the user, query director component **412** may receive one or more additional data object matching criterion information and/or may receive input to modify a data object matching criterion identified in a received data object identification request. Query director component **412** may locate one or more data objects in response to receiving the additional criterion.

Returning to FIG. **2**B, a block **218** illustrates that the method yet further includes sending a second message, via the network by the second communications agent to the first communications agent, that includes the data object identification response, wherein the second message does not include the data object. Accordingly, a system for processing a data object identification request in a communication includes means for sending a second message, via the network by the second communications agent to the first communications agent, that includes the data object identification response, wherein the second message does not include the data object. For example, the arrangement in FIG. **3**B, includes identification response builder component **314** that is operable for sending a second message, via the network by the second communications agent to the first communications agent, that includes the data object identification response, wherein the second message does not include the data object. FIG. **4** illustrates identification response builder component **414** as an adaptation and/or analog of identification response builder component **314** in FIG. **3**B. One or more identification response builder components **414** operate in an execution environment **401**. The system for processing a data object identification request in a communication includes one or more processors and logic encoded in one or more tangible media for execution by the one or more processors that when executed is operable for sending a second message, via the network by the second communications agent to the first communications agent, that includes the data object identification response, wherein the second message does not include the data object. In FIG. **4**, a identification response builder component **414** is illustrated as a component of application **403**.

As described above, FIG. **7** includes second message dataflow message **714** illustrating second message sent via network **506** to execution environment **401** of first node **502** from execution environment **401** of second node **504**. Second message **714** includes a data object identification response in response to the data object identification request from first node **502** received and/or otherwise identified in first message **706**.

IRB component **414** may provide the data object identification response to content manager component **409** to include in a message, illustrated by second message **714**. As described above, content manager component **409** may receive and/or otherwise identify various portions of a message, including a data object identification response, from one or more content handler components **413**. The data object identification response may be provided to content manager component **409**. As described above, content manager component **409** in execution environment **401** of second node **504** may package the one or more data representations including a representation of the data object identification response into the message formatted according to a suitable communications protocol. Communications protocol component **407** operating in execution environment **401** of second node **504** may send the data as a message in a communication with execution environment **401** of first node **502** according to the specification(s) of the communications protocol. Content manager component **409** may

US 10,021,052 B1

43                                                     44

alternatively or additionally encode and/or otherwise transform one or more of the data representations for sending in a data stream such as voice stream and/or a video stream for communicating in the communication to the communications agent.

FIG. 8B illustrates an exemplary data object identification response described in detail above. Second message portion 802b illustrates a user message portion that may be included in second message 714. Note that a user message portion may be empty or absent in some aspects. Data object identification response portion 804b illustrates the data object identification response as a list of URIs identifying data objects in a file system of execution environment 401 of second node 504. User Message portion 802b and data object identification response portion 804b may be provided by respective content handler components 413 to content manager component 409. Content manager component 409 may construct the content as illustrated in FIG. 8B and/or otherwise provide for encoding, translating, combining, and/or otherwise preparing the content for sending in second message 714.

The methods illustrated in FIG. 2A-B may include additional aspects supported by various adaptations and/or analogs of the arrangement of components in FIG. 3A-B. In various aspects, a data object identification request may be based on a date, a time, a length of time, a file type, a database record key, content of the data object, a content type identifier, a format rule, a vocabulary, a role of a user, a security attribute, a location in a data store such as a file system, an attribute of an identified data object, a size, a task, a transaction, a state, a user, a group, a requester, a relationship including a requesting user and a responding user, a keyword, a tag, a folder, and/or a path portion of a data object identifier—to name a few examples.

In another aspect, a data object located and/or otherwise identified in response to receiving a data object identification request must meet match a query identified by the data object identification request. Alternatively or additionally, a data object identification request may include an instruction and/or input for generating a data object. Locating the data object may include generating the data object. Generating a data object may include creating the data object and/or may include modifying and/or otherwise transforming an existing data object. For example, execution environment 401 of second node 504 may include a template stored in a file system. A data object identification request may identify the template. A query handler component 402 may operate to identify a document or other data object that may be created, is being created, and/or has been created based on the template. In response to an access request, execution environment 401 of second node 504 may return the document.

As described above, in various aspects, a data object identification request may be detected and/or represented based on various syntaxes, grammars, vocabularies, and/or languages. For example, a data object identification request may be identified and/or represented according to a file system search syntax, a regular expression language, a structured query language (SQL) query, a universal data object identifier schema, an XPATH based language, an XQuery based language, an XML based language, an HTML based language (form-based), and/or a keyword-value pair based language.

A data object identification request in a communication may be communicated via a network according to a first communications protocol. A user message may be exchanged between communicants in the communication via a second communications protocol. For example, a data

object identification request may be sent on behalf of a first communicant by execution environment 401 of first node 502 including a communications agent 403 representing the first communicant. The data object identification request may be included in a communication along with a text message sent to the execution environment 401 of second node 504. The communicants represented by the execution environment 401 of first node 502 and the execution environment 401 of second node 504 may communicate via one or more exchanges of audio exchanged via, for example, a voice over IP (VoIP) communications protocol.

Exemplary data objects that may be requested via a data object identification request include a file, a program component, a data base record, video data, audio data, markup language, binary data, text data, an output of a service. Requested data objects may be pre-existing, volatile, and/or generated in response to the request.

As described above, receiving data object information may include receiving, via network from a node that received the data object information from the user, a message that identifies the data object information. For example, data object information may be received from a browser by a web server.

Data object information and/or a data object identification request may be generated, detected, and/or otherwise processed according to a schema that identifies at least one of a rule and a vocabulary that defines a valid data object identification request. Similarly, a data object identification response, an access request, and a response to an access request may be generated, detected, and/or otherwise processed according to a schema. One or more schemas may alone or together define one or more of valid data object information, a data object identification request, data object identification response, an access request, and/or an access response. A schema, as just described, may be identified based on data received and/or otherwise identified by a node hosting a communications agent via the network from another node hosting a communications agent and/or from a path node included in a network path in the network communicatively coupling the node to one or more nodes that respectively host communications agents.

In a further aspect, multiple alternative schemas may be defined for each of data object information, data object identification requests, data object identification responses, access requests, an/or an access responses processing data object identification requests. A schema may be selected and/or otherwise identified from the multiple schemas by execution environment 401 of first node 502 and the execution environment 401 of second node 504 and/or based on information exchanged by the two nodes. For example, a schema may be selected by the first communicant and/or the second communicant. One may inform the other, via a communications protocol and/or via any other suitable means. The communicants may negotiate which schema to use via any suitable means.

The communications agents in execution environment 401 of second node 504 and execution environment 401 of first node 502 may select a schema For example, a schema may be identified and/or otherwise selected based on a communications protocol supported and/or a communications protocol not supported by one or both nodes. That is, in negotiating which communication protocol to use allowing communicants to exchange information, a schema may be identified. A schema may be identified and/or otherwise selected based on an attribute of the data object. A schema for identifying image data may be different than a schema for editable documents. A schema for identifying a data

US 10,021,052 B1

**45**

object in a first file system may be different than a schema for identifying a data object in a different file system.

As described above, data object information and/or a data object identification request may identify a scope that specifies all or some portion of one or more data stores for locating a data object. For example, A communications agent **403** in execution environment **401** of first node **502** may receive user input that identifies a folder in a file system of the execution environment **401** of second node **504** that defines a scope for locating a data object.

Data object information and/or a data object identification request may be represented in a representation that includes a complete or a portion of at least one of a keyword expression, a regular expression, an XQuery expression, an XPath expression, a file system path expression, and a structured query language statement.

Further as also described above, a data object identification request, a data object identification response, an access request, an/or an access response may be included in a message according to a schema that identifies the message as valid for a specified communications protocol. Those skilled in the art are aware that schemas for email differ from schemas for instant messages and from streamed audio, for example.

A data object identification request, a data object identification response, an access request, and/or an access response may be exchanged in a communication in which audio data and/or image data is also exchanged. Multimedia may be a packaged to include one or more data streams which may include text based data streams.

A data object identification request, a data object identification response, an access request, and/or an access response may be included in an email, an instant message, a multi-media message, a short-message service message, and/or a data stream. The data stream may include audio data, image data, and/or text data.

A data object identification request, a data object identification response, an access request, an/or an access response may be included in and/or detected in a communication based on a location in the communication and/or based on a marker, such as an identifier in the communication that identifies a location for the data object identification request, the data object identification response, the access request, and/or the access response. The location may be absolute, such as fixed number of bytes or fields from the start or end of a message. Alternatively or additionally, the location may be identified by a location relative to another detectable portion of the communication. FIGS. **8A-B** illustrate the use of MIME type identifiers as markers that identify locations for one or more of a data object identification request, a data object identification response, an access request, an/or an access response in a communication.

A data object identification request, a data object identification response, an access request, an/or an access response or respective portions thereof may include at least a portion of a keyword expression, a regular expression, expression including a Boolean operator, an expression including a precedence information, and a structured query language statement.

With respect to the method illustrated in FIG. **2B**, the method as described above may include locating and/or otherwise identifying a data object automatically in response to receiving an access request that matches and/or otherwise identifies the data object. Further, a data object identification

**46**

response may be created and/or otherwise generated automatically, in response to locating and/or otherwise identifying the data object.

In an aspect, in response to receiving and/or otherwise detecting a data object identification request, a user interface may be presented based on the data object identification request to prompt a user to process the data object identification request in some manner, such as authorizing the request and/or modifying the request by restricting its scope. In response to detecting user input targeting and/or otherwise corresponding to the presented user interface, one or more data objects may be located and/or otherwise identified based on the data object identification request.

A user may change a received data object identification request. One or more data objects may be located and/or otherwise identified based on the changed data object identification request.

In a further aspect, once one or more data objects are located and/or otherwise identified based on a data object identification request, a user interface may be presented to allow a user to identify the one or more data objects. User information may be received that selects one or more data objects to identify in a data object identification response and/or to not identify in the data object identification response. A user, in an aspect, may be allowed to identify a data object not located and/or otherwise identified by the user's node. The data object, based on the user input, is identified in the data object identification response.

In light of the description provided above, a data object identification response may be generated automatically in response to detecting a corresponding data object identification request by an execution environment **401** of first node **502**. Further, the automatically generated data object identification response, may be sent to the node that sent the corresponding data object identification request, automatically in response to the generating of the data object identification response.

With respect to the method illustrated in FIG. **2A**, the third message may be sent automatically in response to detecting the data object identification response. In another aspect, a representation of a received data object identification response may be presented, via an output device, to a user. The representation may identify one or more data objects located and/or otherwise identified based on the data object identification request. The representation may be presented automatically, in response to detecting the data object identification response. Further, a user input may be detected that corresponds to and/or otherwise targets the representation. The user input may be processed as an indication to retrieve the data object. As a result an access request may be created or otherwise generated that identifies the data object. The access request may be sent in a message via the network to retrieve the data object. The message may be sent to a node that sent the data object identification response and/or to another node. The third message may be sent by the communications agent in the execution environment **401** of first node **502** to the communications agent in the execution environment **401** of second node **504** via a communications protocol. The third message sent via the communication protocol may include a communications address, in an address space of the communications protocol, that identifies a user represented by the communications agent in the execution environment **401** of second node **504**. The third message may include a data object identification request, a data object identification response, and/or a data object sent in response to previously receiving an access response by the execution environment **401** of first node

US 10,021,052 B1

47

**502**. The third message may include an access request that identifies the data object. The access request may include a universal data object identifier (URI) that identifies the data object.

With respect to the method illustrated in FIG. **2B**, in response to receiving an access request, a data object identified in the request may be sent. The data object may be sent automatically, in response to receiving the access request. The data object may be sent as attachment in a communication. The data object may be sent by a communications agent in the execution environment **401** of second node **504** to a communications agent in the execution environment **401** of first node **502** via a communications protocol. The data object may be sent via a communication that includes a communications address, in an address space of the communications protocol, that identifies the first communicant represented by the execution environment **401** of first node **502**. The communication that includes the data object may include a data object identification request, a data object identification response, and/or an access request sent in response to a data object identification response sent previously by the first node.

The methods illustrated in FIGS. **2A**-B may yet further include additional aspects supported by various adaptations and/or analogs of the arrangement of components in FIGS. **3A**-B, respectively.

Performing the method illustrated in FIG. **2A** and/or the method illustrated in FIG. **2B** and/or any of its extension and/or in any of its aspects may include one or more of calling a function or method of an object, sending a message via a network; sending a message via an inter-process communication mechanism such as a pipe, a semaphore, a shared data area, and/or a queue; and/or receiving a request such as poll and responding to invoke, and sending an asynchronous message.

Output devices suitable for presenting a representation of a data object and/or a tag include a visual output device, an audio output device, and a tactile output device. One output device may present a data object and another output device may present a tag with which the data object is tagged.

Any action included in performing the method illustrated in FIG. **2A** as well as any action included in performing the method illustrated in FIG. **2B** may include sending and/or receiving a message via a network. Further, a message, included in performing any of the subject matter described herein and/or any of its extensions in any of its aspects, may an asynchronous message without a corresponding request.

To the accomplishment of the foregoing and related ends, the descriptions and annexed drawings set forth certain illustrative aspects and implementations of the disclosure. These are indicative of but a few of the various ways in which one or more aspects of the disclosure may be employed. The other aspects, advantages, and novel features of the disclosure will become apparent from the detailed description included herein when considered in conjunction with the annexed drawings.

It should be understood that the various components illustrated in the various block diagrams represent logical components that are configured to perform the functionality described herein and may be implemented in software, hardware, or a combination of the two. Moreover, some or all of these logical components may be combined, some may be omitted altogether, and additional components may be added while still achieving the functionality described herein. Thus, the subject matter described herein may be

48

embodied in many different variations, and all such variations are contemplated to be within the scope of what is claimed.

To facilitate an understanding of the subject matter described above, many aspects are described in terms of sequences of actions that may be performed by elements of a computer system. For example, it will be recognized that the various actions may be performed by specialized circuits or circuitry (e.g., discrete logic gates interconnected to perform a specialized function), by program instructions being executed by one or more processors, or by a combination of both. The description herein of any sequence of actions is not intended to imply that the specific order described for performing that sequence must be followed.

Moreover, the methods described herein may be embodied in executable instructions stored in a non-transitory computer readable medium for use by or in connection with an instruction execution machine, system, apparatus, or device, such as a computer-based or processor-containing machine, system, apparatus, or device. As used here, a "non-transitory computer readable medium" may include one or more of any suitable media for storing the executable instructions of a computer program in one or more forms including an electronic, magnetic, optical, and electromagnetic form, such that the instruction execution machine, system, apparatus, or device may read (or fetch) the instructions from the non-transitory computer readable medium and execute the instructions for carrying out the described methods. A non-exhaustive list of conventional exemplary non-transitory computer readable media includes a portable computer diskette; a random access memory (RAM); a read only memory (ROM); an erasable programmable read only memory (EPROM or Flash memory); optical storage devices, including a portable compact disc (CD), a portable digital video disc (DVD), a high definition DVD (HD-DVD™), and a Blu-Ray™ disc; and the like

Thus, the subject matter described herein may be embodied in many different forms, and all such forms are contemplated to be within the scope of what is claimed. It will be understood that various details may be changed without departing from the scope of the claimed subject matter. Furthermore, the foregoing description is for the purpose of illustration only, and not for the purpose of limitation, as the scope of protection sought is defined by the claims as set forth hereinafter together with any equivalents.

Thus, the subject matter described herein may be embodied in many different forms, and all such forms are contemplated to be within the scope of what is claimed. It will be understood that various details may be changed without departing from the scope of the claimed subject matter. Furthermore, the foregoing description is for the purpose of illustration only, and not for the purpose of limitation, as the scope of protection sought is defined by the claims as set forth hereinafter together with any equivalents.

All methods described herein may be performed in any order unless otherwise indicated herein explicitly or by context. The use of the terms "a" and "an" and "the" and similar referents in the context of the foregoing description and in the context of the following claims are to be construed to include the singular and the plural, unless otherwise indicated herein explicitly or clearly contradicted by context. The foregoing description is not to be interpreted as indicating that any non-claimed element is essential to the practice of the subject matter as claimed.

49

50

I claim:

**1**. A computer-implemented method, comprising:

displaying, at a first node, at least one first interface with a first user interface element and a second user interface element, utilizing first hypertext markup language-equipped code that is received via at least one network, the at least one first interface for use in creating a file request requesting at least one file;

receiving, utilizing the at least one first interface at the first node, a file description via the first user interface element that includes a textbox, the file description describing the at least one file to be requested in connection with the file request;

sending, from the first node via the at least one network, the file description describing the at least one file to be requested in connection with the file request;

receiving, utilizing the at least one first interface at the first node, an indication of at least one of a date or a time via the second user interface element, the file request being based on the at least one of the date or the time;

sending, from the first node via the at least one network, the indication of the at least one of the date or the time on which the file request is based;

displaying, at the first node, at least one second interface with a third user interface element and a fourth user interface element, utilizing second hypertext markup language-equipped code that is received via the at least one network, the at least one second interface for use in causing the file request to be sent;

receiving, utilizing the at least one second interface at the first node, indicia associated with at least one email address via the third user interface element, the at least one email address for being used to send the file request;

sending, from the first node via the at least one network, the indicia associated with the at least one email address for being used to send the file request;

detecting, at the first node, a selection of the fourth user interface element, where the detection of the selection of the fourth user interface element indicates that the file request is to be caused to be sent;

sending, from the first node via the at least one network, an indication of the selection of the fourth user interface element for causing the file request to be sent;

after sending the indication of the selection of the fourth user interface element and based on the file description, the indication of the at least one of the date or the time, and the indicia associated with the at least one email address; receiving, at a second node via the at least one network, a first message addressed to the at least one email address and including the file request, the first message indicating the at least one of the date or the time on which the file request is based, and further including a fifth user interface element and at least one sentence including the file description describing the at least one file that is requested in connection with the file request;

detecting, at the second node, a selection of the fifth user interface element of the first message, where the detection of the selection of the fifth user interface element indicates that the at least one file is to be uploaded to satisfy the file request at least in part;

sending, from the second node via the at least one network, an indication of the selection of the fifth user

interface element of the first message for indicating that the at least one file is to be uploaded to satisfy the file request at least in part;

after sending the indication of the selection of the fifth user interface element, displaying, at the second node, at least one third interface with a sixth user interface element and a seventh user interface element, utilizing third hypertext markup language-equipped code that is received via at least one network, the at least one third interface for use in uploading the at least one file to satisfy the file request at least in part;

receiving, utilizing the at least one third interface at the second node, a selection of the at least one file utilizing the sixth user interface element;

sending, from the second node via the at least one network, an indication of the at least one file for being used to upload the at least one file to satisfy the file request at least in part;

detecting, utilizing the at least one third interface at the second node, a selection of the seventh user interface element, where the detection of the selection of the seventh user interface element indicates that the at least one file is to be caused to be uploaded;

sending, from the second node via the at least one network, an indication of the selection of the seventh user interface element for causing the at least one file to be uploaded;

after sending the indication of the selection of the seventh user interface element, receiving, at the first node, a second message that includes an eighth user interface element, and that does not include a file attachment with the second message, the second message indicating that the file request has been satisfied at least in part;

detecting, at the first node, a selection of the eighth user interface element of the second message;

sending, from the first node via the at least one network, an indication of the selection of the eighth user interface element of the second message;

after sending the indication of a selection of the eighth user interface element of the second message, displaying, at the first node, at least one fourth interface with a reference to the at least one file for use in providing access to the at least one file;

detecting, utilizing the at least one fourth interface at the first node, a selection of the reference to the at least one file, where the detection of the selection of the reference indicates that access to the at least one file is requested; and

providing access, at the first node, to the at least one file, utilizing the reference.

**2**. The method of claim **1**, wherein the at least one first interface and the at least one second interface are separate windows displayed utilizing a single web page.

**3**. The method of claim **1**, wherein the first message is received utilizing a simple mail transfer protocol (SMTP) and the second message is received utilizing a hypertext transfer protocol (HTTP).

**4**. The method of claim **1**, wherein the first message and the second message are both received utilizing a simple mail transfer protocol (SMTP).

**5**. The method of claim **1**, wherein the second message is at least partially pre-written and is automatically generated without user involvement after the indication of the selection of the seventh user interface element is sent.

**6**. The method of claim **1**, wherein the at least one of the date or the time of the indication of the at least one of the

US 10,021,052 B1

51

date or the time is a criterion, and access is provided to the at least one file based on whether the criterion is met.

**7**. The method of claim **1**, wherein the file description is capable of being received in response to a first single user input, and the indication of the at least one of the date or the time is capable of being received in response to a second single user input that immediately follows the first single user input.

**8**. The method of claim **1**, wherein the second message does not include the file attachment, for avoiding the at least one file from having to be communicated to and stored at the first node until the communication and the storage is initiated by a user of the first node.

**9**. The method of claim **1**, wherein a first user of the first node is capable of requesting the at least one file and accessing the at least one file, by permitting a second user of the second node to store the at least one file on at least one server that is accessible by the first user of the first node, without requiring the at least one file to be communicated from the second node to the first node as a message attachment, and further wherein the at least one file is to be uploaded to completely satisfy the file request.

**10**. An apparatus, comprising:

a first node configured to:

  display, at the first node, a first user interface element, a second user interface element, and a third user interface element, the first user interface element, the second user interface element, and the third user interface element for use in creating a file request requesting one or more desired files;

  receive, at the first node, text associated with one or more desired files via the first user interface element that includes a textbox, the text describing the one or more desired files in connection with the file request;

  send, from the first node via at least one network, the text associated with the one or more desired files describing the one or more desired files in connection with the file request;

  receive, at the first node, an object associated with at least one email address via the second user interface element, the at least one email address for being used to send the file request;

  send, from the first node via the at least one network, the object associated with the at least one email address for being used to send the file request;

  detect, at the first node, a selection of the third user interface element, where the detection of the selection of the third user interface element indicates that the file request is to be caused to be sent; and

  send, from the first node via the at least one network, a message associated with the selection of the third user interface element for causing the file request to be sent;

said first node further configured to communicate with a second node that is configured to:

  after the message associated with the selection of the third user interface element is sent and based on the object associated with the at least one email address; receive, at the second node via the at least one network, a first message addressed to the at least one email address and including the file request, the first message including a fourth user interface element and at least one sentence including the text associated with the one or more desired files describing the one or more desired files in connection with the file request;

52

detect, at the second node, a selection of the fourth user interface element of the first message, where the detection of the selection of the fourth user interface element indicates that at least one file is to be uploaded to address the file request;

send, from the second node via the at least one network, a message associated with the selection of the fourth user interface element of the first message for indicating that the at least one file is to be uploaded to address the file request;

after the message associated with the selection of the fourth user interface element is sent, display, at the second node, a fifth user interface element and a sixth user interface element, at least the sixth user interface element for use in uploading the at least one file to address the file request;

detect, at the second node, a selection of at least one file;

send, from the second node via the at least one network, a message associated with the at least one file for being used to upload the at least one file to address the file request;

detect, at the second node, a selection of the sixth user interface element, where the detection of the selection of the sixth user interface element indicates that the at least one file is to be caused to be uploaded; and

send, from the second node via the at least one network, a message associated with the selection of the sixth user interface element for causing the at least one file to be uploaded;

said first node further configured to:

  after the message associated with the selection of the sixth user interface element is sent, receive, at the first node, a second message that includes a seventh user interface element, and that does not include a file attachment with the second message, the second message indicating that the file request has been addressed;

  detect, at the first node, a selection of the seventh user interface element of the second message;

  send, from the first node via the at least one network, a message associated with the selection of the seventh user interface element of the second message;

  after the message associated with the selection of the seventh user interface element of the second message is sent, display, at the first node, an eighth user interface element associated with a reference to the at least one file for use in providing access to the at least one file; and

  provide access, at the first node, to the at least one file utilizing the reference.

**11**. The apparatus of claim **10**, wherein the first node is configured such that:

the first message and the second message are emails;

the object is the at least one email address or an alias associated with the at least one email address;

the second message is at least partially pre-written and is automatically generated without user involvement after the message associated with the selection of the sixth user interface element is sent;

the at least one file is conditionally shared based on whether a date-related criterion or a time-related criterion is met;

the second message does not include the file attachment, for avoiding the at least one file from being communicated to and stored at the first node until the com-

US 10,021,052 B1

53

munication of the at least one file is initiated by a first user of the first node via at least one server that stores the at least one file.

12. An apparatus, comprising:

at least one non-transitory memory storing instructions; and

one or more processors in communication with the at least one non-transitory memory, wherein the one or more processors execute the instructions to:

cause, at a first node, display of at least one first interface with a first user interface element and a second user interface element, utilizing first hypertext markup language-equipped code that is sent via at least one network, the at least one first interface for use in creating a file request requesting at least one file;

receive, from the first node via the at least one network, a file description via the first user interface element that includes a textbox, utilizing the at least one first interface, the file description describing the at least one file in connection with the file request;

receive, from the first node via the at least one network, an indication of at least one of a date or a time via the second user interface element, utilizing the at least one first interface, the file request being based on the at least one of the date or the time;

cause, at the first node, display of at least one second interface with a third user interface element and a fourth user interface element, utilizing second hypertext markup language-equipped code that is sent via the at least one network, the at least one second interface for use in causing the file request to be sent;

receive, from the first node via the at least one network, indicia associated with at least one email address via the third user interface element, utilizing the at least one second interface, the at least one email address for being used to send the file request;

receive, from the first node via the at least one network, an indication of a selection of the fourth user interface element, utilizing the at least one second interface, where the receipt of the indication of the selection of the fourth user interface element indicates that the file request is to be caused to be sent;

in response to the receipt of the indication of the selection of the fourth user interface element and based on the file description, the indication of the at least one of the date or the time, and the indicia associated with the at least one email address; generate a first message addressed to the at least one email address and including the file request, the first message indicating the at least one of the date or the time on which the file request is based, and further including a fifth user interface element and at least one sentence including the file description describing the at least one file in connection with the file request;

send, to a second node via the at least one network, the first message;

receive, from the second node via the at least one network, an indication of a selection of the fifth user interface element of the first message, where the receipt of the indication of the selection of the fifth user interface element indicates that the at least one file is to be uploaded in response to the file request;

in response to the receipt of the indication of the selection of the fifth user interface element, cause, at the second node, display of at least one third inter-

54

face with a sixth user interface element and a seventh user interface element, utilizing third hypertext markup language-equipped code that is sent via at least one network, the at least one third interface for use in uploading the at least one file in response to the file request;

receive, from the second node via the at least one network, an indication of a selection the at least one file utilizing the sixth user interface element, utilizing the at least one third interface;

receive, from the second node via the at least one network, an indication of a selection of the seventh user interface element, utilizing the at least one third interface, where the receipt of the indication of the selection of the seventh user interface element indicates that the at least one file is to be caused to be uploaded;

in response to the receipt of the indication of the selection of the seventh user interface element, generate a second message that includes an eighth user interface element, and that does not include a file attachment with the second message, the second message indicating that the file request has been responded to;

send, to the first node via the at least one network, the second message;

receive, from the first node via the at least one network, an indication of a selection of the eighth user interface element of the second message;

in response to the receipt of the indication of the selection of the eighth user interface element of the second message, cause, at the first node, display of at least one fourth message with a reference to the at least one file for allowing access to the at least one file at the first node.

13. The apparatus of claim 12, wherein the apparatus is configured such that the indicia associated with the at least one email address includes an alias associated with the at least one email address.

14. The apparatus of claim 12, wherein the apparatus is configured such that the indicia associated with the at least one email address includes the at least one email address.

15. The apparatus of claim 12, wherein the apparatus is configured such that the at least one first interface and the at least one second interface are displayed utilizing a single web page.

16. The apparatus of claim 12, wherein the apparatus is configured such that the at least one first interface and the at least one second interface are separate windows displayed utilizing a single web page.

17. The apparatus of claim 12, wherein the apparatus is configured such that the first message is sent utilizing a simple mail transfer protocol (SMTP) and the second message is sent utilizing a hypertext transfer protocol (HTTP).

18. The apparatus of claim 12, wherein the apparatus is configured such that the first message and the second message are both sent utilizing a simple mail transfer protocol (SMTP).

19. The apparatus of claim 12, wherein the apparatus is configured such that the second message is at least partially pre-written and is automatically generated without user involvement in response to the receipt of the indication of the selection of the seventh user interface element.

20. The apparatus of claim 12, wherein the apparatus is configured such that the at least one of the date or the time of the indication of the at least one of the date or the time is

55

a criterion, and the indication of the at least one file is received based on whether the criterion is met.

**21**. The apparatus of claim **12**, wherein the apparatus is configured such that the file description is capable of being received in response to a first single user input, and the indication of the at least one of the date or the time is capable of being received in response to a second single user input that immediately follows the first single user input.

**22**. The apparatus of claim **12**, wherein the apparatus is configured such that the second message does not include the file attachment, for avoiding the at least one file from having to be communicated to and stored at the first node until the communication and the storage is initiated by a user of the first node.

**23**. The apparatus of claim **12**, wherein the apparatus is configured such that a first user of the first node is capable of requesting the at least one file and accessing the at least one file, by permitting a second user of the second node to store the at least one file on at least one server that is accessible by the first user of the first node, without requiring the at least one file to be communicated from the second node to the first node as a message attachment.

**24**. The apparatus of claim **12**, wherein the apparatus is configured such that the display of at least one fourth interface is caused utilizing fourth hypertext markup language-equipped code that is sent via at least one network, and the one or more processors execute the instructions to:

receive, from the first node via the at least one network, an indication of a selection of the reference to the at least one file, utilizing the at least one fourth interface; and

in response to the receipt of the indication of the selection of the indication of a selection of the reference to the at least one file, allow access, at the first node, to the at least one file.

**25**. The apparatus of claim **24**, wherein the apparatus is configured such that at least one of:

said at least one first interface is an email interface;

said at least one second interface is an email interface;

said at least one third interface is an email interface;

said at least one fourth interface is an email interface;

said at least one first interface is a single interface;

said at least one second interface is a single interface;

said at least one third interface is a single interface;

said at least one fourth interface is a single interface;

said at least one first interface is an interface portion;

said at least one second interface is an interface portion;

said at least one third interface is an interface portion;

said at least one fourth interface is an interface portion;

said at least one first interface is an interface element;

said at least one second interface is an interface element;

said at least one third interface is an interface element;

said at least one fourth interface is an interface element;

said at least one first interface is different from the said at least one second interface;

said at least one first interface include a plurality of first interfaces;

said at least one second interface includes a plurality of second interfaces;

said at least one third interface includes a plurality of third interfaces;

said at least one fourth interface includes a plurality of second interfaces;

said display of the at least one first interface is caused by sending at least one message via the at least one network;

56

said display of the at least one first interface is caused by sending a communication including a message via the at least one network;

said display of the at least one first interface is caused by at least one inter-process message;

said display of the at least one first interface is caused by serving the at least one first interface via the at least one network;

said display of the at least one second interface is caused by sending at least one message via the at least one network;

said display of the at least one second interface is caused by sending a communication including a message via the at least one network;

said display of the at least one second interface is caused by at least one inter-process message;

said display of the at least one second interface is caused by serving the at least one first interface via the at least one network;

said display of the at least one third interface is caused by sending at least one message via the at least one network;

said display of the at least one third interface is caused by sending a communication including a message via the at least one network;

said display of the at least one third interface is caused by at least one inter-process message;

said display of the at least one third interface is caused by serving the at least one third interface via the at least one network;

said display of the at least one third interface is in response to the indication of the selection of the fifth user interface element;

said first message is received in response to the indication of the selection of the fourth user interface element being sent;

said second message is received in response to the indication of the selection of the seventh user interface element being sent;

said at least one fourth interface is displayed in response to the indication of the selection of the eighth user interface element of the second message being sent;

said display of the at least one third interface is after the indication of the selection of the fifth user interface element with at least one operation therebetween;

said display of the at least one third interface is after the indication of the selection of the fifth user interface element with no operation therebetween;

said first message is received after the indication of the selection of the fourth user interface element being sent with at least one operation therebetween;

said first message is received after the indication of the selection of the fourth user interface element being sent with no operation therebetween;

said second message is received after the indication of the selection of the seventh user interface element being sent with at least one operation therebetween;

said second message is received after the indication of the selection of the seventh user interface element being sent with no operation therebetween;

said at least one fourth interface is displayed after the indication of the selection of the eighth user interface element of the second message being sent with at least one operation therebetween;

57

58

said at least one fourth interface is displayed after the indication of the selection of the eighth user interface element of the second message being sent with no operation therebetween;

said indication of the selection the at least one file is received utilizing the sixth user interface element, by utilizing the sixth user interface element to access another interface;

said indication of the selection the at least one file is received utilizing the at least one third interface, by utilizing the at least one third interface to access another interface;

said indication of the selection the at least one file is received utilizing the sixth user interface element, by utilizing the sixth user interface element to access another interface for file selection;

said indication of the selection the at least one file is received utilizing the at least one third interface, by utilizing the at least one third interface to access another interface for file selection;

said indication of the selection the at least one file is received utilizing the sixth user interface element, by utilizing the sixth user interface element to access a visual element for file selection;

said indication of the selection the at least one file is received utilizing the at least one third interface, by utilizing the at least one third interface to access a visual element for file selection;

said display of the at least one fourth interface is caused by sending at least one message via the at least one network;

said display of the at least one fourth interface is caused by sending a communication including a message via the at least one network;

said display of the at least one fourth interface is caused by at least one inter-process message;

said display of the at least one fourth interface is caused by serving the at least one fourth interface via the at least one network;

said first hypertext markup language-equipped code is included in a first web page, the second hypertext markup language-equipped code is included in a second web page, the third hypertext markup language-equipped code is included in a third web page, and the fourth hypertext markup language-equipped code is included in a fourth web page;

said at least one first interface includes a user interface for a keyword based schema;

said first user interface element includes a match textbox user interface element for allowing a user to enter a keyword expression;

said at least one first interface includes a checkbox;

said second user interface element includes a match user interface element for allowing a user to enter a keyword expression;

said first user interface element and said second user interface element include sub-elements of a single user interface element;

said file description includes a criterion;

said file description includes one or more words;

said at least one of the date or the time includes a criterion;

said at least one of the date or the time includes the date;

said at least one of the date or the time includes the time;

said at least one of the date or the time includes the date and the time;

said at least one of the date or the time includes a textual description of at least one of the date or the time;

said at least one of the date or the time includes a selection of at least one of the date or the time;

said third user interface element includes a menu;

said third user interface element includes a textbox;

said third user interface element includes list box;

said third user interface element includes a drop-down lists;

said indicia associated with the at least one email is generated based on a user selection of the at least one email address;

said indicia associated with the at least one email is generated based on a user locating the at least one email address;

said indicia associated with the at least one email is generated based on a user input in connection with an email-related user interface element;

said indicia associated with the at least one email is generated based on a user entry of text associated with the at least email;

said indicia includes a text string that is associated with the at least one email address;

said fourth user interface element, the fifth user interface element, the seventh user interface element, the eighth user interface element, each include different buttons;

said fourth user interface element, the fifth user interface element, the seventh user interface element, the eighth user interface element, each include different controls;

said fourth user interface element includes a send icon;

said fifth user interface element includes a data object identification response icon;

said seventh user interface element includes an access button;

said seventh user interface element includes a reply button;

said eighth user interface element includes a context menu;

said eighth user interface element includes a get command option;

said eighth user interface element includes an access button;

said eighth user interface element includes a link;

said reference includes a uniform resource identifier;

said reference includes a link;

each instance of the causing includes directly causing;

each instance of the causing includes indirectly causing;

the file request being based on the at least one of the date or the time, by at least one operation in connection with at least one of the file request or a response thereto is conditionally allowed based on whether the at least one of the date or the time has passed;

said indication of the selection of the fourth user interface element, the indication of the selection of the fifth user interface element, the indication of the selection of the seventh user interface element, the indication of the selection of the eighth user interface element, each include a signal;

said indication of the selection of the fourth user interface element, the indication of the selection of the fifth user interface element, the indication of the selection of the seventh user interface element, the indication of the selection of the eighth user interface element, each include a message;

said indication of the selection of the fourth user interface element, the indication of the selection of the fifth user interface element, the indication of the selection of the seventh user interface element, the indication of the selection of the eighth user interface element, each

59

result from user input received via at least one input device in communication with the one or more processors;

said indication of the selection of the fourth user interface element, the indication of the selection of the fifth user interface element, the indication of the selection of the seventh user interface element, the indication of the selection of the eighth user interface element, each result from a selection of a reference associated with a corresponding user interface element;

said sixth user interface element prompts is capable of being utilized by causing a display of a file explorer interface;

said sixth user interface element prompts is capable of being utilized by causing a display of an interface for use in selecting the at least one file;

said sixth user interface element includes a list of a plurality of files;

said sixth user interface element includes a button control;

said sixth user interface element includes an access button;

said indication of the selection of the at least one file results completely from a manual operation;

said indication of the selection of the at least one file results, at least in part, from a manual operation;

said indication of the selection of the at least one file results from an automated operation;

said indication of the selection of the at least one file results in a communication of the at least one file over the at least one network;

said indication of the selection of the at least one file includes the at least one file itself;

said indication of the selection of the at least one file includes receipt of information associated with the at least one file;

said first message includes a simple mail transfer protocol (SMTP) message, a hypertext transfer protocol (HTTP) message, a file transfer protocol (FTP) message, one or more transmission control protocol (TCP) data units, one or more IP packets, a; email message, or a short message service message;

said second message includes a simple mail transfer protocol (SMTP) message, a hypertext transfer protocol (HTTP) message, a file transfer protocol (FTP) message, one or more transmission control protocol (TCP) data units, one or more IP packets, a; email message, or a short message service message;

said first message and said second message are transmitted via the same protocol;

said first message and said second message are transmitted via different protocols;

said first email is generated based on the file description, the indication of the at least one of the date or the time, and the indicia associated with the at least one email address, by being generated in response to the receipt of all of the file description, the indication of the at least one of the date or the time, and the indicia associated with the at least one email address; or

said first email is generated based on the file description, the indication of the at least one of the date or the time, and the indicia associated with the at least one email address, by being generated only after the receipt of all the file description, the indication of the at least one of the date or the time, and the indicia associated with the at least one email address.

**26.** The apparatus of claim **12**, wherein the apparatus is configured such that, in response to the receipt of the

60

indication of the selection of the seventh user interface element, a creation of a representation of the at least one file is caused, at the first node, in a location among one or more folders on a file explorer interface that is not a web page and is displayed utilizing a client-based file explorer application, such that the at least one file is accessible via both the second message and the file explorer interface.

**27.** The apparatus of claim **26**, wherein the apparatus is configured such that the second message is sent without including the at least one file as an attachment of the second message, and a storage at the first node does not store the at least one file when the creation of the representation of the at least one file is caused, both for avoiding the at least one file from having to be communicated to and stored at the first node until the at least one file is requested by a user at the first node using the representation or the reference.

**28.** An apparatus, comprising:

at least one non-transitory memory storing instructions; and

one or more processors in communication with the at least one non-transitory memory, wherein the one or more processors execute the instructions to:

send a first communication over at least one network that results in display, at a first node, of a first user interface element, a second user interface element, and a third user interface element, the first user interface element, the second user interface element, and the third user interface element for use in creating a file request requesting one or more desired files;

receive, from the first node via the at least one network, text associated with one or more desired files via the first user interface element that includes a textbox, the text describing the one or more desired files in connection with the file request;

receive, from the first node via the at least one network, an object associated with at least one email address via the second user interface element, the at least one email address for being used to send the file request;

receive, from the first node via the at least one network, a message associated with a selection of the third user interface element, where the receipt of the message associated with the selection of the third user interface element indicates that the file request is to be caused to be sent;

in response to the receipt of the message associated with the selection of the third user interface element and based on the text associated with the one or more desired files and the object associated with the at least one email address; generate a first message addressed to the at least one email address and including the file request, the first message including a fourth user interface element and the text associated with the one or more desired files describing the one or more desired files in connection with the file request;

send, to a second node via the at least one network, the first message;

receive, from the second node via the at least one network, a message associated with a selection of the fourth user interface element of the first message for indicating that at least one file is to be uploaded in response to the file request;

in response to the receipt of the message associated with the selection of the fourth user interface element, send a second communication over the at least one network that results in display, at the second

US 10,021,052 B1

61

node, of a fifth user interface element for use in uploading the at least one file in response to the file request;

receive, from the second node via the at least one network, a message associated with a selection at least one file for being used to upload the at least one file in response to the file request;

receive, from the second node via the at least one network, a message associated with a selection of the fifth user interface element;

in response to the receipt of the message associated with the selection of the fifth user interface element, generate a second message that includes an sixth user interface element, and that does not include a file attachment with the second message, the second message indicating that the file request has been responded to;

send, to the first node via the at least one network, the second message;

receive, from the first node via the at least one network, a message associated with a selection of the sixth user interface element of the second message;

in response to the receipt of the message associated with the selection of the sixth user interface element of the second message, send a third communication over the at least one network that results in display, at the first node, of a reference to the at least one file; and

allow access, at the first node, to the at least one file via the reference.

**29**. The apparatus of claim **28**, wherein the apparatus is configured such that:

the first message and the second message are email messages;

62

the first communication, the second communication, and the third communication each include hypertext markup language-equipped code for being displayed via at least one web page;

the object includes the at least one email address or an alias associated with the at least one email address;

the second message is at least partially pre-written and is automatically generated without user involvement after the receipt of the message associated with the selection of the fifth user interface element; and

the message associated with the at least one file is conditionally received based on whether a date-related criterion or a time-related criterion is met.

**30**. The apparatus of claim **29**, wherein the apparatus is configured such that, in response to the receipt of the indication of the selection of the fifth user interface element, a creation of a representation of the at least one file is caused, at the first node, in a location among one or more folders on a file explorer interface that is not a web page and is displayed utilizing a client-based file explorer application, such that the at least one file is accessible via both the second message and the file explorer interface, wherein the apparatus is further configured such that the second message is sent without including the at least one file as an attachment of the second message, and a storage at the first node does not store the at least one file when the creation of the representation of the at least one file is caused, both for avoiding the at least one file from having to be communicated to and stored at the first node until the at least one file is requested by a user at the first node using the representation or the reference.

\*   \*   \*   \*   \*

# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>    Plaintiff<br><br> v.<br><br>SPROUTS FARMERS MARKET, INC.<br>and SPROUTS FARMERS MARKET<br>TEXAS, LP d/b/a SPROUTS FARMERS<br>MARKET,<br><br>    Defendants. | Civil Action No.: 6:19-cv-417<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## <u>PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT</u>

Plaintiff Motion Offense, LLC ("Plaintiff"), files this Complaint against Defendants Sprouts Farmers Market, Inc. and Sprouts Farmers Market Texas, LP d/b/a Sprouts Farmers Market (collectively "Defendants"), seeking damages and other relief for patent infringement, and alleges with knowledge to its own acts, and on information and belief as to other matters, as follows:

### <u>PARTIES</u>

1. Plaintiff is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business at 211 W. Tyler Street, Longview, Texas 75601.

2. Defendant Sprouts Farmers Market, Inc. is a Delaware Corporation with regular and established physical places of business within this judicial district, and its principal place of business at 5455 East High Street, Suite 111, Phoenix, Arizona 85054.

3.      Defendant Sprouts Farmers Market Texas, LP d/b/a Sprouts Farmers Market is a Texas Limited Partnership with regular and established physical places of business within this judicial district, having its principal place of business at 211 East 7th Street, Suite 620, Austin, Texas 78701.  Sprouts Farmers Market Texas, LP may be served by serving its registered agent Corporation Service Company d/b/a CSC – Lawyers Incorporating Service Company at 211 East 7th Street, Suite 620, Austin, Texas 78701.

## JURISDICTION AND VENUE

4.      This action arises under the patent laws of the United States, 35 U.S.C. §101, *et seq*.  This Court has subject matter jurisdiction under 28 U.S.C. §§1331 and 1338(a).

5.      Venue is proper in this judicial district under 28 U.S.C. §1400(b).  Defendants maintain regular and established physical places of business within this judicial district, including but not limited to stores located at: (i) 4006 S. Lamar Blvd., Suite 400, Austin, TX 78704; (ii) 10225 Research Blvd., Austin, TX 78759; and (iii) 6920 Manchaca Rd., Austin, TX 78745.  On information and belief, from and within this District, Defendants have committed acts of infringement at issue in this case.

6.      Defendants are subject to this Court's specific and general personal jurisdiction pursuant to due process or the Texas Long Arm Statute, due at least to Defendants' substantial business in this forum, including: (i) business related to infringing acts as alleged herein; or (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, or deriving substantial revenue from goods and services provided to individuals in Texas and in this district. Within this state, Defendants have committed, and continue to commit, acts of patent infringement as alleged herein.  In addition, Defendants have derived revenues from its infringing acts occurring within the Western District of Texas.  Further, Defendants are subject to the Court's general

jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities within Texas and within the Western District of Texas. Further, Defendants are subject to the Court's personal jurisdiction at least due to its sale of products or services within Texas and within the Western District of Texas. Defendants have committed such purposeful acts or transactions in Texas such that they reasonably should know and expect that they could be haled into this Court because of such activity.

## THE PATENTS IN SUIT

7.     The United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 10,013,158 ("the '158 Patent") entitled "Methods, Systems, and Computer Program Products for Sharing a Data Object in a Data Store Via a Communication" to Robert Paul Morris on July 3, 2018. A true and correct copy of the '158 Patent is attached hereto as Exhibit A.

8.     The USPTO duly and legally issued United States Patent No. 10,021,052 ("the '052 Patent") entitled "Methods, Systems, and Computer Program Products for Processing a Data Object Identification Request in a Communication" to Robert Paul Morris on July 10, 2018. A true and correct copy of the '052 Patent is attached hereto as Exhibit B.

9.     Plaintiff is the assignee of all right, title, and interest to both the '158 Patent and the '052 Patent ("the Patents-in-Suit"). Accordingly, Plaintiff has standing to bring the instant suit to enforce its rights under the patent laws of the United States, including the right to collect damages for past infringement.

10.    Upon information and belief, Defendants and their employees use Dropbox Business (the "Accused Product") for, among other things, sharing and storing data. *See*

3

https://www.dropbox.com/business/solutions/retail. Defendants infringe the Patents-in-Suit at least through using the Accused Product.

## COUNT I

### (INFRINGEMENT OF U.S. PATENT NO. 10,013,158)

11.     Plaintiff incorporates herein the above paragraphs by reference.

12.     The '158 Patent is presumed valid.

13.     The '158 Patent describes and claims systems and methods which make data sharing more rapid and efficient by allowing for the "sharing [of] a data object in a data store via a communication." '158 Patent, Ex. A at 2:2-3.

14.     Among the specific technologic improvements to devices and methods for making data sharing more rapid and efficient, the '158 Patent describes systems and methods for including in a "message" to a user "a mount descriptor that identifies a data object in a second data store." *See, e.g.,* '158 Patent, Ex. A at 20:55-64 ("[A] system for sharing a data object in a data store via a communication includes means for receiving, by a first communications agent in a first execution environment according to a first communication protocol via a network from a second communications agent in a second execution environment, a first message, in a communication and addressed to a first user represented by the first communications agent, that includes a mount descriptor that identifies a data object in a second data store in the second execution environment."); *Id.* at 24:67-25:5 ("[A] system for sharing a data object in a data store via a communication includes means for creating, based on the mount descriptor, a representation of the data object at the location, wherein accessing the representation includes accessing the data object from the second data store."); 24:58-62 ("Mount UI element **642c** allows the user to instruct

execution environment **401** of the first node **502** to attach and/or otherwise mount a representation

of a data object, identified in a mount descriptor at a location in the data store of execution

environment **401** of first node **502**.")  Figure 7 of the '158 Patent, reproduced below, illustrates

an exemplary data and execution flow for sharing a data object in a data store via a communication

according to an aspect of the subject matter described in the '158 Patent:



FIG. 7

'158 Patent, Ex. A, Fig. 7.

15.    The '158 Patent describes elements and combinations that were not well-

understood, routine, or conventional to a skilled artisan in the relevant field.  *See, e.g.,* '158 Patent,

Ex. A at 44:21–27 (one or more processors to execute the instructions to "cause, at a first node,

display of at least one first interface with a first user interface element, utilizing first hypertext

markup language-equipped code that is sent via at least one network"); *see also, e.g., id.* at 20:55-

64 (describing "a system for sharing a data object in a data store via a communication includes means for receiving, by a first communications agent in a first execution environment according to a first communication protocol via a network from a second communications agent in a second execution environment, a first message, in a communication and addressed to a first user represented by the first communications agent, that includes a mount descriptor that identifies a data object in a second data store in the second execution environment."); *Id.* at 24:67-25:5 ("[A] system for sharing a data object in a data store via a communication includes means for creating, based on the mount descriptor, a representation of the data object at the location, wherein accessing the representation includes accessing the data object from the second data store."); 24:58-62 ("Mount UI element **642c** allows the user to instruct execution environment **401** of the first node **502** to attach and/or otherwise mount a representation of a data object, identified in a mount descriptor at a location in the data store of execution environment **401** of first node **502**.").

16.     The claims of the '158 Patent are not directed to a method of organizing human activity, nor are they directed to a fundamental economic practice long prevalent in our system of commerce. *See, e.g.,* '158 Patent, Ex. A at 44:21–27 (one or more processors to execute the instructions to "cause, at a first node, display of at least one first interface with a first user interface element, utilizing first hypertext markup language-equipped code that is sent via at least one network"); *see also, e.g.*, *id.* at 20:55-64 (describing "a system for sharing a data object in a data store via a communication includes means for receiving, by a first communications agent in a first execution environment according to a first communication protocol via a network from a second communications agent in a second execution environment, a first message, in a communication and addressed to a first user represented by the first communications agent, that includes a mount descriptor that identifies a data object in a second data store in the second execution

6

environment."); *Id.* at 24:67-25:5 ("[A] system for sharing a data object in a data store via a communication includes means for creating, based on the mount descriptor, a representation of the data object at the location, wherein accessing the representation includes accessing the data object from the second data store."); 24:58-62 ("Mount UI element **642c** allows the user to instruct execution environment **401** of the first node **502** to attach and/or otherwise mount a representation of a data object, identified in a mount descriptor at a location in the data store of execution environment **401** of first node **502**.").

17.     Through the use (including without limitation testing) of the Accused Product, Defendants have infringed and continue to infringe at least Claim 3 of the '158 Patent.  Exhibit C, attached hereto, includes a claim chart that shows how each and every element of Claim 3 of the '158 Patent is found in the Accused Product.

18.     The Accused Product and other information included in the attached preliminary claim chart, *see* Exhibit C, are non-limiting examples that were identified based on publicly available information, and Plaintiff reserves its right to identify additional infringing activities, products and services, including, for example, on the basis of information obtained during discovery.

19.     Defendants have infringed, and continue to infringe, at least one claim of the '158 Patent (*e.g.*, Claim 3) in the United States by using (including without limitation testing) the Accused Product in violation of 35 U.S.C. §271(a). *See, e.g.*, Preliminary Claim Chart (Exhibit C).

20.     Plaintiff has been damaged by Defendants' infringement of the '158 Patent.

21.     Defendants have had actual knowledge of the '158 Patent since at least the service of this Complaint.

7

## COUNT II

### (INFRINGEMENT OF U.S. PATENT NO. 10,021,052)

22.     Plaintiff incorporates herein the above paragraphs by reference.

23.     The '052 Patent is presumed valid.

24.     The '052 Patent describes and claims systems and methods which make data sharing more rapid and efficient by allowing for the "processing [of] a data object identification request in a communication." '052 Patent, Ex. B at 2:2-3.

25.     Among the specific technologic improvements to devices and methods for making data sharing more rapid and efficient, the '052 Patent describes systems and methods for "including a data object identification request" in a "message." *See, e.g.,* '052 Patent, Ex. B at 27:48-56 ("[A] system for processing a data object identification request in a communication includes means for sending, according to a first communications protocol via a network in a communication to a second communications agent in a second execution environment representing a second user, a first message including a data object identification request based on the data object matching criterion, wherein the first message is addressed to the second user."); *see also, e.g., Id.* at 27:27-35; Claim 10.  Figure 7 of the '052 Patent, reproduced below, illustrates an exemplary data and execution flow for processing a data object identification request in a communication according to an aspect of the subject matter described in the '052 Patent:



## FIG. 7

'052 Patent, Ex. B, Fig. 7; s*ee also, e.g., Id.* at 40:9-16 ("[A] system for processing a data object identification request in a communication includes means for generating, in response to detecting the data object identification request, a data object identification response that identifies a data object in a second data store in the second execution environment, wherein the data object is identified by processing the data object identification request."); 30:40-47 ("receiving, by the first communications agent in response to sending the data object identification request in the first message, a second message that includes a data object identification response that identifies a data

9

object in a second data store in the second execution environment, wherein the second message is addressed to the first user and the data object is not received in the second message.").

26.     The claimed elements and claimed combinations were not well-understood, routine, and conventional to a skilled artisan in the relevant field. *See, e.g.,* '052 Patent, Ex. B at 53:7–16 (one or more processors execute the instructions to "cause, at a first node, display of at least one first interface with a first user interface element and a second user interface element, utilizing first hypertext markup language-equipped code that is sent via at least one network, the at least one first interface for use in creating a file request requesting at least one file"); *see also, e.g.*, *id.* at 30:40-47 ("receiving, by the first communications agent in response to sending the data object identification request in the first message, a second message that includes a data object identification response that identifies a data object in a second data store in the second execution environment, wherein the second message is addressed to the first user and the data object is not received in the second message.").

27.     The '052 Patent claims a system and method of sharing data that is more rapid and efficient than traditional methods of sharing data, which relied on conventional elements and combinations.  For example, "[t]o request an attachment, a user typically sends the request as voice and/or text data in a voice and/or text message heard and/or read by another user.  The other user must interpret the request and find a file or other data object that seems to match the request.  The other user in many cases locates a 'matching' resource using a program or application other than the communications agent that received the request."  '052 Patent, Ex. B at 1:56-65.

28.     The claims of the '052 Patent are not directed to a method of organizing human activity, nor are they directed to a fundamental economic practice long prevalent in our system of commerce.  *See, e.g.,* '052 Patent, Ex. B at 53:44–56 ("cause, at a first node, display of at least one

10

first interface with a first user interface element and a second user interface element, utilizing first hypertext markup language-equipped code that is sent via at least one network, the at least one first interface for use in creating a file request requesting at least one file"); *see also, e.g.*, *id.* at 27:48–56 (describing "a system for processing a data object identification request in a communication includes means for sending, according to a first communications protocol via a network in a communication to a second communications agent in a second execution environment representing a second user, a first message including a data object identification request based on the data object matching criterion, wherein the first message is addressed to the second user."); 30:40-47 ("receiving, by the first communications agent in response to sending the data object identification request in the first message, a second message that includes a data object identification response that identifies a data object in a second data store in the second execution environment, wherein the second message is addressed to the first user and the data object is not received in the second message.").

29.     Through the use (including without limitation testing) of the Accused Product, Defendants have infringed and continue to infringe at least Claims 10 and 12 of the '052 Patent. Exhibits D and E, attached hereto, include claim charts that show how each and every element of Claims 10 and 12 of the '052 Patent are found in the Accused Product.

30.     The Accused Product and other information included in the attached preliminary claim charts, *see* Exhibits D and E, are non-limiting examples that were identified based on publicly available information, and Plaintiff reserves its right to identify additional infringing activities, products and services, including, for example, on the basis of information obtained during discovery.

31. Defendants have infringed, and continue to infringe, at least one claim of the '052 Patent (*e.g.*, Claims 10 and 12) in the United States by using (including without limitation testing) the Accused Product in violation of 35 U.S.C. §271(a). *See, e.g.*, Preliminary Claim Charts (Exhibits D and E).

32. Plaintiff has been damaged by Defendants' infringement of the '052 Patent.

33. Defendants have had actual knowledge of the '052 Patent since at least the service of this Complaint.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment that Defendants have infringed one or more claims of the '158 Patent literally or under the doctrine of equivalents;

B. Enter judgment that Defendants have infringed one or more claims of the '052 Patent literally or under the doctrine of equivalents;

C. Award Plaintiff past and future damages, to be paid by Defendants, in an amount no less than a reasonable royalty and adequate to compensate Plaintiff for such past and future damages, together with pre-judgment and post-judgment interest for Defendants' infringement of the '158 Patent and the '052 Patent through the date that such judgment is entered in accordance with 35 U.S.C. §284, and increase such award by up to three times the amount found or assessed in accordance with 35 U.S.C. §284;

D. Declare this case exceptional pursuant to 35 U.S.C. §285; and

E. Award Plaintiff its costs, disbursements, attorneys' fees, and such further and additional relief as is deemed appropriate by this Court.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury on all issues so triable.

Dated:  July 12, 2019                      Respectfully submitted,

                               By:   */s/*_____

                                    Benjamin Johnson
                                    Texas State Bar No. 24065495
                                    (*pro hac vice* to be filed)
                                    bjohnson@tlgiplaw.com
                                    Aakash Parekh
                                    Texas State Bar No. 24059133
                                    aparekh@tlgiplaw.com
                                    **TOLER LAW GROUP, PC**
                                    8500 Bluffstone Cove, Suite A201
                                    Austin, Texas 78759
                                    Tel. (512) 327-5515
                                    Fax (512) 327-5575

                                    Steven Sprinkle
                                    Texas State Bar No. 00794962
                                    Scott Crocker
                                    Texas State Bar No. 00790532
                                    SPRINKLE IP LAW GROUP, P.C.
                                    1301 W. 25th Street, Suite 408
                                    Austin, Texas 78705
                                    (512) 637-9220
                                    (512) 371-9088 – facsimile
                                    E-mail: ssprinkle@sprinklelaw.com
                                    E-mail: scrocker@sprinklelaw.com

                                    **ATTORNEYS FOR PLAINTIFF**
                                    **MOTION OFFENSE, LLC**

EXHIBIT C

Exhibit C

## CLAIM CHART FOR USPN 10,013,158, Claim 3—Sprouts Farmers Market, Inc.

| Claim 3 Elements | Applicability |
|---|---|
| An apparatus, comprising: at least one non-transitory memory storing instructions; and one or more processors in communication with the at least one non-transitory memory, wherein the one or more processors execute the instructions to:<br><br>cause, at a first node, display of at least one first interface with a first user interface element, utilizing first hypertext markup language-equipped code that is sent via at least one network; | Upon information and belief, Sprouts Farmers Market, Inc., ("Sprouts") uses DropboxBusiness including, for example, the functionality set out herein.  See https://www.dropbox.com/business/solutions/retail.<br><br> Sprouts uses *an apparatus, comprising: at least one non-transitory memory storing instructions; and one or more processors in communication with the at least one non-transitory memory, wherein the one or more processors execute the instructions to: cause, at a first node* (e.g., a Sprouts' team administrator's computer user interface, etc.)*, display of at least one first interface* (e.g., a Create team folder dialog box, etc.) *with a first user interface element* (e.g., a "What is the name of your team folder?" text entry field, etc.)*, utilizing first hypertext markup language-equipped code that is sent via at least one network;*<br><br> |
| receive, from the first node via the at least one network, an indication of at least one folder via the first user interface element, utilizing the at least one first interface; | Sprouts uses a system that is designed to *receive, from the first node* (e.g., the Sprouts' team administrator's computer user interface, etc.) *via the at least one network, an indication of at least one folder* (e.g., a folder name like "Fifth Test," etc.) *via the first user interface element* (e.g., the "What is the name of your team folder?" text entry field, etc.)*, utilizing the at least one first interface* (e.g., the "Create team folder" dialog box, etc.)*; |

Exhibit C



| | |
|---|---|
| cause, at the first node, display of at least one second interface with a second user interface element, utilizing second hypertext markup language-equipped code that is sent via the at least one network; | Sprouts uses a system that is designed to *cause, at the first node* (e.g., the Sprouts' team administrator's computer user interface, etc.)*, display of at least one second interface* (e.g., a dialog box named for the newly-implemented folder, etc.) *with a second user interface element* (e.g., an "Add groups" text field, etc.)*, utilizing second hypertext markup language-equipped code that is sent via the at least one network;*<br><br> |
| receive, from the first node via the at least one network, indicia associated with at least one email address via the second user interface element, utilizing the at least one second interface; | Sprouts uses a system that is designed to *receive, from the first node* (e.g., the Sprouts' team administrator's computer user interface, etc.) *via the at least one network, indicia associated with at least one email address* (e.g., a group name associated with multiple email addresses, etc.) *via the second user interface element* (e.g., the "Add groups" text field, etc.)*, utilizing the at least one second interface* (e.g., the dialog box named for the newly-implemented folder, etc.)*;* |

Exhibit C



**Note**: The following illustrates that the group name is associated with multiple email addresses.

| receive, from the first node via the at least one network, an indication to share the at least one folder; | Sprouts uses a system that is designed to *receive, from the first node* (e.g., the Sprouts' team administrator's computer user interface, etc.) *via the at least one network, an indication to share the at least one folder* (e.g., clicking the Add button in the "Fifth Test" dialog box to add the members included in the specified group, etc.)*;* |
|---|---|

Exhibit C



| | |
|---|---|
| based on the receipt of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder via the at least one network; generate at least one email message identifying the at least one folder and including a reference to the at least one folder, without including at least one file in the at least one folder as an attachment of the at least one email message; | Sprouts uses a system that is designed to, *based on the receipt of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder via the at least one network; generate at least one email message identifying the at least one folder and including a reference to the at least one folder* (e.g., the "Fifth Test" folder, etc.)*, without including at least one file in the at least one folder as an attachment of the at least one email message;* |

Exhibit C



| | |
|---|---|
| send, to a second node via the at least one network, the at least one email message, without including the at least one file in the at least one folder as an attachment of the at least one email message; | Sprouts uses a system that is designed to *send, to a second node* (e.g., a Sprouts' team member's computer user interface, etc.) *via the at least one network, the at least one email message, without including the at least one file in the at least one folder* (e.g., the "Fifth Test" folder, etc.) *as an attachment of the at least one email message;* |



| based on the receipt of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder via the at least one network; cause, utilizing particular code configured to be stored on a storage at the second node and further configured to cooperate with a file explorer interface, creation of a representation of the at least one folder in a location among one or | Sprouts uses a system that is designed to, *based on the receipt of the indication of the at least one folder, the indicia associated with the at least one email address, and the indication to share the at least one folder via the at least one network; cause, utilizing particular code configured to be stored on a storage at the second node* (e.g., the Sprouts' team member's computer user interface, etc.) *and further configured to cooperate with a file explorer interface* (e.g., a Microsoft Windows File Explorer window, etc.)*, creation of a representation of the at least one folder* (e.g., the "Fifth Test" team folder, etc.) *in a location among one or more folders on the file explorer interface, where the storage at the second node does not store the at least one file when the creation of the representation of the at least one folder is caused;* |
|---|---|

Exhibit C

| | |
|---|---|
| more folders on the file explorer interface, where the storage at the second node does not store the at least one file when the creation of the representation of the at least one folder is caused; |  |
| cause, at the second node, display of the representation of the at least one folder in the location among the one or more folders on the file explorer interface; | Sprouts uses a system that is designed to *cause, at the second node* (e.g., the Sprouts' team member's computer user interface, etc.)*, display of the representation of the at least one folder* (e.g., the "Fifth Test" team folder, etc.) *in the location among the one or more folders on the file explorer interface* (e.g., the Microsoft Windows File Explorer window, etc.)*;* |

Exhibit C



| | |
|---|---|
| detect, at the second node, an indication to open the at least one file in the at least one folder; and | Sprouts uses a system that is designed to *detect, at the second node* (e.g., the Sprouts' team member's computer user interface, etc.)*, an indication to open the at least one file* (e.g., double-clicking on the file, etc.) *in the at least one folder* (e.g., the "Fifth Test" team folder, etc.)*; and* |

Exhibit C



| | |
|---|---|
| in response to detection of the indication to open the at least one file in the at least one folder, cause retrieval of the at least one file via the at least one network for permitting display of the at least one file at the second node. | Sprouts uses a system that is designed to, *in response to detection of the indication to open the at least one file* (e.g., double-clicking on the file, etc.) *in the at least one folder* (e.g., the "Fifth Test" team folder, etc.)*, cause retrieval of the at least one file via the at least one network for permitting display of the at least one file at the second node* (e.g., the Sprouts' team member's computer user interface, etc.). |

Exhibit C



EXHIBIT D

Exhibit D

USPN 10,021,052, Claim 10

| Claim 10 Elements | Applicability |
|---|---|
| An apparatus, comprising: a first node configured to: display, at the first node, a first user interface element, a second user interface element, and a third user interface element, the first user interface element, the second user interface element, and the third user interface element for use in creating a file request requesting one or more desired files; | Upon information and belief, Sprouts Farmers Market, Inc., ("Sprouts") uses DropboxBusiness including, for example, the functionality set out herein.  See https://www.dropbox.com/business/solutions/retail.<br><br>Sprouts uses *an apparatus, comprising: a first node* (e.g., a Sprouts's team administrator's computer user interface, etc.) *configured to: display, at the first node, a first user interface element* (e.g., a "What are you requesting?" text entry field, etc.)*, a second user interface element* (e.g., a "Or we can email them for you" checkbox, etc.)*, and a third user interface element* (e.g., a "Send" button, etc.)*, the first user interface element, the second user interface element, and the third user interface element for use in creating a file request requesting one or more desired files;*<br><br> |

Exhibit D

| | |
|---|---|
| | **Send file request** ✕<br><br>Give this link to people you're requesting files from<br><br>https://www.dropbox.com/request/ ▮▮▮▮▮▮▮<br><br>Or we can email them for you<br><br>Names or email addresses<br><br>Add an optional message...<br><br>**Send** |
| receive, at the first node, text associated with one or more desired files via the first user interface element that includes a textbox, the text describing the one or more desired files in connection with the file request; | Sprouts uses a system that is designed to *receive, at the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.)*, text associated with one or more desired files via the first user interface element* (e.g., the "What are you requesting?" text entry field, etc.) *that includes a textbox, the text describing the one or more desired files in connection with the file request;* |

Exhibit D



| | |
|---|---|
| send, from the first node via at least one network, the text associated with the one or more desired files describing the one or more desired files in connection with the file request; | Sprouts uses a system that is designed to *send, from the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.) *via at least one network, the text associated with the one or more desired files describing the one or more desired files in connection with the file request;* |

Exhibit D



| receive, at the first node, an object associated with at least one email address via the second user interface element, the at least one email address for being used to send the file request; | Sprouts uses a system that is designed to *receive, at the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.)*, an object associated with at least one email address via the second user interface element* (e.g., the "Or we can email them for you" checkbox, etc.)*, the at least one email address for being used to send the file request;* |

Exhibit D



| send, from the first node via the at least one network, the object associated with the at least one email address for being used to send the file request; | Sprouts uses a system that is designed to *send, from the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.) *via the at least one network, the object associated with the at least one email address for being used to send the file request;* |
| --- | --- |

Exhibit D



| | |
|---|---|
| detect, at the first node, a selection of the third user interface element, where the detection of the selection of the third user interface element indicates that the file request is to be caused to be sent; and | Sprouts uses a system that is designed to *detect, at the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.)*, a selection of the third user interface element* (e.g., the "Send" button, etc.)*, where the detection of the selection of the third user interface element indicates that the file request is to be caused to be sent; and* |

Exhibit D



| | |
|---|---|
| send, from the first node via the at least one network, a message associated with the selection of the third user interface element for causing the file request to be sent; said first node further configured to communicate with a second node that is configured to: after the message associated with the selection of the third user interface element is sent and based on the object associated with the at least one email address; | Sprouts uses a system is designed to *send, from the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.) *via the at least one network, a message associated with the selection of the third user interface element* (e.g., the "Send" button, etc.) *for causing the file request to be sent; said first node further configured to communicate with a second node* (e.g., a computer user interface of the Sprouts's team member who was specified via his/her email address, etc.) *that is configured to: after the message associated with the selection of the third user interface element* (e.g., a "Send" button, etc.) *is sent and based on the object associated with the at least one email address;* |

Exhibit D

| | |
|---|---|
| | **Send file request** ✕ |
| | Give this link to people you're requesting files from |
| | https://www.dropbox.com/request/ ███████████    Copy link |
| | Or we can email them for you |
| | 👤 ████████ ✕ |
| | Add an optional message... |
| | **Send** |
| receive, at the second node via the at least one network, a first message addressed to the at least one email address and including the file request, the first message including a fourth user interface element and at least one sentence including the text associated with the one or more desired files describing the one or more desired files in connection with the file request; | Sprouts uses a system that is designed to *receive, at the second node* (e.g., the computer user interface of the Sprouts's team member who was specified via his/her email address, etc.) *via the at least one network, a first message* (e.g., a Please upload files for "Test1" email message, etc.) *addressed to the at least one email address and including the file request, the first message including a fourth user interface element* (e.g., an "Upload files" button, etc.) *and at least one sentence including the text associated with the one or more desired files describing the one or more desired files in connection with the file request;* |



| | |
|---|---|
| detect, at the second node, a selection of the fourth user interface element of the first message, where the detection of the selection of the fourth user interface element indicates that at least one file is to be uploaded to address the file request; | Sprouts uses a system that is designed to *detect, at the second node* (e.g., the computer user interface of the Sprouts's team member who was specified via his/her email address, etc.), *a selection of the fourth user interface element* (e.g., the "Upload files" button, etc.) *of the first message* (e.g., the Please upload files for "Test1" email message, etc.), *where the detection of the selection of the fourth user interface element indicates that at least one file is to be uploaded to address the file request;* |

Exhibit D



| | |
|---|---|
| send, from the second node via the at least one network, a message associated with the selection of the fourth user interface element of the first message for indicating that the at least one file is to be uploaded to address the file request; | Sprouts uses a system that is designed to *send, from the second node* (e.g., the computer user interface of the Sprouts's team member who was specified via his/her email address, etc.) *via the at least one network, a message associated with the selection of the fourth user interface element* (e.g., the "Upload files" button, etc.) *of the first message* (e.g., the Please upload files for "Test1" email message, etc.) *for indicating that the at least one file is to be uploaded to address the file request;* |

Exhibit D



Exhibit D

| | |
|---|---|
| after the message associated with the selection of the fourth user interface element is sent, display, at the second node, a fifth user interface element and a sixth user interface element, at least the sixth user interface element for use in uploading the at least one file to address the file request; | Sprouts uses a system that is designed to, *after the message associated with the selection of the fourth user interface element* (e.g., the "Upload files" button, etc.) *is sent, display, at the second node* (e.g., the computer user interface of the Sprouts's team member who was specified via his/her email address, etc.)*, a fifth user interface element* (e.g., a "Choose from computer" button, etc.) *and a sixth user interface element* (e.g., an "Upload" button, etc.)*, at least the sixth user interface element for use in uploading the at least one file to address the file request;*  |

Exhibit D



| | |
|---|---|
| detect, at the second node, a selection of at least one file; send, from the second node via the at least one network, a message associated with the at least one file for being used to upload the at least one file to address the file request; | Sprouts uses a system that is designed to *detect, at the second node* (e.g., the computer user interface of the Sprouts's team member who was specified via his/her email address, etc.), *a selection of at least one file; send, from the second node via the at least one network, a message associated with the at least one file for being used to upload the at least one file to address the file request;* |



Exhibit D

| | |
|---|---|
| detect, at the second node, a selection of the sixth user interface element, where the detection of the selection of the sixth user interface element indicates that the at least one file is to be caused to be uploaded; and | Sprouts uses a system that is designed to *detect, at the second node* (e.g., the computer user interface of the Sprouts's team member who was specified via his/her email address, etc.)*, a selection of the sixth user interface element* (e.g., the "Upload" button, etc.)*, where the detection of the selection of the sixth user interface element indicates that the at least one file is to be caused to be uploaded; and*  |
| send, from the second node via the at least one network, a message associated with the selection of the sixth user interface element for causing the at least one file to be uploaded; said first node further configured to: after the message | Sprouts uses a system is designed to *send, from the second node* (e.g., the computer user interface of the Sprouts's team member who was specified via his/her email address, etc.) *via the at least one network, a message associated with the selection of the sixth user interface element* (e.g., the "Upload" button, etc.) *for causing the at least one file to be uploaded; said first node further configured to: after the message associated with the selection of the sixth user interface element is sent, receive, at the first node* (e.g., the Sprouts's team administrator's computer user interface, |

| | |
|---|---|
| associated with the selection of the sixth user interface element is sent, receive, at the first node, a second message that includes a seventh user interface element, and that does not include a file attachment with the second message, the second message indicating that the file request has been addressed; | etc.)*, a second message* (e.g., a file upload notification message to the original requestor, etc.) *that includes a seventh user interface element* (e.g., a "See new files" button, etc.)*, and that does not include a file attachment with the second message, the second message indicating that the file request has been addressed;*<br><br> |
| detect, at the first node, a selection of the seventh user interface element of the second message; send, from the first node via the at least one network, a message associated with the selection of the seventh user interface element of the second message; | Sprouts uses a system that is designed to *detect, at the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.)*, a selection of the seventh user interface element* (e.g., the "See new files" button, etc.) *of the second message* (e.g., the file upload notification message to the original requestor, etc.)*; send, from the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.) *via the at least one network, a message associated with the selection of the seventh user interface element of the second message;* |

Exhibit D



| | |
|---|---|
| after the message associated with the selection of the seventh user interface element of the second message is sent, display, at the first node, an eighth user interface element associated with a reference to the at least one file for use in providing access to the at least one file; and provide access, at the first node, to the at least one file utilizing the reference. | Sprouts uses a system that is designed to, *after the message associated with the selection of the seventh user interface element* (e.g., the "See new files" button, etc.) *of the second message* (e.g., the file upload notification message to the original requestor, etc.) *is sent, display, at the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.)*, an eighth user interface element* (e.g., a web-based interface window, containing a reference to the uploaded file, etc.) *associated with a reference to the at least one file for use in providing access to the at least one file; and provide access, at the first node, to the at least one file utilizing the reference.* |

Exhibit D



**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same in connection with any subsequent correlations.

# EXHIBIT E

Exhibit E

## USPN 10,021,052, Claim 12

| Claim 12 Elements | Applicability |
|---|---|
| An apparatus, comprising: at least one non-transitory memory storing instructions; and one or more processors in communication with the at least one non-transitory memory, wherein the one or more processors execute the instructions to:<br><br>cause, at a first node, display of at least one first interface with a first user interface element and a second user interface element, utilizing first hypertext markup language-equipped code that is sent via at least one network; | Upon information and belief, Sprouts Farmers Market, Inc., ("Sprouts") uses DropboxBusiness including, for example, the functionality set out herein. See https://www.dropbox.com/business/solutions/retail.<br><br>Sprouts uses *a system, comprising: at least one non-transitory memory storing instructions; and one or more processors in communication with the at least one non-transitory memory, wherein the one or more processors execute the instructions to: cause, at a first node* (e.g., a Sprouts's team administrator's computer user interface, etc.*), display of at least one first interface* (e.g., a Create file request dialog box, etc.) *with a first user interface element* (e.g., a "Where should these files go in your Dropbox?" text entry field, etc.) *and a second user interface element* (e.g., an "Add a deadline" checkbox, etc.*), utilizing first hypertext markup language-equipped code that is sent via at least one network;*<br><br> |

Exhibit E

| | |
|---|---|
| receive, from the first node via the at least one network, a file description via the first user interface element that includes a textbox, utilizing the at least one first interface; | Sprouts uses a system that is designed to *receive, from the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.) *via the at least one network, a file description* (e.g., "Test2") *via the first user interface element that includes a textbox* (e.g., a "What are you requesting?" text entry field, etc.)*, utilizing the at least one first interface* (e.g., the Create file request dialog box, etc.)*;* <br><br>  |
| receive, from the first node via the at least one network, an indication of at least one of a date or a time via the second user interface element, utilizing the at least one first interface; | Sprouts uses a system that is designed to *receive, from the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.) *via the at least one network, an indication of at least one of a date or a time via the second user interface element* (e.g., the "Add a deadline" checkbox, etc.)*, utilizing the at least one first interface* (e.g., the Create file request dialog box, etc.)*;* |

Exhibit E

| | |
|---|---|
| | **Create file request**     × <br><br> What are you requesting? <br><br> Test2 <br><br> Where should these files go in your Dropbox? <br><br> 📁 Test2 - Motion Offense - Te ▮▮▮▮▮ **Change folder** <br> 🔒 Only you can see uploaded files unless you decide to share them <br><br> ☑ Add a deadline <br><br> 5/30/2019    📅     15:00 Central Daylight... ▾ <br> Uploads will be disabled after the deadline. Allow late uploads <br><br> **Next**    Cancel |
| cause, at the first node, display of at least one second interface with a third user interface element and a fourth user interface element, utilizing second hypertext markup language-equipped code that is sent via the at least one network; | Sprouts uses a system that is designed to *cause, at the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.)*, display of at least one second interface* (e.g., a "Send file request" dialog box, etc.) *with a third user interface element* (e.g., an "Or we can email them for you" text field, etc.) *and a fourth user interface element* (e.g., a Send button, etc.)*, utilizing second hypertext markup language-equipped code that is sent via the at least one network;* |

Page 3 of 17

Exhibit E

| | |
|---|---|
| | **Send file request**      ✕ <br><br> Give this link to people you're requesting files from <br><br> https://www.dropbox.com/request/▮▮▮▮▮ <br><br> Or we can email them for you <br> Names or email addresses <br> Add an optional message… <br><br> **Send** |
| receive, from the first node via the at least one network, indicia associated with at least one email address via the third user interface element, utilizing the at least one second interface; | Sprouts uses a system that is designed to *receive, from the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.) *via the at least one network, indicia associated with at least one email address via the third user interface element* (e.g., the "Or we can email them for you" text field, etc.)*, utilizing the at least one second interface* (e.g., the "Send file request" dialog box, etc.)*;* |

Exhibit E



| | |
|---|---|
| receive, from the first node via the at least one network, an indication of a selection of the fourth user interface element, utilizing the at least one second interface; | Sprouts uses a system that is designed to *receive, from the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.) *via the at least one network, an indication of a selection of the fourth user interface element* (e.g., clicking the Send button, etc.)*, utilizing the at least one second interface* (e.g., the "Send file request" dialog box, etc.)*;* |

Exhibit E

| | |
|---|---|
| | **Send file request**      ✕ <br><br> Give this link to people you're requesting files from <br> https://www.dropbox.com/request/ ██████   Copy link <br><br> Or we can email them for you <br> 👤 ██████ ✕ <br> Add an optional message… <br><br> **Send** |
| in response to the receipt of the indication of the selection of the fourth user interface element and based on the file description, the indication of the at least one of the date or the time, and the indicia associated with the at least one email address; generate a first message indicating the at least one of the date or the time, and including a fifth user interface element and at least one sentence including the file description; | Sprouts uses a system that is designed to, *in response to the receipt of the indication of the selection of the fourth user interface element and based on the file description, the indication of the at least one of the date or the time, and the indicia associated with the at least one email address; generate a first message* (e.g., a Please upload files for "Test2" email message, etc.) *indicating the at least one of the date or the time, and including a fifth user interface element* (e.g., an "Upload files" button, etc.) *and at least one sentence including the file description;* |

Exhibit E



| | |
|---|---|
| send, to a second node via the at least one network, the first message; | Sprouts uses a system that is designed to *send, to a second node* (e.g., a computer user interface of the Sprouts's team member who was specified via his/her email address, etc.) *via the at least one network, the first message* (e.g., the Please upload files for "Test2" email message, etc.); |

Exhibit E



| | |
|---|---|
| receive, from the second node via the at least one network, an indication of a selection of the fifth user interface element of the first message; | Sprouts uses a system that is designed to *receive, from the second node* (e.g., the computer user interface of the Sprouts's team member who was specified via his/her email address, etc.) *via the at least one network, an indication of a selection* (e.g., appearance of a resulting Dropbox upload screen, etc.) *of the fifth user interface element* (e.g., the "Upload files" button, etc.) *of the first message* (e.g., the Please upload files for "Test2" email message, etc.)*;* |

Exhibit E



Exhibit E



Exhibit E

| | |
|---|---|
| in response to the receipt of the indication of the selection of the fifth user interface element, cause, at the second node, display of at least one third interface with a sixth user interface element and a seventh user interface element, utilizing third hypertext markup language-equipped code that is sent via at least one network; | Sprouts uses a system that is designed to, *in response to the receipt of the indication of the selection of the fifth user interface element, cause, at the second node* (e.g., the computer user interface of the Sprouts's team member who was specified via his/her email address, etc.)*, display of at least one third interface* (e.g., Dropbox upload screens, etc.) *with a sixth user interface element* (e.g., a "Choose from computer" button, etc.) *and a seventh user interface element* (e.g., an "Upload" button, etc.)*, utilizing third hypertext markup language-equipped code that is sent via at least one network;*<br><br> |
| receive, from the second node via the at least one network, an indication of a selection at least one file utilizing the sixth user interface element, utilizing the at least one third interface; | Sprouts uses a system that is designed to *receive, from the second node* (e.g., the computer user interface of the Sprouts's team member who was specified via his/her email address, etc.) *via the at least one network, an indication of a selection at least one file* (e.g., selecting a file from the user's computer via a Microsoft Windows File Explorer window, etc.) *utilizing the sixth user interface element* (e.g., the "Choose from computer" button, etc.)*, utilizing the at least one third interface* (e.g., the Dropbox upload from computer screens, etc.)*;* |

Exhibit E



| | |
|---|---|
| receive, from the second node via the at least one network, an indication of a selection of the seventh user interface element, utilizing the at least one third interface; | Sprouts uses a system that is designed to *receive, from the second node* (e.g., the computer user interface of the Sprouts's team member who was specified via his/her email address, etc.) *via the at least one network, an indication of a selection of the seventh user interface element* (e.g., the Upload button, etc.)*, utilizing the at least one third interface* (e.g., the Dropbox upload screens, etc.)*;* |

Exhibit E



| | |
|---|---|
| in response to the receipt of the indication of the selection of the seventh user interface element, generate a second message that includes an eighth user interface element, and that does not include a file attachment with the second message; | Sprouts uses a system that is designed to, *in response to the receipt of the indication of the selection of the seventh user interface element* (e.g., the Upload button, etc.)*, generate a second message* (e.g., a file upload notification message to the original requestor, etc.) *that includes an eighth user interface element* (e.g., a See new files button, etc.)*, and that does not include a file attachment with the second message;* |

Exhibit E



| | |
|---|---|
| send, to the first node via the at least one network, the second message; | Sprouts uses a system that is designed to *send, to the first node via the at least one network, the second message* (e.g., the file upload notification message to the original requestor, etc.)*;* |

Exhibit E



| | |
|---|---|
| receive, from the first node via the at least one network, an indication of a selection of the eighth user interface element of the second message; | Sprouts uses a system that is designed to *receive, from the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.) *via the at least one network, an indication of a selection of the eighth user interface element* (e.g., the See new files button, etc.) *of the second message* (e.g., the file upload notification message to the original requestor, etc.)*;* |

Exhibit E



Exhibit E

| | |
|---|---|
| in response to the receipt of the indication of the selection of the eighth user interface element of the second message, cause, at the first node, display of at least one fourth interface with a reference to the at least one file for allowing access to the at least one file at the first node. | Sprouts uses a system that is designed to, *in response to the receipt of the indication of the selection of the eighth user interface element* (e.g., the See new files button, etc.) *of the second message* (e.g., the file upload notification message to the original requestor, etc.)*, cause, at the first node* (e.g., the Sprouts's team administrator's computer user interface, etc.)*, display of at least one fourth interface* (e.g., a web-based interface window, containing a reference to the uploaded file, etc.) *with a reference to the at least one file* (e.g., the file uploaded from the Sprouts's user's computer or Dropbox location, etc.) *for allowing access to the at least one file at the first node;* <br><br>  |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same in connection with any subsequent correlations.