# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Brian P. Egan**
(302) 351-9454
began@mnat.com

February 12, 2020

The Honorable Richard G. Andrews                             *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Dropbox, Inc. v. Motion Offense, LLC,*
            C.A. No. 19-1521 (RGA)

Dear Judge Andrews:

    I write on behalf of Plaintiff Dropbox, Inc. in the above-captioned action to inform the Court that a petition for writ of mandamus has been filed today seeking the Federal Circuit's review of the Western District of Texas's Order Denying Defendants' Motion to Stay Under the Customer-Suit Exception (D.I. 42) in the case captioned *Motion Offense, LLC v. Sprouts Farmers Market, Inc., et al.*, C.A. No. 6:19-417-ADA (W.D. Tex.). This Order was submitted to Your Honor in Defendant's January 27, 2020 Notice of Supplemental Authority (D.I. 21). A copy of the petition for writ of mandamus and the appendix thereto are attached as Exhibits A and B, respectively.

                                            Respectfully,

                                            */s/ Brian P. Egan*

                                            Brian P. Egan (#6227)

BPE/rah
Enclosure
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via electronic mail)