IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DROPBOX, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 19-1521-RGA |
| MOTION OFFENSE, LLC, | : | |
| Defendant. | : | |

## ORDER

For the reasons stated in open court, this 13 day of February 2020, the motion to transfer (D.I. 8) is GRANTED.  This case is ordered to be **TRANSFERRED** to the Western District of Texas, Waco Division.

Until further order of this Court, the order of transfer is **STAYED** indefinitely while a related petition for mandamus is under consideration by the Court of Appeals for the Federal Circuit.  The parties are to promptly advise when the Court of Appeals resolves the petition.

IT IS SO ORDERED.

United States District Court